FILED
CLERK, U.S. DISTRICT COURT

5/27/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cs___ DEPUTY

Victoria Tenisha Shanae Dillihunt (Full Name)

Dillihuntvictoria@yahoo.com (Email Address)

12035 S Broadway #K (Address Line 1)

Los Angeles CA 90061 (Address Line 2)

_____ (Phone Number)

Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Victoria Tenisha Shanae Dillihunt,

Plaintiff,

vs.

One IA Potter's House Church

Potter's House Church of LA

St. Philip Neri Catholic Church

Congregation of the Oratory, etc.

Defendant(s).

Case No.: CV24-4530-FMO(MAR)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded**: ☒Yes ☐ No

(*All paragraphs and pages must be numbered.*)

### I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

### II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because _____ the situation took _____ _____ _____

*Form prepared by Public Counsel. © 2010, 2023 Public Counsel. All rights reserved. Revised: October 2023*

Civil Rights Complaint Pursuant to U.S.C. § 1983

Case 2:24-cv-04076-FMO-MAR   Document 1   Filed 05/16/24   Page 2 of 418   Page ID #:2

## Congressional Record--Appendix, pp. A34-A35
### Current Communist Goals

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

Mr. HERLONG. Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.

# III. PARTIES

3.   Plaintiff _____Victoria Tenisha Dillihunt_____ resides at:
*(your full name)*

12035 S. Broadway #K

Los Angeles CA, 90061 .
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant ONE|A Potter's House Church _____ works at
*(full name of Defendant)*

64 N. La Brea Ave, Los Angeles CA 90036 .
*(Defendant's place of work)*

Defendant's title or position is Pastor Touré Roberts and Sarah Jakes Roberts
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because: defendant is a part of the
charades of witchcraft. Ex: This is the Church of Sarah Jakes
(the daughter of TD Jakes)

5. Defendant The Potter's House Church of Los Angeles works at
*(full name of Defendant)*

11984 N. Santa Fe Ave, Lynwood CA 90262 .
*(Defendant's place of work)*

Defendant's title or position is Pastor Eric and Jen Quiles
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because: defendant is a part of the
charades of witchcraft. Ex: 2021 this church relocated from LA to Lynwood.
Their Pastor was Paul Rosas who went to be with the LORD in 2024.
Their Lynwood location is the church my family raised me in
until I met Bishop Johnson from Jesus Is The Answer! This resembles
Playing in somebody's Shadow's because this is also
the Name of T.D. Jakes Church in Texas & Sarah Jakes (his daughter's) church
in Los Angeles. This pastor also is of the Hispanic Descent!

___. Defendant St Philip Neri Catholic Church works at

Insert ¶ # *(full name of Defendant)*

4311 Orlando St, Lynwood CA, 90262

*(Defendant's place of work)*

Defendant's title or position is Rev. Ernesto Jaramillo.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: St. Philip Neri is the patron saint of joy. He founded the Roman Congregation of the Oratory.

___. Defendant Congregation of the Oratory Saint Anthony's Parish works at

Insert ¶ # *(full name of Defendant)*

14 Queen Street Titchfield Hill, Port Antonio Portland, JAMAICA

*(Defendant's place of work)*

Defendant's title or position is          Overseer

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: In Hebrew; Oratory is H3907 which translates to Lachash meaning a whisper, a private prayer, an incantation, an amulet, charm, earring, enchantment, orator, and prayer

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Plaza Inn (Disneyland) _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

Disneyland Park, Anaheim, CA 92802
_____.
*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: Disneyland represents Walt Dianey which is where I used to work which is the Wonderful World Of Magic. Plaza can represent South Gate(South America) and Mula(owner) means Money.

___. Defendant _____ Plaza Inn (South Gate) _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

2761 Firestone Blvd, South Gate, CA 90280
_____.
*(Defendant's place of work)*

Defendant's title or position is _____ Mula _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: Plaza can represent South Gate(South America) and Mula(owner of this 1) name means Money plus they built I Willow Elementary. Willow the movie about the girl trapped under a spell

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ Sands Inn _____ works at
*Insert ¶ #*                                  *(full name of Defendant)*
8935 Long Beach Blvd, South Gate, CA 90280
_____.
*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.
                                  *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___.   Defendant _____ Liberty Barbershop _____ works at
*Insert ¶ #*                                  *(full name of Defendant)*
8603 Long Beach Blvd, South Gate, CA 90280
_____.
*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.
                                  *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ La Perla Del Mar _____ works at

*Insert ¶ #*                                      *(full name of Defendant)*

9536 Long Beach Blvd, South Gate, CA 90280
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___ the charades of witchcraft. Ex: _____

_____

_____

___.   Defendant _____ Willow Elementary School _____ works at

*Insert ¶ #*                                      *(full name of Defendant)*

2777 Willow Pl, South Gate, CA 90280
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ principal _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___ the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Independence Elementary School__ works at

*Insert ¶ #*                                   *(full name of Defendant)*

__8435 Victoria Ave, South Gate, CA 90280__.

*(Defendant's place of work)*

Defendant's title or position is _____principal_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

___. Defendant __Victoria Elementary__ works at

*Insert ¶ #*                                   *(full name of Defendant)*

__3320 Missouri Ave, South Gate, CA 90280__.

*(Defendant's place of work)*

Defendant's title or position is _____principal_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Belmont Park _____ works at

Insert ¶ #

*(full name of Defendant)*

3146 Mission Blvd, San Diego, CA 92109
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of_ the charades of witchcraft. Ex:
_____
_____
_____

___.  Defendant _____ Cavite City _____ works at

Insert ¶ #

*(full name of Defendant)*

FWM5+8G4, Judge Ibanez, Cavite City, 4100 Cavite, Philippines
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Mayor: Denver Christopher R. Chua _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of_ the charades of witchcraft. Ex:
_____
_____
_____

Cavite C

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ Carmen _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

9P34+C2F, Carmen, Davao del Norte, Philippines
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ MayorCarlo Mariano T. Villamor _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of _____ the charades of witchcraft. Ex: _____

_____

_____

___.   Defendant _____ City of Carcar _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

4J4X+GCM, Carcar City, Cebu, Philippines
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ MayorMario Patricio P. Barcenas _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of _____ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ City of Naga _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

201 – 2/F Main City Hall Bldg., Naga City Hall Complex, Juan Q. Miranda Ave., Concepcion Pequeña, Naga City

_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Mayor' HON. NELSON S. LEGACION _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _____ defendant is a part of _____ the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Pilgrim City of Naga _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____.

*(Defendant's place of work)*

Defendant's title or position is _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐ official capacity

This Defendant was acting under color of law because _____ defendant is a part of _____ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Carmen Electra _____ works at

*Insert ¶ #*

12001 Ventura Place Suite 405. Studio City, CA 91604 __.

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is _____ actress @ Slate PR agency _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___ the charades of witchcraft. Ex:

_____

_____

___.  Defendant _____ US Bank _____ works at

*Insert ¶ #*

*(full name of Defendant)*

555 E Ocean Long Beach CA, 90802 __.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Andrew Cecere _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___ the charades of witchcraft. Ex:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Navy Proof Food & Spirits** works at
*Insert ¶ #*          *(full name of Defendant)*

**9720 Long Beach Blvd, South Gate, CA 90280**
*(Defendant's place of work)*

Defendant's title or position is **Director: Natalie Mahshi** .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:**

___. Defendant **Ocean Beach Club** works at
*Insert ¶ #*          *(full name of Defendant)*

**1900 Ocean Blvd, Long Beach CA, 90802**
*(Defendant's place of work)*

Defendant's title or position is **Owner: Lyon L.** .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:**

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.    Defendant _____ Westin _____ works at

*Insert ¶ #*    *(full name of Defendant)*

333 E Ocean Blvd, Long Beach, CA 90802
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Director: Steve Dunnegan _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___.    Defendant _____ International City Bank _____ works at

*Insert ¶ #*    *(full name of Defendant)*

249 E Ocean Blvd, Long Beach, CA 90802
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Owner: Tun Daim Zainuddin _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Long Beach Terrace Theatre__ works at

Insert ¶ #

*(full name of Defendant)*

__300 E Ocean Blvd #300, Long Beach, CA 90802__.

*(Defendant's place of work)*

Defendant's title or position is __Manager: Robert Smit__.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____


___. Defendant __Cheyenne, Wyoming__ works at

Insert ¶ #

*(full name of Defendant)*

__2101 O'Neil Ave.Cheyenne, WY 82001__.

*(Defendant's place of work)*

Defendant's title or position is __MayorPatrick Collins__.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ Plaza Mexico _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

3100 E Imperial Hwy, Lynwood, CA 90262
_____.
*(Defendant's place of work)*

Defendant's title or position is ___ Owner: Sterling Organization ___.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

□ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___ the charades of witchcraft. Ex: _____

_____

_____

___.   Defendant _____ Playas Motors LLC _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

3165 E Imperial Hwy, Lynwood, CA 90262
_____.
*(Defendant's place of work)*

Defendant's title or position is ___ Agent: JONATHAN MORALES ___.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

□ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____Dr. Dre's Childhood House_____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____2336 E 126th St, Compton, CA 90222_____.

*(Defendant's place of work)*

Defendant's title or position is _____owner_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex:

_____

_____

___. Defendant _____West Coast Dental of Lynwood_____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____9910 Long Beach Blvd A, Lynwood, CA 90262_____.

*(Defendant's place of work)*

Defendant's title or position is _____owner_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex:

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Sol Y Mar Mariscos Restaurant Lynwood** works at

Insert ¶ #  *(full name of Defendant)*

**10007 Long Beach Blvd, Lynwood, CA 90262** .

*(Defendant's place of work)*

Defendant's title or position is **owner** .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of** the charades of witchcraft. Ex: _____

_____

_____

___. Defendant **Ministerio de Jesucristo El Lirio de los Valles** works at

Insert ¶ #  *(full name of Defendant)*

**9915 Long Beach Blvd, Lynwood, CA 90262** .

*(Defendant's place of work)*

Defendant's title or position is **overseer** .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of** the charades of witchcraft. Ex: _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Iglesia Jerusalem _____ works at

*Insert ¶ #*

*(full name of Defendant)*

_____ 3040 Tweedy Blvd, South Gate, CA 90280 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ overseer _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _____ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Southern Motel _____ works at

*Insert ¶ #*

*(full name of Defendant)*

_____ 9720 Long Beach Blvd, South Gate, CA 90280 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _____ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ Southern Motel _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

9720 Long Beach Blvd, South Gate, CA 90280
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                        ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___.   Defendant _____ Sunrise Inn _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

2735 Firestone Blvd, South Gate, CA 90280
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                        ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Mirage Inn** _____ works at

*Insert ¶ #*                *(full name of Defendant)*

2725 Firestone Blvd, South Gate, CA 90280
_____ .

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of_ the charades of witchcraft. Ex: _____

_____

_____


___. Defendant _____ **Orchard place - Beltran Apartments** _____ works at

*Insert ¶ #*                *(full name of Defendant)*

2718 Orchard Pl # A South Gate, CA 90280
_____ .

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of_ the charades of witchcraft. Ex: Plaza can represent South Gate(South America) and Mula (owner) means money Also it's

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant Grand Cosmos Lodge of the State of Chihuahua works at

*Insert ¶ #*                                       *(full name of Defendant)*

C. Libertad 1004, Zona Centro, 31000 Chihuahua, Chih., Mexico .

*(Defendant's place of work)*

Defendant's title or position is Grand Master .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

___.  Defendant Grand Lodge Cosmos AC of the REAA of the State of Chihuahua works at

*Insert ¶ #*                                       *(full name of Defendant)*

Av. Tecnológico 1501, Santo Niño, 31200 Chihuahua, Chih., Mexico .

*(Defendant's place of work)*

Defendant's title or position is Grand Master .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Most Worshipful York Grand Lodge of Mexico (Azteca #22) _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____ Hegel 416, Polanco. Mexico City. 11560 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Master: Mario Tanús _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because _____ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Most Worshipful York Grand Lodge of Mexico (TOLTEC LODGE No. 1) _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____ Hegel 416, Polanco. Mexico City. 11560 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Master: Jaime Galicia _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because _____ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____Most Worshipful York Grand Lodge of Mexico (ANAHUAC LODGE No. 3)_____ works at

*Insert ¶ #*                                                    *(full name of Defendant)*

_____Hegel 416, Polanco. Mexico City. 11560_____.

*(Defendant's place of work)*

Defendant's title or position is _____Master: Flavio Duran_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _____defendant is a part of_____ the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____Most Worshipful York Grand Lodge of Mexico (Guadalajara #5)_____ works at

*Insert ¶ #*                                                    *(full name of Defendant)*

_____Regina # 1674 Col. Providencia Guadalajara City Mex_____.

*(Defendant's place of work)*

Defendant's title or position is _____Master: Jack Norman_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _____defendant is a part of_____ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Most Worshipful York Grand Lodge of Mexico( ATEMAJAC LODGE No.29)_ works at

*Insert ¶ #*                                        *(full name of Defendant)*

Regina # 1674 Col. Providencia Guadalajara City Mex____.

*(Defendant's place of work)*

Defendant's title or position is ____Master: Carlos Chavez Torres____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because ____defendant is a part of the charades of witchcraft. Ex:____

_____

_____

___. Defendant _Most Worshipful York Grand Lodge of Mexico ( AXIXIC LODGE No. 31)_ works at

*Insert ¶ #*                                        *(full name of Defendant)*

Hidalgo # 77-A Riberas del Pilar, Chapala, Jal. Mexico____.

*(Defendant's place of work)*

Defendant's title or position is ____Master: Wesley Weston,____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because ____defendant is a part of the charades of witchcraft. Ex:____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____Most Worshipful York Grand Lodge of Mexico ( RESEARCH No.35)_____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

_____Regina # 1674 Col. Providencia Guadalajara City Mex_____.

*(Defendant's place of work)*

Defendant's title or position is _____Master: Alejandro Zaragoza_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because _____defendant is a part of_____ the charades of witchcraft. Ex: _____

_____

_____

___.   Defendant _____Most Worshipful York Grand Lodge of Mexico ( ARMONIA LODGE No.36)_____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

_____Regina # 1674 Col. Providencia Guadalajara City Mex_____.

*(Defendant's place of work)*

Defendant's title or position is _____Master: Jorge Dosal H_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because _____defendant is a part of_____ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Grand Lodge of the State of Colima, "Southwest works at

Insert ¶ #          *(full name of Defendant)*

Independencia 95, Centro, 28000 Colima, Col., Mexico .

*(Defendant's place of work)*

Defendant's title or position is Grand Master .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant Occidental Grand Lodge Mexica works at

Insert ¶ #          *(full name of Defendant)*

C. Manuel Lopez Cotilla 111, Downtown Area, 44100 Guadalajara, Jal., Mexico .

*(Defendant's place of work)*

Defendant's title or position is Grand Master .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Grand Lodge of the State of Zacatecas, "Jesús González Ortega__ works at

*Insert ¶ #*                                          *(full name of Defendant)*

Jesús González Ortega 1a. 2a. 3a. 4a. and 5a. Secc, Jesús González Ortega, 98087 Zacatecas, Mexico .

*(Defendant's place of work)*

Defendant's title or position is _____Grand Master_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

□ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____Grand Lodge of State Restoration_____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

Calle Andrés Sánchez Magallanes 913, Centro Delegacion Seis, 86000 Villahermosa, Tab., Mexico .

*(Defendant's place of work)*

Defendant's title or position is _____Grand Master_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

□ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _Grand Lodge of the Sovereign and Independent State of "El Potosi_ works at

Insert ¶ #                          *(full name of Defendant)*

Calle 11 # 365 Colonia, Industrial Aviacion 1ra Secc, 78140 San Luis Potosí, S.L.P., Mexico
_____.

*(Defendant's place of work)*

Defendant's title or position is _____Grand Master_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ◼ official capacity

This Defendant was acting under color of law because _defendant is a part of_ the charades of witchcraft. Ex: _____

_____

_____

___.   Defendant _Northern Masonic Jurisdiction Scottish Rites_ works at

Insert ¶ #                          *(full name of Defendant)*

33 Marrett Road, Lexington, MA 02421
_____.

*(Defendant's place of work)*

Defendant's title or position is _Sovereign Grand Commander: WALTER WHEELER_.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ◼ official capacity

This Defendant was acting under color of law because _defendant is a part of_ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant ___The Grand Chapter of Royal Arch Masons of the United States of Mexico___ works at
*Insert ¶ #*                                    *(full name of Defendant)*
___P.O. Box 34037Little Rock, AR 72203-4037___.
                                    *(Defendant's place of work)*

Defendant's title or position is ___General Grand High PriestM∴E∴C∴ Teko A. Foley___.
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of___ the charades of witchcraft. Ex: ___

___

___

___.  Defendant ___The Grand Council of Cryptic Masons of México___ works at
*Insert ¶ #*                                    *(full name of Defendant)*
___PO Box 332, Meridian ID 83680-0332___.
                                    *(Defendant's place of work)*

Defendant's title or position is ___Grand Master___.
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of___ the charades of witchcraft. Ex: ___

___

___

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Temple University _____ works at

*Insert ¶ #*                                  *(full name of Defendant)*

1801 N Broad St, Philadelphia, PA 19122
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ PresidentRichard M. Englert (acting) _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because ____ defendant is a part of ____ the charades of witchcraft. Ex:
_____
_____
_____

___.  Defendant _____ Queen Anne Cottage _____ works at

*Insert ¶ #*                                  *(full name of Defendant)*

107 S Baldwin Ave, Arcadia, CA 91007
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because ____ defendant is a part of ____ the charades of witchcraft. Ex:
_____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Mission San Gabriel Arcángel _____ works at
Insert ¶ #                          *(full name of Defendant)*
_____ 429 S Junipero Serra Dr, San Gabriel, CA 91776 _____.
                          *(Defendant's place of work)*

Defendant's title or position is _____ overseer _____.
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Irwindale Speedway _____ works at
Insert ¶ #                          *(full name of Defendant)*
_____ 500 Speedway Dr, Irwindale, CA 91706 _____.
                          *(Defendant's place of work)*

Defendant's title or position is _____ owner _____.
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ **Temple City** _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

**9701 Las Tunas DriveTemple City, CA 91780** .
_____

*(Defendant's place of work)*

Defendant's title or position is _____ **MayorCynthia Sternquist** _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of**
the charades of witchcraft. Ex: _____
_____
_____

___.  Defendant _____ **American Military Museum** _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

**1918 Rosemead Blvd, South El Monte, CA 91733** .
_____

*(Defendant's place of work)*

Defendant's title or position is _____ **owner** _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of**
the charades of witchcraft. Ex: _____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ San Gabriel City _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____ 425 S Mission Drive San Gabriel, CA 91776 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Mayor: John R. Harrington _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ South Pasadena _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____ 1414 Mission Street,South Pasadena, CA 91030 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Mayor Evelyn G. Zneimer _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant ___La Cañada Flintridge, California___ works at

*Insert ¶ #*          *(full name of Defendant)*

One Civic Center Drive, La Cañada Flintridge, CA 91011 .

*(Defendant's place of work)*

Defendant's title or position is ___MayorMichael T. Davitt___ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of___ the charades of witchcraft. Ex: ___

___

___

___. Defendant ___San Marcos___ works at

*Insert ¶ #*          *(full name of Defendant)*

1 Civic Center Drive, San Marcos, CA, 92069 .

*(Defendant's place of work)*

Defendant's title or position is ___Mayor: Rebecca Jones___ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of___ the charades of witchcraft. Ex: ___

___

___

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____Vista, California_____ works at
*Insert ¶ #*              *(full name of Defendant)*

_____200 Civic Center DriveVista, CA 92084_____.
                    *(Defendant's place of work)*

Defendant's title or position is _____MayorJohn Franklin_____.
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ▣ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____Del Mar, California_____ works at
*Insert ¶ #*              *(full name of Defendant)*

_____1050 Camino Del MarDel Mar, CA 92014_____.
                    *(Defendant's place of work)*

Defendant's title or position is _____MayorDwight Worden_____.
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ▣ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Coronado, California _____ works at

Insert ¶ #                              *(full name of Defendant)*

1825 Strand WayCoronado, CA 92118
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ MayorRichard Bailey _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because _defendant is a part of_ the charades of witchcraft. Ex:
_____
_____
_____

___.  Defendant _____ LITTLE ITALY ASSOCIATION _____ works at

Insert ¶ #                              *(full name of Defendant)*

2210 Columbia StreetSan Diego, CA 92101
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because _defendant is a part of_ the charades of witchcraft. Ex:
_____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Ojai City Hall _____ works at

*Insert ¶ #* *(full name of Defendant)*

401 South Ventura Street, OJAI CA 93023 _____.

*(Defendant's place of work)*

Defendant's title or position is Mayor : Betsy Sinx _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Cane killed Abel and Abels blood cried from the grounds(Genesis 4:11). Now the witchcraft behind this is how they use all earth's elements as weapons to kill. Example: R I.P OJ Simpson

___. Defendant Kobe, Japan _____ works at

*Insert ¶ #* *(full name of Defendant)*

6-5-1 Kanocho, Chuo-ku, Kobe 650-8570

*(Defendant's place of work)*

Defendant's title or position is Mayor ; Kizo Hisamoto _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: R.I.P. Kobe Bryant! I wish I would have known back then what I know Now. The Bible talks about the church over all the Kings being the cause of the deaths and Roman Catholics worship the dead

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant 7 Day Dental _____ works at
*Insert ¶ #*          *(full name of Defendant)*

2265 W Lincoln Ave, Anaheim CA 92801 .
*(Defendant's place of work)*

Defendant's title or position is Supervisor .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:

_____

_____

___. Defendant All Kids Dental _____ works at
*Insert ¶ #*          *(full name of Defendant)*

1601 N. Long Beach Blvd Compton CA 90221 .
*(Defendant's place of work)*

Defendant's title or position is Supervisor .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX: Where most of my teeth were worked
on as I grew up. (Root Canals w/chown, cavities, etc)

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Robert Julio Garcia _____ works at
*Insert ¶ #*          *(full name of Defendant)*

415 West Ocean Blvd, Suite 2303, Long Beach CA 90802-
          *(Defendant's place of work)*

Defendant's title or position is Ex Mayor of Long Beach (2014-2022).
          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Long Beach City's youngest and first elected openly LGBT mayor.

___. Defendant The Village (Long Beach Mental Health Services) works at
*Insert ¶ #*          *(full name of Defendant)*

456 Elm Ave Long Beach CA 90802
          *(Defendant's place of work)*

Defendant's title or position is Head Supervisor.
          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: This is an address I used while homeless to receive my mail due to their homeless program in basement years ago

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Catholic Charities of LA (Long Beach Center) works at
Insert ¶ # (full name of Defendant)

123 E 14th St Long Beach CA 90813 .
(Defendant's place of work)

Defendant's title or position is Supervisor .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:

_____

_____

_____

___. Defendant Long Beach Multi Service Center works at
Insert ¶ # (full name of Defendant)

1301 W. 12Th St Long Beach CA 90813 .
(Defendant's place of work)

Defendant's title or position is Supervisor .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Los Angeles County Registrar- Recorder/County Clr works at

Insert ¶ # (full name of Defendant)

12400 Imperial Hwy Norwalk CA 90650.

(Defendant's place of work)

Defendant's title or position is Supervisor.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Business Registry (Fictitious/DBA)

___. Defendant Youth Communist League (USA) works at

Insert ¶ # (full name of Defendant)

235 W. 23rd St, New York, NY 10011.

(Defendant's place of work)

Defendant's title or position is Co-Chair: Joe Sims of Communist Party USA.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Lees Tools_____ works at
Insert ¶ #                    *(full name of Defendant)*

_1924 N. LongBeach Blvd Compton CA 90221_____.
                    *(Defendant's place of work)*

Defendant's title or position is _Owner: John Lee_____.
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_ charades of witchcraft. Ex: _____

_____

_____

___. Defendant _Mac Tools_____ works at
Insert ¶ #                    *(full name of Defendant)*

_5195 Blazer Pkwy, Dublin, OH 43017_____.
                    *(Defendant's place of work)*

Defendant's title or position is _President: Mike Murray_.
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_ charades of witchcraft. Ex: _____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Confederation of Oratories of Saint Philip Neri works at
*Insert ¶ #* *(full name of Defendant)*

Via di Parione, 33, 00186 Roma, Italia .
*(Defendant's place of work)*

Defendant's title or position is Procurator General: Michele Nicolis .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity      ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

_____

_____

_____

___. Defendant Celebrity Helicopters Inc. works at
*Insert ¶ #* *(full name of Defendant)*

961 West Alondra Blvd, Compton CA 90220 .
*(Defendant's place of work)*

Defendant's title or position is President: Robin Petgrave .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity      ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant St Philip Neri School _____ works at
*Insert ¶ #*                        *(full name of Defendant)*

6401 S. Orchard Rd, Linthicum Heights, MD 21090 .
                        *(Defendant's place of work)*

Defendant's title or position is Principal : Kate Daley .
                        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:

_____

_____

_____

___. Defendant Harbor General _____ works at
*Insert ¶ #*                        *(full name of Defendant)*

1000 W. Carson St Torrance CA 90502 .
                        *(Defendant's place of work)*

Defendant's title or position is Supervisor .
                        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant The Giant Swing _____ works at
*Insert ¶ #*            *(full name of Defendant)*

239 Dinso Rd, Bang Khun Phrom, Phra Nakhon, Bangkok 10200, Thailand .
*(Defendant's place of work)*

Defendant's title or position is Place of Worship .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: The ceremony Triyampavai-Tripavai was held here until 1935. Verses from Hindu Chants were recited here (opening the portals of Shivas Home). In Hindu myths Shiva was sent by Brahma to look After it & Naga serpents wrapped around to keep earth safe. In Asian religions the Nagas (which means butt in Spanish) was a half-human/half serpent that lived in the underworld.

___. Defendant George Town, Penang _____ works at
*Insert ¶ #*            *(full name of Defendant)*

Penang City Council, Level 17, KOMTAR, Jalan Penang 10615 Penang .
*(Defendant's place of work)*

Defendant's title or position is City Secretary: Cheong Chee Hong/Mayor: Rajendran P. Anthony
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Etymology: George III, King of Great Britain and Ireland. Nickname: Pearl of the Orient. It was King George that we broke away from when America was comprised of 13 Colonies in the 1700's

_____
**Page Number**

**Civil Rights Complaint Pursuant to U.S.C. § 1983**

___. Defendant Wat Arun Ratchawararam Ratchawaramahawihan works at
*(full name of Defendant)*

No. 34 Wang Derm Road, Wat Aru Subdistric, Bangkok Yai District Bangkok 10653.
*(Defendant's place of work)*

Defendant's title or position is Temple
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Temple of His Majesty King Buddha Leftla Napalai

___. Defendant Wat Ratcha Orasaram Ratchaworawihan works at
*(full name of Defendant)*

No. 258 Soi Ekachai 9, Ekkachai Road, B____ Kho Subdistrict, Chom Thong District, Bangkok 10150
*(Defendant's place of work)*

Defendant's title or position is Temple
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Temple of His Majesty King Nenklaa. Also was the temple of King Rama III

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Boromphiman Throne Hall _____ works at
Insert ¶ #                    (full name of Defendant)

Phra Borom Maha Ratchawang, Phra Nakhon Bangkok 10200, Thailand .
                    (Defendant's place of work)

Defendant's title or position is ___Temple_____ .
                    (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: _____

_____

_____

_____

_____

___. Defendant Wat Phra Chetuphon Wimon Mangkhalaram Rajwaramahawihan works at
Insert ¶ #                    (full name of Defendant)

2 Sanam Chai Rd, Phra Borom Maha Ratchawang, Phra Nakhon Bangkok 10200 Thailand
                    (Defendant's place of work)

Defendant's title or position is ___Temple_____
                    (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Royal Temple of His Majesty King Buddha Yodfa Chulalok the Great. Temple of King Rama 1

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __The Temple of the Emerald Buddha__ works at
Insert ¶ # *(full name of Defendant)*

__QF2V+M34, Na Phra Lan Rd, Phra Borom Maha Ratchawang, Phra Nakhon, Bangkok 102 00, Thailand__
*(Defendant's place of work)*

Defendant's title or position is __Temple__
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because __defendant is a part of the charades of witchcraft. EX:__

_____

_____

_____


___. Defendant __The Grand Palace__ works at
Insert ¶ # *(full name of Defendant)*

__Phra Borom Maha Ratchawang, Phra Nakhon, Bangkok 10200, Thailand__
*(Defendant's place of work)*

Defendant's title or position is __Temple__
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because __defendant is a part of the charades of witchcraft. EX:__

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant <u>TCU Horned Frogs</u> works at
*Insert ¶ #* *(full name of Defendant)*

<u>2800 South University Drive Fort Worth, Texas 76109</u>
*(Defendant's place of work)*

Defendant's title or position is <u>Chancellor: Victor Boschini</u>
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u> charades of witchcraft. EX: <u>Frogs represent the False Prophets</u> <u>in Revelations</u>

_____

____. Defendant <u>Iona Abbey and Nunnery</u> works at
*Insert ¶ #* *(full name of Defendant)*

<u>Isle of Iona PA76 6SQ, United Kingdom</u>
*(Defendant's place of work)*

Defendant's title or position is <u>Religious Centre</u>
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u> charades of witchcraft. EX: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>Del Sol Academy of Performing Arts</u> works at
*Insert ¶ #* *(full name of Defendant)*

<u>3100 E. Patrick Lane, Las Vegas, Nevada 89120</u>
*(Defendant's place of work)*

Defendant's title or position is <u>Principal : Nadia Stegar</u>
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u>
charades of witchcraft. Ex: <u>Team Name; Dragons</u>

_____

_____

___. Defendant <u>Cocula, Jalisco Mexico</u> works at
*Insert ¶ #* *(full name of Defendant)*

<u>Calle Alvaro Obregon, Centro 48500 Cocula, Jal; Mexico</u>
*(Defendant's place of work)*

Defendant's title or position is <u>President: Miguel Angel Ibarra</u>
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u>
charades of witchcraft. Ex: <u>The Cradle of Mariachi</u>

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Angkor Wat _____ works at

Insert ¶ #

(full name of Defendant)

Krong Siem Reap, Cambodia

(Defendant's place of work)

Defendant's title or position is _Hindu - Buddhist Temple (City Capital of Temples)_

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

___. Defendant Sri Lakshmi Narayani Golden Temple _____ works at

Insert ¶ #

(full name of Defendant)

Sri Narayani Peedam, Thirumalaikodi, Vellore, Tamil Nadu 632055 India

(Defendant's place of work)

Defendant's title or position is _Hindu Temple_

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Shenzhen Stock Exchange_ works at
Insert ¶ # *(full name of Defendant)*
_2012 Shennan Blvd, Futian District Shenzhen, Guangdong 518038 CN_.
*(Defendant's place of work)*

Defendant's title or position is _Ceo: Wang Jianjun_.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_
charades of witchcraft. Ex:

___. Defendant _National Stock Exchange of India_ works at
Insert ¶ # *(full name of Defendant)*
_Jeevan Vihar Bldg, 4th fl, R000l Area 3, Sansad Marg Janpath, Connaught Place, New Delhi, Delhi 110001, India_
*(Defendant's place of work)*

Defendant's title or position is _Ceo: Ashishkumar Chauhan_
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_
charades of witchcraft. Ex:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Shanghai Stock Exchange_ works at
Insert ¶ # (full name of Defendant)

_528 Pudong South Road, Pudong New District, Shanghai Municipality_
(Defendant's place of work)

Defendant's title or position is _President : Zhang Yuyun_.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_
charades of witchcraft. Ex: _____

_____

_____

___. Defendant _Japan Exchange Group Inc_ works at
Insert ¶ # (full name of Defendant)

_2-1 Nihombashi Kabutocho, Chuo-ku, Tokyo 103-8224 Japan_.
(Defendant's place of work)

Defendant's title or position is _Ceo : Akira Kiyota_.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_
charades of witchcraft. Ex: _____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Egyptian Exchange _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

4A, El Sheifien St, Postal Code 11513, Downtown Cairo .

*(Defendant's place of work)*

Defendant's title or position is Chairman: Rami El-Dokany .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant Euronext Paris Headquarters _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

14, place des Reflets, 92054 Paris La Defense Cedex, France .

*(Defendant's place of work)*

Defendant's title or position is Ceo: Stephane Boujnah .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Pichai Sundararajan (Sundar Pichai) works at
*Insert ¶ #* (full name of Defendant)

1600 Amphitheater Parkway, Mountain View CA 94043 .
(Defendant's place of work)

Defendant's title or position is Ceo: Alphabet Inc .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:



___. Defendant Nasdaq Inc works at
*Insert ¶ #* (full name of Defendant)

151 West 42nd St, floors 26,27,28, New York, NY 10086
(Defendant's place of work)

Defendant's title or position is CEO: Adena Friedman .
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:



Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Credit Karma _____ works at
*Insert ¶ #*                (full name of Defendant)
1100 Broadway #1800, Oakland CA, 94604 ___.
                          (Defendant's place of work)

Defendant's title or position is Ceo: Kenneth Lin ___.
                          (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX: _____

_____

_____

___. Defendant Equifax Inc _____ works at
*Insert ¶ #*                (full name of Defendant)
1550 Peachtree St NE, Atlanta, GA 30309 ___.
                          (Defendant's place of work)

Defendant's title or position is Ceo: Mark Begor ___.
                          (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>New York Stock Exchange</u> works at
Insert ¶ # _(full name of Defendant)_

<u>11 Wall St, New York, NY 10005</u>
_(Defendant's place of work)_

Defendant's title or position is <u>President : Lynn Martin</u>
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity      ☑ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the charades of witchcraft. EX:</u>

_____

_____

_____

___. Defendant <u>Corner Stone Theater Company</u> works at
Insert ¶ # _(full name of Defendant)_

<u>100 W. 1st St, Los Angeles CA 90012</u>
_(Defendant's place of work)_

Defendant's title or position is <u>Overseer</u>
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity      ☑ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the charades of witchcraft. EX:</u>

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Securitas_ works at

*Insert ¶ #*        *(full name of Defendant)*

_Lindhagensplan 70, 112 43 Stockholm, Sweden_

*(Defendant's place of work)*

Defendant's title or position is _ex: Magus Ahlqvist_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

 ☐ individual capacity      ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. EX:_ _____

_____

_____

___. Defendant _School First Credit Union_ works at

*Insert ¶ #*        *(full name of Defendant)*

_15332 Newport Ave, Tustin CA 92780_

*(Defendant's place of work)*

Defendant's title or position is _Ceo: Bill Cheney_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

 ☐ individual capacity      ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. EX:_ _____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

\_\_\_. Defendant St. Mary-le-Bow Church _____ works at

*Insert ¶ #*          *(full name of Defendant)*

St. Mary Le Bow Church, Cheapside, London EC2V 6AV, United Kingdom

*(Defendant's place of work)*

Defendant's title or position is \_\_\_\_Overseer_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: _____

_____

_____

\_\_\_. Defendant The Glasgow Necropolis _____ works at

*Insert ¶ #*          *(full name of Defendant)*

Castle St, Glasgow G4 0UZ, United Kingdom

*(Defendant's place of work)*

Defendant's title or position is overseer of Victorian Cometary

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Saint Louis, Missouri** works at
*Insert ¶ #*
*(full name of Defendant)*

1200 Market Street, Saint Louis, MO 63103

*(Defendant's place of work)*

Defendant's title or position is **Mayor: Tishaura Jones**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Nickname: Gateway to the West, the Gateway City, Mound City, The Lou, Rome of the West, River City

___. Defendant **St Charles, Illinois** works at
*Insert ¶ #*
*(full name of Defendant)*

2 E. Main Street, St Charles, IL 60174

*(Defendant's place of work)*

Defendant's title or position is **Mayor: Lora Vitek**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Nickname: St Chuck. Motto: Pride of the Fox

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>G.B. Pant University of Agriculture and Technology</u> works at
*Insert ¶ #*                          *(full name of Defendant)*

<u>Partnagar, Tanda Range, Uttarakhand 263145, India</u>.
                          *(Defendant's place of work)*

Defendant's title or position is <u>Vice Chancellor : Dr. Manmohan Singh Chauhan</u>
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u>
charades of witchcraft. EX:

_____

_____

_____

___. Defendant <u>Bogor Botanical Gardens</u> works at
*Insert ¶ #*                          *(full name of Defendant)*

<u>Jl. Ir H. Juanda No.13, Paledang, Central Bogor District, Bogor City, West Java 16122, Indonesia</u>
                          *(Defendant's place of work)*

Defendant's title or position is <u>Overseer</u>
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u>
charades of witchcraft. EX:

_____

_____

_____

<u>Page Number</u>

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Bogor Institute of Agriculture works at

(full name of Defendant)

Jalan Ir. H Juanda No 10 Bogor, West Java, Indonesia.

(Defendant's place of work)

Defendant's title or position is Acting Mayor: Hery Antasari

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

___. Defendant Royal Agricultural University works at

(full name of Defendant)

Cirencester Gloucestershire GL7 6JS United Kingdom

(Defendant's place of work)

Defendant's title or position is Governor: Peter McCaffery

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Aceh Tsunami Museum** works at
*Insert ¶ #*
*(full name of Defendant)*

**Jl. Sultan Iskandar Muda Sukaramai District, Baiturrahman, Banda Aceh City, Aceh 23116**
*(Defendant's place of work)*

Defendant's title or position is **Head Manager: Hafnidar**.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

_____

_____

_____

___. Defendant **Makassar, Indonesia** works at
*Insert ¶ #*
*(full name of Defendant)*

**Jl. Ahmad Yani No 2, Kel. Bulo Gading District. Ujung Pandang, Makassar.**
*(Defendant's place of work)*

Defendant's title or position is **Mayor: Danny Pomanto**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX: Formely Ujung Pandang meaning Edge of View! Makassar shares the same postal code as Compton CA, 90221 which means they're playing in my shadows.**

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant *T Force freight* works at

Insert ¶ # *(full name of Defendant)*

*1000 Semmes Ave., P.O.Box 1216, Richmond VA 23218*

*(Defendant's place of work)*

Defendant's title or position is *CEO: Keith Hall*

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

___. Defendant *Aramark* works at

Insert ¶ # *(full name of Defendant)*

*2400 Market St Philadelphia, PA 19103*

*(Defendant's place of work)*

Defendant's title or position is *CEO: John Zillmer*

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Defendant __J. Cole_____ works at

*(full name of Defendant)*

__953 North Sycamore Ave Los Angeles CA 90038__.

*(Defendant's place of work)*

Defendant's title or position is __Artist_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of the__ charades of witchcraft. Ex:

_____

_____

_____

Defendant __OVO Sound LLC_____ works at

*(full name of Defendant)*

__899 Dundas St W, Toronto ON, M6J 1V1__.

*(Defendant's place of work)*

Defendant's title or position is __Drake Record Label_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of the__ charades of witchcraft. Ex:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Marques Adams (Sevin) works at
*Insert ¶ #*
*(full name of Defendant)*
P.O. Box 1207, Humble Texas 77347
*(Defendant's place of work)*

Defendant's title or position is Artist@ God over money records
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

___. Defendant Mark Julian Folder (Bizzle) works at
*Insert ¶ #*
*(full name of Defendant)*
P.O. Box 1207, Humble, Texas 77347
*(Defendant's place of work)*

Defendant's title or position is Artist@ God Over Money Records
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant DNA Bail Bonds _____ works at

*Insert ¶ #*    *(full name of Defendant)*

312 E Market St, Smithfield, North Carolina 27577.

*(Defendant's place of work)*

Defendant's title or position is Ceo Dawn Daniels

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant Ancestry Corporate International Headquarters works at

*Insert ¶ #*    *(full name of Defendant)*

Ancestry Ireland Unlimited Company, 10th Fl, EXO Building, Point Square Plaza East Wall Rd, Dublin 1, Ireland

*(Defendant's place of work)*

Defendant's title or position is _____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Bad Boy Bail Bonds** works at
*Insert ¶ #* *(full name of Defendant)*

**4830 Pacific Ave, St B, Tacoma Washington 98408**
*(Defendant's place of work)*

Defendant's title or position is **Ceo: Jeffrey Stanley**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant **Aladdin Bail Bonds** works at
*Insert ¶ #* *(full name of Defendant)*

**1000 Aviara Pkwy #300 Carlsbad CA 920**
*(Defendant's place of work)*

Defendant's title or position is **Ceo: Robert Hayes**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>Andres Muschietti</u> works at
*Insert ¶ #*          *(full name of Defendant)*

<u>9601 Wilshire Blvd, 3rd floor, Beverly Hills CA 90210</u>
          *(Defendant's place of work)*

Defendant's title or position is <u>Director (Argentina)</u>
          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u> charades of witchcraft. Ex: <u>We have the same birthday, different years.</u>

___

___. Defendant <u>Santiago del Estero</u> works at
*Insert ¶ #*          *(full name of Defendant)*

<u>Rivadavia (0) 550 550, G4200CPT Santiago del Estero, Argentina</u>
          *(Defendant's place of work)*

Defendant's title or position is <u>Mayor: Norma Isabel Fuentes</u>
          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u> charades of witchcraft. Ex: <u>Nickname: Mother of Cities</u>

___

___

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Compton Petroleum Corporation** works at
*Insert ¶ #*                               *(full name of Defendant)*

425 1 Street SW, Calgary, Alberta T2P 3L8 .
                                    *(Defendant's place of work)*

Defendant's title or position is **Ceo : Tim Granger** .
                               *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. Ex:

_____

_____

_____

___. Defendant **Little Compton, Rhode Island** works at
*Insert ¶ #*                               *(full name of Defendant)*

RI 40 Commons, PO Box 226, Little Compton, RI 02837 .
                               *(Defendant's place of work)*

Defendant's title or position is **Town Council: Paul J. Golemboske** .
                               *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. Ex:

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **David Marvin Blake (DJ Quick)** works at

*Insert ¶ #*          *(full name of Defendant)*

**888 7th AVE, Fl 38, New York NY**

*(Defendant's place of work)*

Defendant's title or position is **Artist (DJ) @ Arista Records**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_ charades of witchcraft. Ex: _____

_____

_____

___. Defendant **Arista Records** works at

*Insert ¶ #*          *(full name of Defendant)*

**888 7th Ave, Fl 38, New York, NY**

*(Defendant's place of work)*

Defendant's title or position is **Ceo. Clive Davis**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_ charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Compton Castle _____ works at
*Insert ¶ #* _____ *(full name of Defendant)*

23 Old Rd, Compton Pauncefoot, Yeovil BA22 73H, United Kingdom.
*(Defendant's place of work)*

Defendant's title or position is ___ overseer _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant Compton Village Hall _____ works at
*Insert ¶ #* _____ *(full name of Defendant)*

The St, Compton, Guidford GU3 1EG, United Kingdom.
*(Defendant's place of work)*

Defendant's title or position is ___ Supervisor _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Cherilyn Sarkisian (Cher) works at

Insert ¶ # (full name of Defendant)

2169 S. Beverly Dr, Suite 165, Beverly Hills CA 90212

(Defendant's place of work)

Defendant's title or position is Actress/Singer

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant Franklin Resources Inc works at

Insert ¶ # (full name of Defendant)

1 Franklin Pkwy, San Mateo CA 94403

(Defendant's place of work)

Defendant's title or position is Ceo: Jennifer Johnson

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>Los Angeles Kings</u> works at

*Insert ¶ #* *(full name of Defendant)*

<u>1111 S. Figueroa St, SUITE 3100, LOS ANGELES CA 90015</u>.

*(Defendant's place of work)*

Defendant's title or position is <u>owner</u>.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity   ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u> charades of witchcraft. Ex:

_____

_____

___. Defendant <u>Anshutz Entertainment Group, Inc</u> works at

*Insert ¶ #* *(full name of Defendant)*

<u>800 W. Olympic Blvd, Suite #305, Los Angeles CA 90015</u>.

*(Defendant's place of work)*

Defendant's title or position is <u>Owner: Philip Anschutz</u>.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity   ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u> charades of witchcraft. Ex:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Harbor-UCLA Medical Center _____ works at

*Insert ¶ #*  *(full name of Defendant)*

1403 W. Lomita Blvd # 200 Harbor City, CA 90710 ___.

*(Defendant's place of work)*

Defendant's title or position is Supervisor _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

_____

_____

_____

___. Defendant Walmart Vision Center _____ works at

*Insert ¶ #*  *(full name of Defendant)*

9001 Apollo Way, Downey CA 90242 ___.

*(Defendant's place of work)*

Defendant's title or position is Supervisor _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Dr. Margaret Nguyen, OD Optometrist works at
*Insert ¶ #*        *(full name of Defendant)*
9001 Apollo Way Downey CA 90242 .
*(Defendant's place of work)*

Defendant's title or position is Eye Doctor .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:

___. Defendant The First Church of Christ, Scientist        works at
*Insert ¶ #*        *(full name of Defendant)*
250 Massachusetts Ave, Boston, MA 02115 .
*(Defendant's place of work)*

Defendant's title or position is President ; Anne Melville C.S.B. .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Kamala Devi Harris** works at
*Insert ¶ #* *(full name of Defendant)*

**1 Observatory Circle N.W. US. Naval Observatory Washington DC 20008**
*(Defendant's place of work)*

Defendant's title or position is **Vice President**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity  ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

___. Defendant **Aja Lene Brown** works at
*Insert ¶ #* *(full name of Defendant)*

**205 S. Willowbrook Ave Compton CA 90220**
*(Defendant's place of work)*

Defendant's title or position is **Ex Compton Mayor & Cofounder of Compton Community**
*(Defendant's title or position at place of work)* **Development Corp**

This Defendant is sued in his/her (check one or both):

☐ individual capacity  ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant Sovereign Military Hospitaller Order of St John of Jerusalem of Rhodes and of Malta works at
*Insert ¶ #* *(full name of Defendant)*

Magistral Palace, Via Condotti, 68 Rome - Italy
*(Defendant's place of work)*

Defendant's title or position is Grand Master: John T. Dunlap
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity  ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

____. Defendant Order of Malta Federal Association, USA works at
*Insert ¶ #* *(full name of Defendant)*

1130 M. Street, NW, Suite 403, Washington DC 20036
*(Defendant's place of work)*

Defendant's title or position is President: Wayne Ruth
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity  ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant *Congregation of Jesus and Mary* works at

*Insert ¶ #*   *(full name of Defendant)*

*Via del Querceti 15, 00184 Roma RM Italy*

*(Defendant's place of work)*

Defendant's title or position is *Fr. Jean-Michel Amouriaux C.I.M*.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: *For Men*

___. Defendant *Religious of Jesus and Mary* works at

*Insert ¶ #*   *(full name of Defendant)*

*2, Place de Fourvière 69005, Lyon France*

*(Defendant's place of work)*

Defendant's title or position is *Sr. Monica Joseph R.J.M*

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: *For Women*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant St Elizabeth Church works at
_Insert ¶ #_ (full name of Defendant)
Elisabethstraße 3, 35037 Marburg Germany
(Defendant's place of work)

Defendant's title or position is overseer
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity  ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

_____

_____

___. Defendant Cathedral of St. Elizabeth works at
_Insert ¶ #_ (full name of Defendant)
Hlavné namestie 3, 040 01 Staré Mesto Slovakia
(Defendant's place of work)

Defendant's title or position is Overseer
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity  ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Eibingen Abbey _____ works at

Insert ¶ # (full name of Defendant)

Klosterweg 1, 65385 Rüdesheim am Rhein, Germany .

(Defendant's place of work)

Defendant's title or position is Overseer .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Saint Hildegard of Bingen aka Virgin Doctor of the Church Beatified August 26 (my b'day) and feast day September 17 (my partners b-day).

___. Defendant Congregation of the Sons of Mary _____ works at

Insert ¶ # (full name of Defendant)

Istituto Lodovico Pavoni, Via Lodovico Pavoni 2, 21049 Tradate, VA Italy

(Defendant's place of work)

Defendant's title or position is Superior General: Br. Ricardo Pinilla Collantes

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>Luis Martin Barraza Beltrán</u> works at
*Insert ¶ #* (full name of Defendant)

<u>Obispado, Av Morelos 46 Poniente, 27000 Torreon Coahuila, Mexico</u>
(Defendant's place of work)

Defendant's title or position is <u>Bishop of Torreon</u>.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u> <u>charades of witchcraft. EX:</u>

___. Defendant <u>Brothers of Saint Patrick</u> works at
*Insert ¶ #* (full name of Defendant)

<u>Delany Place, 18 Boomerang Road, The Entrance, 2261 NSW, Australia</u>
(Defendant's place of work)

Defendant's title or position is <u>Superior General : Br. Peter Ryan, F.S.P</u>
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u> <u>charades of witchcraft. EX:</u>

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Aramark__ works at
*Insert ¶ #*  *(full name of Defendant)*

__1101 Market St, Philadelphia, PA__
*(Defendant's place of work)*

Defendant's title or position is __Ceo: John Zillmer__
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of the__
charades of witchcraft. Ex:

_____

_____

_____

___. Defendant __Little Jerusalem Badlands State Park__ works at
*Insert ¶ #*  *(full name of Defendant)*

__Country Road 400 and Gold Road, Oakley, KS 67748__
*(Defendant's place of work)*

Defendant's title or position is __Overseer__
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of the__
charades of witchcraft. Ex:

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Terracina at Cathedral City works at

Insert ¶ #                    (full name of Defendant)

69-175 Converse Rd, Cathedral City CA 92234

(Defendant's place of work)

Defendant's title or position is ____Owner____

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

___. Defendant Cathedral City (Cat City) works at

Insert ¶ #                    (full name of Defendant)

68700 Avenida Lalo Guerrero, Cathedral City, CA 92234

(Defendant's place of work)

Defendant's title or position is Mayor; Mark Carnevale

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Indián Wells_ works at

Insert ¶ # _(full name of Defendant)_

44-950 Eldorado Dr. Indian Wells CA 92210.

_(Defendant's place of work)_

Defendant's title or position is _Mayor Greg Sanders_.

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the_ _____

charades of witchcraft. EX: _____

___. Defendant _Palm Desert_ works at

Insert ¶ # _(full name of Defendant)_

73510 Fred Waring Drive, Palm Desert, CA 92260.

_(Defendant's place of work)_

Defendant's title or position is _Mayor Karina Quintanilla_.

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the_ _____

charades of witchcraft. EX: _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>Dicastery for the Causes of Saints</u> works at
*Insert ¶ #*       *(full name of Defendant)*

<u>Palazzo delle Congregazioni, Piazza Pio XII, 10, 00193 Roma, Italy.</u>
        *(Defendant's place of work)*

Defendant's title or position is <u>Prefect; Marcello Semeraro</u>
        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

     ☐ individual capacity         ◼ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u> charades of witchcraft. EX: <u>This is where they authorize, investigate, and canonize a decease person to become a saint. It was formed on January 22, 1588</u>

___. Defendant <u>Sanctuary of the Saints Vittore and Corona</u> works at
*Insert ¶ #*       *(full name of Defendant)*

<u>Viale Ss. Mm. Vittore e Corona, 19 32032 Anzù, Feltre BL, Italy</u>.
        *(Defendant's place of work)*

Defendant's title or position is <u>overseer</u>
        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

     ☐ individual capacity         ◼ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u> charades of witchcraft. EX:

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Terracina Cathedral works at

Insert ¶ #

*(full name of Defendant)*

Piazza Municipio, 19, 04019 Terracina LT, Italy.

*(Defendant's place of work)*

Defendant's title or position is overseer.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity　　　■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Dedicated to St. Caesarius of Terracina

_____

_____

___. Defendant Diocese of Latina - Terracina Sezze-Priverno works at

Insert ¶ #

*(full name of Defendant)*

Piazza Paolo VI, via Sezze 16, 04100 Latina.

*(Defendant's place of work)*

Defendant's title or position is Bishop: Mariano Crociata.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity　　　■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant St Patrick's Pontifical University works at

Insert ¶ # (full name of Defendant)

Main St, Collegeland, Maynooth, Co. Kildare, W23 NX63, Ireland.

(Defendant's place of work)

Defendant's title or position is President: Michael Mullaney

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

___. Defendant Municipality of Latina works at

Insert ¶ # (full name of Defendant)

P.za del popolo,1, 04100 Latina LT, Italy

(Defendant's place of work)

Defendant's title or position is Mayor; Damiano Colette

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Isaac Compton _____ works at

*Insert ¶ #*

*(full name of Defendant)*

29 Beresford St, Newcastle West NSW 2302, Australia .

*(Defendant's place of work)*

Defendant's title or position is EAO Entertainment (Artist) .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: _____

_____

_____

_____

___. Defendant Mecca Shriners _____ works at

*Insert ¶ #*

*(full name of Defendant)*

11 West 23rd Street, Suite 931, New York, NY 10010 .

*(Defendant's place of work)*

Defendant's title or position is Potentate: Anthony P. Ruffini .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: _____

_____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

*The Fall of Man*                    *Fall Began September 23, 2022*

Robbery of Front Door = Temple (Body) and Temple (Residence) (Garden)
using the Backdoor = Perverting Sound, Words, Sex, Senses, etc.
Result = Serpent Steals, Kills, and Destroys

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Genesis 3:1-24 ①Now the serpent who was more subtile than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? ②And the woman said unto the serpent, We may eat of the fruit of the trees of the garden: ③But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither

2. shall ye touch it, lest ye die. ④And the serpent said unto the woman, Ye shall not surely die: ⑤For God doth know that the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. ⑥And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof,

3. and did eat, and gave also unto her husband with her; and he did eat. ⑦And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. ⑧And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. ⑨And the LORD God called unto Adam, and said unto him, Where art thou? ⑩And he said, I heard thy voice in the garden, and

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

4. I was afraid, because I was naked; and I hid myself. And he said, Who told thee that thou wast naked? Hast thou eaten of the tree, whereof I commanded thee that thou shouldest not eat? And the man said, The woman whom thou gavest to be with me, she gave me of the tree, and I did eat. And the LORD God said unto the woman, What is this that thou hast done? And the woman said, The serpent beguiled me, and I did eat. And the LORD God said unto the serpent,

5. Because thou hast done this, thou art cursed above all cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life. And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. Unto the woman he said, I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children; and thy desire shall be.

6. to thy husband, and he shall rule over thee. And unto Adam he said, Because thou hast hearkened unto the voice of thy wife, and hast eaten of the tree, of which I commanded thee, saying, Thou shalt not eat of it: cursed is the ground for thy sake; in sorrow shalt thou eat of it all the days of thy life. Thorns also and thistles shall it bring forth to thee; and thou shalt eat the herb of the field: In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou art, and unto dust shalt

2

Page Number

7 thou return (20) And Adam called his wife's name Eve, because she was the mother of all living. (21) Unto Adam also and to his wife did the LORD God make coats of skins, and clothed them. (22) And the LORD God said, Behold, the man is become as one of us, to know good and evil: and now, lest he put forth his hand, and take also of the tree of life, and eat, and live for ever. (23) Therefore the LORD God sent him forth from the garden of Eden, to till the ground from whence he was taken.

8 (24) So he drove out the man; and he placed at the east of the garden of Eden Cherubim, and a flaming sword which turned every way, to keep the way of the tree of Life. Genesis 4:1-26 (Cain and Abel) (1) And Adam knew Eve his wife; and she conceived, and bare Cain, and said, I have gotten a man from the LORD. (2) And she again bare his brother Abel. And Abel was a keeper of sheep, but Cain was a tiller of the ground. (3) And in process of time it came to pass, that Cain brought of the fruit of the

9 ground an offering unto the LORD. (4) And Abel, he also brought of the firstlings of his flock and of the fat thereof. And the LORD had respect unto Abel and to his offering: (5) But unto Cain and to his offering he had not respect. And Cain was very wroth, and his countenance fell. (6) And the LORD said unto Cain, Why art thou wroth? and why is thy countenance fallen? (7) If thou doest well, shalt thou not be accepted? and if thou doest not well, sin lieth at the door. And unto thee shall be his desire, and thou shalt rule over him. (8) And Cain talked

3
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

10 . with Abel his brother: and it came to pass, when they were in the field, that Cain rose up against Abel his brother, and slew him. And the LORD said unto Cain, Where is Abel thy brother? And he said, I know not: Am I my brother's keeper? And he said What hast thou done? the voice of thy brother's blood crieth unto me from the ground. And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand. When

11 . thou tillest the ground, it shall not henceforth yield unto thee her strength; a fugitive and a vagabond shalt thou be in the earth. And Cain said unto the LORD, My punishment is greater than I can bear. Behold, thou hast driven me out this day from the face of the earth, and from thy face shall I be hid; and I shall be a fugitive and a vagabond in the earth; and it shall come to pass, that every one that findeth me shall slay me. And the

12 . LORD said unto him, Therefore whosoever slayeth Cain, vengeance shall be taken on him sevenfold. And the LORD set a mark upon Cain, lest any finding him should kill him. And Cain went out from the presence of the LORD, and dwelt in the land of Nod, on the east of Eden. And Cain knew his wife; and she bare Enoch and he builded a city, and called the name of the city, after the name of his son, Enoch. And unto Enoch was born Irad: and Irad begat Mehujael and Mehujael

Civil Rights Complaint Pursuant to U.S.C. § 1983

13 . begot Methusael: and Methusael begat Lamech. (19) And Lamech took unto him two wives: the name of the one was Adah, and the name of the other Zillah. (20) And Adah bare Jabal: he was the father of such as dwell in tents, and such as have cattle. (21) And his brother's name was Jubal: he was the father of all such as handle the harp and organ. (22) And Zillah, she also bare Tubal-cain, an instructer of every

14 . artificer in brass and iron: and the sister of Tubal-cain was Naamah. (23) And Lamech said unto his wives, Adah and Zillah, hear my voice; ye wives of Lamech, hearken unto my speech: for I have slain a man to my wounding, and a young man to my hurt. (24) If Cain shall be avenged sevenfold, truly Lamech seventy and sevenfold. (25) And Adam knew his wife again, and she bare a son,

15 . and called his name Seth: For God, said she, hath appointed me another seed instead of Abel, whom Cain slew. (26) And to Seth, to him also there was born a son; and he called his name Enos: then began men to call upon the name of the LORD.

* * * Now I will break down Genesis 3 and 4 to show you the role play that has been taken place, like a movie being directed, organized, and filmed by individuals whose main purposes were to deceive, mislead, and

5
Page Number

Civil Rights Complaint Pursuant to U.S.C. §1983

16. indoctrinate the minds of humanity while attempting to steal, kill, and destroy the TRUE REMNANT OF GOD'S CHOSEN ONES without leaving a trace of evidence that will point out who is who, who did what, and what methods were used as weapons of warfare. *** Lets start with the story of Adam and Eve being the Kings and Queens of Royalty in Europe. Then the serpent being the spirit of perversion starting with

17. Incest in the Royal Bloodlines in order to keep the kingdom locked down. According to the Wikipedia "List of Coupled cousins" the "Royalty in Europe" had 215 Kingdoms in Europe that reigned under the Spirit of Perversion because of Incest * Mind you, Perversion only truly means a twisted truth * Let's start with Nero Claudius Drusus born October 7 c. 14 BC in Rome, Italy. He also went by the name Drusus Julius Caesar

18. and he married his paternal cousin Claudia Livia in AD 4 which was the same year her first husband Gaius Caesar died. To bring my statement concurrent to modern times, Queen Victoria of the United Kingdom of Great Britain and Ireland from June 20, 1837 until her death in 1901 who was also granted the title the Empress of India in 1876 married her cousin Prince Albert of Saxe-Coburg and Gotha stemming from the Royal German Bloodline. Now between both

6

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

19. Drusus Julius Caesar and Queen Victoria of Great Britain and Ireland there were 213 other kingdoms that reigned under Perversion which sums up to a total of 215 Kingdoms. Out of the perversion seed of incest Queen Victoria's eldest son Edward VII was the first Saxe-Coburg-Gotha monarch who ascended to the House of Well w/(German) throne on Jan 22, 1901. When you look at Prince Albert's incest with Queen Victoria you can see the serpent of sexual perversion.

20. However, the serpent appears to reflect itself in multiple fashions in this situation. For instance, Prince Albert and Queen Victoria are not just cousins but they are husband and wife; however she has the label Queen and he has the label Prince right there is two other types of perversion hidden ① Husband + Wife = King + Queen not Queen + Prince which equals Mother and Son ② Queen + Prince in this case equals Wife + Husband which means the Queen is King =

21. Dionysus / Transgender (based on role) + Prince is Husband which reveals the Serpent from Adam and Eve's Fall because when they fell she became King in the serpents Kingdom. So this proves that the Europeans are the twisted TRUTH (Fallen State) of my original essence that's why they've caused so much damage yet dark skinned/brown skinned people have payed the price. This also explains the movie "The Great Gay Road" and the blackmail of America & Christianity/Jews. If you look at Prince Albert and Queen Victoria

7

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

22. as Adam and Eve then their oldest son Edward VII would represent Cain and by him being the first Saxe-Coburg-Gotha monarch to ascend to the throne on Jan 22, 1901 that means Saxe-Coburg-Gotha would represent the land of Nod that Edward VII, playing as Cain would build while on the throne. Mind you that Cain was born of the serpent seed in Genesis then he killed Abel and God placed a mark on him so nobody would kill him (paraphrasing (GENESIS 4)

23. Edward VII had a son named George V who was King of United Kingdom, British Dominions, and Emperor of India from 1910-1936. George V had a son named Albert Frederick Arthur George (Prince Albert of York) then became King George VI of United Kingdom, Dominions, and of the British Commonwealth who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother). Now watch what happened under King George VI reign and also what occurred afterwards. In 1939, King George VI,

24. his British Empire, and most of Commonwealth countries (except Ireland) declared war on Nazi Germany (for whatever reason they proclaimed pertaining to Poland) however during WWII between 1941 and 1945 Nazi Germany while under Hitler's rule killed around 6 million Jews using genocide (The Holocaust) as it's tool of weaponry. There were also approximately 5 million prisoners of war murdered as well. However, my key point is that the Jews were tortured in a war that wasn't even about them. This is similar to how Cain

8

Page Number

25 . killed Abel without cause. Now, let me rewind back Insert ¶ # to Queen Victoria of Britain and Prince Albert of Saxe-Coburg and Gotha (House of Wettin) which stemmed from the Royal German Bloodline. Under their reign of perversion (twisted troth) due to incest is when the German chemist Albert Niemann in 1859 isolated cocaine from coca leaves and published his findings in 1860. His thesis dissertation in German is titled Uber eine nese organische Base in de Cocablattern meaning On a

26 . New Organic Base in the Coca Leaves. His paper talks about Insert * # how he isolated cocaine, a crystalline alkaloid (The word crystal derives from the Ancient Greeks word "Kristallos" meaning both ice" and "rock crystal". * Right, here shows that in this perverted role play of Adam and Eve being Prince Albert of Gotha (for short) and Queen Victoria, then that would make German chemist Albert Nieman out to be Cain which is their first son (the serpent seed). Crack cocaine was given to the blacks to

27 . sell in the streets which is a form of genocide against themselves & Insert ¶ # their own kind which is streets so just like the Hebrew said "Face Street, Face Down". Then coke was given to prisons which is still genocide against the blacks first since it is a substance that stews from the word After, they obtain it and use or distribute it then they have unknowingly/knowingly or waged spiritual war against Eve's seed by playing Cain and killing Abel since Abel was a keeper of sheep (Pastor/Church) however this is the Backdoor of attempting to kill the kingdom of Jesus Christ

9

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

28. of Nazareth by drugs as others profited off of the proceeds of the broken and downtrodden. This is another way they attempted to discredit the Authenticity of Jesus's life while robbing his church in order to build more Cains to kill Abel. I explained drugs as a backdoor tactic because under the Queens reign; Queen Victoria's oldest son represents Cain in the world especially after being the first to ascend to

29. to the throne as Edward VII the King of Saxe-Coburg and Gotha (House of Wettin) from the Royal German Bloodline. ** Moving back forward to her great great grandson Albert Frederick Arthur George (originally Prince Albert of York) who became King George VI of the United Kingdom, Dominions, and British Commonwealth and his wife Queen Elizabeth The Queen Mother. Albert aka KingGeorge VI symbolizes Cain under the name Albert

30. because he was named after his great-great Grandfather Prince Albert (Queen Victoria's Husband) however this is according to kingdom (front door). But when you look at him under the role play of Adam; then even though he waged war on Nazi Germany; Germany would be his son Cain because the Nazi's killed the JEWS (Able). Now, after Adolf Hitler completed the Holocaust against the Jews he turned around and committed suicide (just like Judas hung himself after he betrayed Jesus and sold him to the Romans to be crucified).

10

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

31. Now, another thing I would like to point out is that; it was during Adolf Hitler's youth that he tried to become an artist (drawing) but was rejected by the city's Academy of Fine Arts. All this occurred after his mother died when he was 18 years old. Hitler left his hometown Linz (lens, sight, glasses, etc.) and moved to Vienna (Vienna sausages), the glamorous capital of the Austro-Hungarian Empire. He thought moving to Vienna would be the ideal place to pursue his dream of being an artist.

32. He tried to get into the Academy of Fine Arts again yet they rejected him again. He ended up moving from one cheap room to another, even living in a homeless shelter for a time. Then he started earning money by selling his paintings to tourist and frame sellers which earned him enough money to move out the shelter and to move into a mans home. Being a frustrated young artist Hitler became interested in politics. In Vienna there was a Jewish store owner who was one of Hitlers loyal customers

33. So his time in Vienna shaped Hitlers worldview. Hitler ended up moving to Munich where he found some well off customers who commissioned works from him but his progress came to a halt when the Munich police tracked him down for not registering for the military draft in Linz. He didn't pass the fitness exam at first however he then voluntarily enlisted that August after the outbreak of World War 1 ended his stint as a struggling young artist. It was his time in Vienna and his frustrated art career that became part of the myth-making by Hitler himself and by his

11
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

34. followers that helped drive his fateful rise to power in Germany. Hitler railed against modern art, calling it the "degenerate" product of Jews and Bolsheviks and a threat to the German national identity. In 1937, the Nazis rounded up some 16,000 works of this type from German museums and put hundreds of them on display in Munich. The exhibition intended to heap scorn on the artist ended up being attended by 2 million people. Looking at Hitlers military time let's talk about

35. drugs. The use of Methamphetamine, better known as crystal meth, was a pill form of the drug called Pervitin and it was distributed by the millions to the Nazi Troops before their successful invasion of France in 1940. Developed by the Temmler pharmaceutical company, based in Berlin, Pervitin was introduced in 1938 and marketed as a magic pill for alertness and an anti-depressant. A military doctor experimented on 90 college students and decided based on the results the drug would help Germany win

36. the war. Other allied soldiers used amphetamines (speed) in the form of Benzedrine in order to battle combat and fatigue. Others used anesthetics like Goring whose nickname was actually Morris from morphine. Meth was Pervitin until a Japanese chemist, Nagai Nagayoshi first synthesized meth in 1893. In 1919 a younger protégé of Nagai named Akira Ogata discovered another method of synthesizing the crystalline form creating a new stimulant called crystal meth. *** Drugs have been used as weapons

12

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

37. of warfare, blackmail, human trafficking, etc. in the USA however Americans have paid the price for systematic corruption and sorcery strategically organized in Europe. ***The next perverted role play of Adam and Eve resembles Prince Philip (The Duke of Edinburgh) and Queen Elizabeth II. Their marriage resembles that of Queen Victoria when it comes to Philip being Prince and Elizabeth II being Queen. Also, Prince Philip and Queen

38. Elizabeth were third cousins so they're marriage is another reflection of incest. Philip was also Prince of Greece and Denmark which would represent the Greek religion of the Twelve Olympians starting with Zeus, the king of gods, who was married to his sister Hera. The other eleven Olympians were Ares, Poseidon, Athena, Demeter, Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite, Hephaestus, Hermes, and Hestia (the goddess of the hearth

39. and sacred flame, which was more likely the most prayed to of all gods. *Apart from these gods, the Greek pantheon was filled with dozens of other gods, demigods, and mortal and immortal beings which varied by local and over the evolution of Greek culture. A variety of other mystical beliefs and nature spirits such as nymphs and other magical creatures were foundational to the ancient Greek understanding of the world around them. Now, Elizabeth I was Queen/King of the United Kingdom and other Commonwealth realms.

13

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

40. Their religion is known to be protestant for the United Kingdom and Commonwealth. However protestant is just a breakoff of Roman Catholics because the Roman Catholic church split into 3 categories under christianity which was Catholic, Eastern Orthadox, and Protestant. But they do not represent the same belief patterns as us because they're still governed by the Pope and their sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising and establishing His Kingdom. Well, under Queen Elizabeth II reign, another form of genocide occurred. This plague or genocide is called Covid-19. This plague killed many people, isolated many people, and weakened humanity within the realm of spirituality when it came to fellowship in the temple which then turned into social religion (a gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off The Body of Christ by placing the True Believers of God in a fallen state because the digital realm is created by man and stems from space symbolizing the 2nd heaven where the prince of darkness is when the Throne of Jehovah Mekadesh (God our Holiness) is the third Heaven). What this also did was attempt to mark the Chosen Ones with the Mark of the Beast so that Roman Catholic could pretend to be the woman

14

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

43. From Revelation 12 and The chosen ones would look like the Red Dragon in Revelation 12. *** Moving Forward to the ROMAN CATHOLIC church I will give a breakdown of this church from the fallen story of Adam+Eve. The sorcery and perverted truth behind Roman Catholics. Catholic is Adam and Eastern Orthodox (still Catholic) is Eve-then The Roman Catholic Archdiocese is Cain (who was Eves first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE TRUE PROTESTANTS)). Roman Catholics according to Roman in the Trinity format will sum up to Roman Empires as Satan acting as The Father, The AntiChrist as the Son, and the false prophets as the Spirit. The Roman Empires are: Babylon as Satan, Medo-Persia as the Son, and Greece as the Spirit. Babylon is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-western Iran, known for it's political and cultural base of the medes) Symbolizing The AntiChrist, Greece is a country in Southeast Europe Symbolizing the false prophets (pagan Gods of Hellenism). Roman Catholics using IRAQ/IRAN= Southwestern Asia & Greece which is Southeast Europe is the backdoor to attempt to keep me out the Kingdom by demonizing everybody using deceptive strategies to deceive the people and indirectly marking them with the beast.

* December 25 = Christmas = Christ Massacre, not Christ birthday

46. Let's now explain Adam & Eve according to Rome & Germany whiched birthed out The Holy Roman Empire. On December 25 800, Pope Leo III crowned Frankish King Charlemagne as Roman Emperor reviving the title in Western Europe, after the fall of the ancient Western Roman Empire in 476 it fell in 924 then was revived again in 962 until the 12th century as the most powerful monarch in Europe. In 1262 Ottone I Visconti

47. was elected as archbishop of Milan, Italy which earned him one of the Holy Roman Seats in Italy after he conquered Milan from their rival Della Torre family in 1277. The Visconti of Milan are a noble Italian Family. Their motto is; "I will not violate the customs of the serpent." The Visconti was called LORD of Milan (from 1277-1395) and the Duke of Milan (from 1395-1447). Their symbol is a picture of a half man

48. in the mouth of a serpent. Visconti = Vice Comes. Vice "Deputy" + Comes "Count". * This is the backdoor way of how they marked my partner due to his gang in Chicago named "Vicelords" which is a blood gang. Then I can break down ViceComes into Victorious Ice (Crystal Meth) LORD and Comes into Nut (Seed) Count representing the 12 tribes of Israel. Ironically, the headquarters of the Nation of Islam (false 12 tribes) is located in Chicago, Illinois as well. So this explains how

& for America

16

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

49. they have marked my lover as the red dragon and as the Crystal Meth drug Lord when he doesn't even sell drugs but now I see why every time I was with him intimately then I wanted to smoke after I left. Now, we all know that Meth was in pill form first called Pervitin during Hitlers reign in Germany Nazi military, then a German chemist synthesized meth, and a japanese

50. chemist crystallized meth into rock form. So this explains alot about Europe's Kingdom and their demonic Church (to be continued). Moving forward, In 1356 the golden bull was created without the pope (Pope Innocent VI) involvement but he did not oppose it either because he need the King to aid him with his enemy Visconti. By not opposing it made this pope just as guilty as the other side because it symbolized Idolatry. On

51. August 10, 1397 Albert II of Germany also known as Albert the Magnanimous KG was elected King of the Romans as Albert II. He also was king of the Holy Roman Empire, and a member of the House of Habsburg (House of Austria). KG stands for The Most Noble Order of the Garter. It's an order of chivalry (order of knights typically founded during the original Catholic military orders of Crusades (c. 1099-1291)) and paired with medieval concepts of ideals of chivalry (code of conduct in Europe from 1170-1220). The Most Noble Order

17

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

52. Order of the Garter was founded by Edward III
*Insert ¶ #*
of England in 1348. It is the most senior order of
knighthood in the British honours system except for
the Victoria Cross and the George Cross. Back to King
Albert II his wifes name was Elizabeth of Luxembourg
Who was queen consort of Germany and Bohemia.
The Bohemian language of the 19th Century was the language Czech
of the "Diet (Diet Assembly) is the general assembly of the

53. Imperial Estates of the Holy Roman Empire. Diet is
*Insert ¶ #*
also a designation for modern day legislative bodies of
certain countries and states such as the NATIONAL
Diet of Japan, or the German Bundestag, the FEDERAL
Diet. ✳ It was two different german chemist that
did cocaine and amphetamine and it was a
japanese chemist who cristalized amphetamine and
created Methamphetamine (crystal meth). Also, it was

54. Elizabeth who taught me how to snort meth @ 13 yrs
*Insert ¶ #*
old and Albert who taught me how to smoke meth until @14 yrs old
I ended up pregnant with his daughter ✳ King Albert II
of Germany persecuted, had the Jews arrested, took their
belongings, etc. Before King Albert II of Germany became King
the Jews in the Austrian duchy had been subject to local
persecutions during the 13th and 14th century however their
position remained relatively safe. The Jewish communities
prospered in several towns like Krem or the area around

18
Page Number

Civil Rights Complaint Pursuant to U.S.C § 1983

55. the Judenplatz at Vienna. It was after the death of Duke Albert IV in 1404 that their situation worsened sharply, culminating in the blaze of the Vienna synagogue on Nov 5, 1406, followed by riots and lootings. When Albert V came of age in 1411 and interfered in the Hussite Wars, he repeatedly established new taxes imposed on the Jewish community to finance his campaigns. On the other hand, after the Hussites had devastated the duchy,

56. the Austrian Jews were accused of collaboration and arms trade in favor of the enemies. The accusations of a host desecration at Enns in 1420 gave Albert pretext for the destruction of the Jewish community. According to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer, the duke order on May 23, 1420 the imprisonment and forcible conversion of the Jews. Those who had not converted or escaped was sent off in boats down the Danube River

57. (just like they did Blacks) while wealthy Jews remained under arrest, several of them tortured and stripped of their property. March 12, 1421 Albert sentenced the remaining Jews to death. Ninety-two men and 120 women were burned at the stake south of the Vienna city walls. The Jews were placed under an eternal ban and their synagogue was demolished. *** As you can see the Jews have constantly been robbed, imprisoned, persecuted, abused, accused, etc when they've done no wrong only so the world empires could

19

Page Number

58 _ seized their prosperity. Which is a form of the devil blackmailing Gods people just to claim what isn't his and so he could put his image and inscription on it while pretending to be God or by using people to act like they are the chosen ones so that he could steal the worship and inheritance that God promised to his people. This is also how he deceived the world and caused everybody to believe in his lies. So what we are

59 _ seeing again today is the enemies using the same strategies to kill, steal, and destroy. However, they attempt to cover up their evil with false accusations, set ups, influential peddling, obstruction of justice, deceptive policies, laws, international agreements, contracts, systems, etc. Which is why the whole world is in disillusionment behind treason, tyranny, and deep systematic corruption. The serpent and his seeds

60 (kids) are trying to avoid exposure by keeping the spotlight on fake news and by torturing the innocent. This is the same behavior, issues, and circumstances that we are seeing today behind theives & liars in high positions that don't have the people who they are supposed to lead good will at heart. Their agenda is selfish, they are narcissist, and people want to see a real change in life than ALL SELFISH AGENDA'S must be destroyed, because WE ARE THE PEOPLE and UNITY is better than division.

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE

#JESUSCAMETOSETUSFREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE
#MOREPRAYER, MORPOWERLESSPRAYER, LESSPOWER

20

Page Number

Civil Rights Complaint Pursuant to U.S.C § 1983

61. It was said that the Jewish were prosperous in the town of Krems which is in Austria. There's a wine region called Kremstal that lies on the south-eastern arc of the Waldviertel and the Dunkelsteiner Wald ridge, built up from hard crystalline rock, and opens out into the Alpine foothills towards the east, where unconsolidated rock prevails. The Kremstal vineyards are divided into three distinct areas: Stein district that borders with the Wachau, The Krems Valley, and

62. the small wine villages south of Danube clustered around the imposing Gottweig Abbey. ** Jews symbolize Gods chosen people, wine symbolizes Gods blessing for his people, and three symbolizes Father, Son, and Holy Ghost. Deuteronomy 7:6 For thou art a holy people unto the LORD thy God: the LORD thy God hath chosen thee to be a special people unto himself, above all people that are upon the face of the earth. Deuteronomy 7:12-13 ⑫ Wherefore

63. it shall come to pass, if ye hearken to the judgements, and keep, and do them, that the LORD thy God shall keep unto thee the covenant and the mercy which he sware unto thy fathers: ⑬ And he will love thee, and bless thee, and multiply thee: he will also bless the fruit of thy land, thy corn, and thy wine, and thy oil, the increase of thy kine, and the flocks of thy sheep, in the land which he sware unto thy fathers to give thee. Matthew 28:19 Go ye therefore, and teach all nations, baptizing them

21

Page Number

64 . in the name of the Father, and of the Son, and of the Holy Ghost. 1 John 5:7 - For there are three that bear record in heaven, the Father, the Word, and the Holy Ghost: and these three are one. * As you see in Matthew 28:19 and 1 John 5:7 Jesus is the fulfilment of the Word of His Father which makes Jesus spirit the Holy Ghost which is the spirit of Prophecy (past, present, and future).

65  *** Returning to Rome & Germany, I'd like to bring up the Italian Social Republic also known as the Republic of Salo. It was considered a Nazi-German puppet state with little diplomatic recognition until World War I, which existed from the beginning of the German occupation of Italy in September 1943 until the surrender of German troops in Italy in May 1945. The German occupation triggered widespread national resistance against it and

66. the Italian Republic leading to the Italian Civil War. Most of the 8,000 Italian Jews who died in the Holocaust were killed during the 20 months of the Salo (Italian Social Republic) regime. * It seems as if Italy (whether Rome or Vatican), British Kingdom, and Germany (whether Holy Roman Empire of Germany or Nazi) always seem to be socializing or "pretending" to be at war when Jews get killed and their stuff gets seized. The common denominator is Roman Catholic and Britain who stands by and watch however he is the

2 2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

67. King over the kingdoms. This is organized crime in the most subtle and cunning ways possible just like the serpent and Eve who then gave it to Adam and he ate which caused them to fall. Moving forward to finalize my stance I will add one more component about Germany. On November 1, 1895, Max Skladanowsky and his brother Emil demonstrated their self invented film project, the Bioscop, at the Wintergarten music hall in Berlin. On December 28, 1895 the first paying

68. public display of the Lumière brothers' Cinematographe was in Paris. In 1910, the first German "artistic" films began to be produced, an example is the film Edgar Allan Poe adaptation The Student of Prague (1913) which was co-directed by Paul Wegener and Stellan Rye. In 1917 a process of concentration and partial nationalization of the German film industry began with the founding of Universum Film AG (UFA) which was partly a reaction to the very effective use that the Allied Powers had

69. found for the new medium for purpose of propaganda. An early step towards the foundation of UFA was taken January 13, 1917 with the creation of the Bild und Filmamt (BUFA) by Germany's Supreme Army Command. Formed as a reaction to the perceived advantage of Germany's enemies in the realm of film propaganda, BUFA's task was to use film for psychological warfare. In 1924-1926 UFA had two large scale productions, Nibelungen and Metropolis. Metropolis was the first film thus distinguished on UNESCO's Memory of the World Register and Woman in the Moon

23

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

70 . to this day. From 1933-1937 UFA experienced a new commercial boom in the Nazi era (Nazification), not least due to the government's protectionist measures, which freed UFA from bothersome competition. On top of occupying almost all of Europe, the Nazi regime provided UFA new sales markets, as well as placing distribution outlets in such "neutral" countries as the United States By 1938, after taking over foreign film production facilities in France,

71. Belgium, and other countries, one-third of the company's sales came from abroad. UFA's economic boom made it possible to further expand the so-called "star system", which had already been developed in the silent film era. In an act of anticipatory obedience to the Nazi regime, UFA management fired several Jewish employees. In the summer of 1933, the Nazi regime created the Film Chamber of the Reich, which adopted regulations officially

72. excluding Jewish filmakers from all German studios.
* Even in the film industry the "wicked" tried to get rid of the Jews without probable cause however if they were so dedicated to separating themselves from Gods people then the people have to give back everything they stole from Gods people so the separation can TRULY Happen. (End)
*** Next topic under Roman Empire and Germany that equates to Roman Catholics in the form of Adam & Eve's story being twisted is the German Monk Martin

21/

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that birthed out the 95 Theses which is the Disputation on the Power of Indulgences (Cain) that cause The Protestant Reformation (Abel) which they have been indirectly working together to destroy Gods people while stealing from the people (Cain's excuse to kill Abel). But not only that, they have intentionally worked to stop the rise of JESUS kingdom from coming forth while

74. acting like they were for us when they both were plotting on destroying us by sorcery, systems of debt, perversion war, media, etc. Prime example of their deception using words is the word NUN. The definition of NUN is: ①A female who lives in a monastery or convent who chose to devote her life to prayer, service, & charitable work. ② A nun is also a male Monk ③ many religions including Catholicism, Buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use social media, or smartphones. ② They can't own property or engage in sexual relationships. ③ Nuns are expected to renounce their inheritance and property rights. ④ Nuns have their own room which is called a CELL. ✳ NOW HERE'S the deception of definitions 1, 2, & 3 behind the word nun: ④ In the form of Adam & Eve's story being perverted is a female nun (Eve) + a male monk (Adam) = Dionysus because he was born a male and changed into a female (transgender). (Cain)

✳ Monk = Zues + female nun = Semele ✳
(Parents of Dionysus in the Greek religion)

Father + Mother = God
The way some catholics pray saying father/mother God...

(EVE)                    (plus)    (ADAM)
76. ① A female nun = Roman Catholic + A male Monk (nun) =
insert ¶ #          (=)      (CAIN)
Holy Roman Empire of Germany  equals Buddhism (China, Russia, Nepal, India, North/South Korea, Japan, Laos, Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam, Singapore, etc! ※ This is how they tried to play us using words, religion, money, power, etc. This is organized theft because the church is supposed to be representing Jesus not all these other people.

77. Gods that the Roman Catholic Church and Britain Empire is not making anybody aware of... Buddhist is a representation of the god of wealth thats another reason why gambling has been being promoted worldwide with online casinos, sports bets, lotto, etc. The name "bet" is derived from the West Semitic word for "house" which means the casinos represent the house of buddha and that means everytime we

78. gamble then we are worshipping Buddha without any knowledge of it. So as you can see, people have been living in the world under the deception of the enemy. He has used Religion as his driving force because it was by him twisting Gods word that caused Eve and Adam to fall. Basically, thats what we see happening in today's situation because the religions that are in on this scandal are all twisted words from the original and the twist was done in attempt

26
Page Number

79 . to steal, kill, and destroy. John 10:1-16 ⁹Verily, verily, I say unto you, He that entereth not by the door into the sheepfold, but climbeth up some other way, the same is a thief and a robber. ②But he that entereth in by the door is the shepherd of the sheep. ③To him the porter openeth, and the sheep hear his voice: and he calleth his own sheep by name, and leadeth them out. ④And when he putteth

80 . forth his own sheep, he goeth before them, and the sheep follow him: for they know his voice. ⑤And a stranger will they not follow, but will flee from him: for they know not the voice of strangers. ⑥This parable spake Jesus unto them: but they understood not what things they were, which he spake unto them. ⑦Then said Jesus unto them again, Verily, verily, I say unto you, I am the door of the

81 . sheep. ⑧All that ever came before me are thieves and robbers: but the sheep did not hear them. ⑨I am the door: by me if any man enter in, he shall be saved, and shall go in and out, and find pasture. ⑩The thief cometh not, but for to steal, and to kill, and to destroy: I am come that they might have life, and that they might have it more abundantly. ⑪I am the good shepherd. the good shepherd giveth his life for the sheep. ⑫But he that is a hireling, and not the

27
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

82. shepherd, whose own the sheep are not, seeth the wolf coming, and leaveth the sheep, and fleeth: and the wolf catcheth them, and scatterth the sheep. 13 The hireling fleeth, because he is a hireling, and careth not for the sheep. 14 I am the good shepherd, and know my sheep, and am known of mine. 15 As the Father knoweth me, even so know I the Father: and I lay down my

83. life for the sheep. 16 And other sheep I have, which are not of this fold: them also I must bring, and they shall hear my voice; and there shall be one fold, and one shepherd. © Catholicism (Eve) + Roman Empire (old Babylon) (Greece being Adam) = Buddhism (Cain) attempting to kill Christianity (Abel) how is this proveable because they had to use witchcraft in the form of music, media, drugs, clothes, religion,

84. etc to war with the King of Kings and Lord of Lords. Then they used Greece/Greek gods to ensnare Seth which was Eves third son so that Enos couldn't be produced so they thought. But on top of that because of their perverse thinking; Enos who brought back the praise of the Lord, has been worded in the form of anus which symbolize the backdoor entrance to the temple (body) and it was through Seth descendants that Noah came. then through

78

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

86. one of Noah's sons' which he had 3 named Shem, Ham, and Japheth. However, it was through Shem that Gods Son Jesus Christ of Nazareth was brought into this world * Now here's a breakdown explaination of the few things about Nuns: ⓐ NUNS can't marry, use social media, or smartphones however the Britain Kingdom and their serpent seeds created the internet so that America

86. could be distracted by the Harlots system as they attempted to paint us as Babylon and as they attempted to stop the marriage of the Lamb and His Bride (the REAL CHURCH). ⓑ They can't own property or engage in sexual relationships however their system has Americans worshipping fornication so that they could lock us down and conquer our inheritance, property, and families. ⓒ Nuns are expected to renounce

87. their inheritance and property rights however in America they used the system to obtain those rights from us just like Jacob had Esau hand over his birth right because Esau was hungry. If Jacob really cared for his brother then he would have fed Esau without asking for anything in return. This is what China was used to do to America. Also, remember Rebecca had Jacob trick Isaac into putting Esau's blessing on Jacob. Well, that's

29

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

88. what they had China use communism to help *Insert ¶#* pervert America so that the Roman Catholic church could steal the blessing from the Black Church and Britain could keep the Kingdom while attempting to act like they didn't have anything to do with the whole situation. However, truth be told the Church belongs in Jerusalem but the chosen ones are here in America buried under

89. all this mess. There wouldn't be two marriage *Insert ¶#* couples in Revelation if America was really Babylon. All the sorcery came from U.K. so that is where Babylon is located however they tried to blackmail us by using Hollywood, Long Beach, and San Francisco but the truth is America was birthed from The Mother of Harlots and that's why America looks

90. like the son who would rule with an Iron *Insert ¶#* Fist pertaining to the Drug game. If they were the truth then I would have left to be there but I know they're a lie so I'm still here with you because I refuse to see a half truth. Revelation 18:22-24 - (22) And the voice of harpers and musicians, and of pipers, and trumpeters, shall be heard no more at all in thee; and no craftsman, of whatsoever craft he be, shall be found any more

30
Page Number

91 . in thee; and the sound of a millstone shall be
Insert ¶ "
heard no more, at all in thee, (23) And the light
of a candle shall shine no more, at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more, at all in thee:
for thy merchants were the great men of the
earth; for by thy sorceries were All nations
deceived. (24) And in her was found the blood

92 . of prophets, and of saints, and of all
Insert ¶ "
that were slain upon the earth. Revelation 19:6-10
(6) And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Alleluia: for the LORD God omnipotent reigneth.
(7) Let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93 . his wife hath made herself ready (8) And to
Insert ¶ "
her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. (9) And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. (10) And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

31
Page Number

94. fellow servant, and of thy brethren that have the testimony of Jesus: worship God:for the testimony of Jesus is the spirit of prophecy. **** See, God is more advanced than humanity because He knew in advance that there were going to be people fighting against His return, he knew people were going to pretend to be Him and/or pretend to be His Bride. Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy attempting to deceive the Elect (chosen ones of God). However, due to there not being anything knew under the sun, all the enemy did was confirm how real the Word of God is and how badly we need our savior Jesus Christ of Nazareth. The story about Babylon speaks about Mystery Babylon and the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the people and the beast that carries her which goes back to the Roman Empire. Her sorceries is so great that it causes all the kings and their armies to make war with the Lamb but not only that, the enemy knows that his time is short however he still tries his best to stop the Son of God from returning and even then the enemy already knows he lost the battle a long time ago so the enemy is basically just putting on a show.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## "WICKEDNESS OF MANKIND"

97 Genesis 6:1-22 Wickedness of Mankind

Insert 56

① And it came to pass, when men began to multiply on the face of the earth, and daughters were born unto them. ② That the sons of God saw the daughters of men-that they were fair, and they took them wives of all which they chose. ③ And the LORD said, My spirit shall not always strive with man, for that he also is flesh: yet his days shall

98 be a hundred and twenty years. ④ There were

Insert 98

giants in the earth in those days; and also after that, when the sons of God came in unto the daughters of men, and they bare children to them, the same became mighty men which were of old, men of renown. ⑤ And God saw that the wickedness of man was great in the earth, and that every imagination of the thoughts of his heart was only evil

99. continually. ⑥ And it repented the LORD that he

Insert 99

had made man on the earth, and it grieved him at his heart. ⑦ And the LORD said, I will destroy man whom I have created from the face of the earth; both man, and beast, and the creeping thing, and the fowls of the air; for it repenteth me that I have made them. ⑧ But Noah found grace in the eyes of the LORD. ⑨ These are the generations of Noah: Noah was a just man

33

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

100. and perfect in his generations, and Noah walked with God. And Noah begat three sons, Shem, Ham, and Japheth. The earth also was corrupt before God, and the earth was filled with violence. And God looked upon the earth, and, behold, it was corrupt; for all flesh had corrupted his way upon the earth. And God said unto Noah, The end of all flesh

101. is come before me; for the earth is filled with violence through them, and, behold, I will destroy them with the earth. Make thee an ark of gopher wood; rooms shalt thou make in the ark, and shalt pitch it within and without with pitch. And this is the fashion which thou shalt make it of: The length of the ark shall be three hundred cubits, and the height

102. of it thirty cubits. A window shalt thou make to the ark, and in a cubit shalt thou finish it above; and the door of the ark shalt thou set in the side thereof; with lower, second, and third stories shalt thou make it. And, behold, I, even I, do bring a flood of waters upon the earth, to destroy all flesh, wherein is the breath of life, from under heaven; and every thing that is in the earth shall die. But with thee will

34

Page Number

## " NOAH ENTERS THE ARK (GENESIS 7) "

18. I establish my covenant; and thou shalt come into the ark, thou, and thy sons, and thy wife, and thy sons wives with thee. (19) And of every living thing of all flesh, two of every sort shalt thou bring into the ark, to keep them alive with thee; they shall be male and female. (20) Of fowls after their kind, and of cattle after their kind, of every creeping thing of the earth after his kind, two of every sort shall come unto thee,

19 to keep them alive. (21) And take thou unto thee of all food that is eaten, and thou shalt gather it to thee; and it shall be for food for thee, and for them. (22) Thus did Noah; according to all that God commanded him, so did he. Genesis 7:1-24 And the LORD said unto Noah, Come thou and all thy house into the ark; for thee have I seen righteous before me in this generation. (2) Of every clean beast thou shalt take to thee by

20. Sevens, the male and his female: and of beasts that are not clean by two, the male and his female. (3) Of fowls also of the air by sevens, the male and female, to keep seed alive upon the face of all the earth. (4) For yet seven days, and I will cause it to rain upon the earth forty days and forty nights; and every living substance that I have made will I destroy from off the face of the earth. (5) And Noah did according unto all that the LORD commanded him. (6) And Noah was six hundred years old when the flood

35
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

ide of waters was upon the earth. And Noah went in, and his sons, and his wife, and his sons wives with him, into the ark, because of the waters of the flood. Of clean beasts, and of beasts that are not clean, and of fowls, and of every thing that creepeth upon the earth. There went in two and two unto Noah into the ark, the male and the female, as God had commanded Noah. And it came to pass after seven days, that the waters of the flood were upon the earth. In the six hundredth year of Noah's

107. life, in the second month, the seventeenth day of the month, the same day were all the fountains of the great deep broken up, and the windows of heaven were opened. And the rain was upon the earth forty days and forty nights. In the selfsame day entered Noah, and Shem, and Ham, and Japheth, the sons of Noah, and Noah's wife, and the three wives of his sons with them, into the ark: They and every beast after his kind, and all the cattle after their kind, and every creeping thing that creepeth

108. upon the earth after his kind, and every fowl after his kind, every bird of every sort. And they went into unto Noah into the ark, two and two of all flesh, wherein is the breath of life. And they that went in, went in male and female of all flesh, as God had commanded him: and the LORD shut him in. And the flood was forty days upon the earth; and the waters increased, and bare up the ark, and it was lift up above the earth. And the waters prevailed, and were increased greatly upon the earth; and the ark went upon the face of the waters. And the waters prevailed

36

Page Number

Civil Rights Complaint Pursuant to U.S.C § 1983

## " THE WATERS RECEDE GENESIS 8 "

109 . exceedingly upon the earth; and all the high hills, that were under the whole heaven, were covered. Fifteen cubits upward did the waters prevail; and the mountains were covered. All flesh died that moved upon the earth, both of fowl, and of cattle, and of beast, and of every creeping thing that creepeth upon the earth, and every man. All in whose nostrils was the breath of life, of all that was in the dry land, died. And every living substance was

110 destroyed which was upon the face of the ground, both man, and cattle, and the creeping things, and the fowl of the heaven; and they were destroyed from the earth; and Noah only remained alive, and they that were with him in the ark. And the waters prevailed upon the earth a hundred and fifty days. Genesis 8:1-29 And God remembered NOAH, and every living thing, and all the cattle that was with him in the ark: and God made a wind to pass

111 . over the earth, and the waters assuaged. The fountains also of the deep and the windows of heaven were stopped, and the rain from heaven was restrained. And the waters returned from off the earth continually: and after the end of the hundred and fifty days the waters were abated. And the ark rested in the seventh month, on the seventeenth day of the month, upon the mountains of Ararat. And the waters decreased continually until the tenth month: in the tenth month, on the first day of the month, were the tops of the mountains

37

Page Number

112. seen. ⑥ And it came to pass at the end of forty days, that Noah opened the window of the ark which he had made: ⑦ And he sent forth a raven, which went forth to and fro, until the waters were dried up from off the earth. ⑧ Also he sent forth a dove from him, to see if the waters were abated from off the face of the ground: ⑨ But the dove found no rest for the sole of her foot, and she returned unto him into the ark, for the waters

113. were on the face of the whole earth: then he put forth his hand, and took her, and pulled her in unto him into the ark. ⑩ And he stayed yet other seven days; and again he sent forth the dove out of the ark; ⑪ And the dove came in to him in the evening; and, lo, in her mouth was an olive leaf plucked off: so Noah knew that the waters were abated from off the earth. ⑫ And he stayed yet other seven days;

114. and sent forth the dove; which returned not again unto him any more. ⑬ And it came to pass in the six hundredth and first year, in the first month, the first day of the month, the waters were dried up from off the earth: and Noah removed the covering of the ark, and looked, and, behold, the face of the ground was dry. ⑭ And in the second, on the seven and twentieth day of the month, was the earth dried. ⑮ And God spake unto Noah, saying,

38

Page Number

*"Genesis 9 God's Covenant w/Noah verses 8-19//*
*Noah's Drunkenness verses 20-24*
*Curse of Canaan verses 25-29*

115 (16) Go forth of the ark, thou, and thy wife, and *Insert ¶ //* thy sons, and thy sons' wives with thee. (17) Bring forth with thee every living thing that is with thee, of all flesh, both of fowl, and of cattle, and of every creeping thing that creepeth upon the earth; that they may breed abundantly in the earth, and be fruitful, and multiply upon the earth. (18) And Noah went forth, and his sons, and his wife, and his sons' wives with him:

116 (19) Every beast, every creeping thing, and every fowl, and *Insert ¶ //* whatsoever creepeth upon the earth, after their kinds, went forth out of the ark. (20) And Noah builded an altar unto the LORD, and took of every clean beast, and of every clean fowl, and offered burnt offerings on the altar. (21) And the LORD smelled a sweet savor, and the LORD said in his heart, I will not again curse the ground any more for man's sake; for the imagination of man's

117 heart is evil from his youth; neither will I again *Insert ¶ //* smite any more every thing living, as I have done. (22) While the earth remaineth, seedtime and harvest, and cold and heat, and summer and winter, and day and night shall not cease. (Genesis 9:1-29 (1) And God blessed Noah and his sons, and said unto them, Be fruitful and multiply, and replenish the earth. (2) And the fear of you and the dread of you shall be upon every beast of the earth, and upon every fowl of the air, upon all that moveth upon

39
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

118. the earth, and upon all the fishes of the sea; into your hand are they delivered. Every moving thing that liveth shall be meat for you; even as the green herb have I given you all things. But flesh with the life thereof, which is the blood thereof, shall ye not eat. And surely your blood of your lives will I require; at the hand of every beast will I require it, and at the hand of man, at the hand of every man's brother will

119. I require the life of man. Whoso sheddeth man's blood, by man shall his blood be shed: for in the image of God made he man. And you, be ye fruitful, and multiply; bring forth abundantly in the earth, and multiply therein. And God spake unto Noah, and to his sons with him, saying, And I, behold, I establish my covenant with you, and with your seed after you; And with every living creature that is with you, of the

120. fowl, of the cattle, and of every beast of the earth with you; from all that go out of the ark, to every beast of the earth. And I will establish my covenant with you; neither shall all flesh be cut off any more by the waters of a flood; neither shall there any more be a flood to destroy the earth. And God said, This is the token of the covenant which I make between me and you and every living creature that is with you, for perpetual generations: I do set my bow in the cloud, and it

(add L to bow and you get Bowl) with a cloud is the crystal meth pipe aka pookey)

Civil Rights Complaint Pursuant to U.S.C. § 1983

14 . shall be seen in the cloud: (15) And I will remember my covenant, which is between me and you and every living creature of all flesh; and the waters shall no more become a flood to destroy all flesh. (16) And the bow shall be in the cloud; and I will look upon it, that I may remember the everlasting covenant between God and every living creature of all flesh that is upon the earth. (17) And God said

122 . unto Noah, This is the token of the covenant, which I have established between me and all flesh that is upon the earth. (18) And the sons of Noah, that went forth of the ark, were Shem, and Ham, and Japheth: and Ham is the father of Canaan. (19) These are the three sons of Noah, and of them was the whole earth overspread. (20) And Noah began to be an husbandman, and he planted a vineyard: (21) And he drank of the wine, and was drunken;

123 . and he was uncovered within his tent. (22) And Ham, the father of Canaan, saw the nakedness of his father, and told his two brethren without. (23) And Shem and Japheth took a garment, and laid it upon both their shoulders, and went backward, and covered the nakedness of their father's nakedness. (24) And Noah awoke from his wine, and knew what his younger son had done unto him. (25) And he said, Cursed be Canaan; a servant of servants shall he be unto his brethren.

41

Civil Rights Complaint Pursuant to U.S.C. § 1983

124. And he said, Blessed be the LORD God of Shem; and Canaan shall be this servant. ⑰God shall enlarge Japheth, and he shall dwell in the tents of Shem; and Canaan shall be his servant. ⑱And Noah lived after the flood three hundred and fifty years. ⑲And all the days of Noah were nine hundred and fifty years: and he died. Genesis 10:1-30 ①Now, these are the generations

125. of the sons of Noah, Shem, Ham, and Japheth: and unto them were sons born after the flood. ②The sons of Japheth; Gomer, and Magog, and Madai, and Javan, and Tubal, and Meshech, and Tiras. ③And the sons of Gomer; Ashkenaz, and Riphath, and Togarmah. ④And the sons of Javan; Elishah, and Tarshish, Kittim, and Dodanim. ⑤By these were the isles of the Gentiles divided in their lands; every

126. one after his tongue, after their families, in their nations. ⑥And the sons of Ham, Cush, and Mizraim, and Phut, and Canaan. ⑦And the sons of Cush; Seba, and Havilah, and Sabtah, and Raamah, and Sabtechah: and the sons of Raamah; Sheba, and Dedan. ⑧And Cush begat Nimrod: he began to be a mighty one in the earth. ⑨He was a mighty hunter before the LORD: wherefore it is said, Even as Nimrod the mighty hunter before the LORD.

42

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

127. [10] And the beginning of his kingdom was Babel, and Erech, and Accad, and Calneh, in the land of Shinar. [11] Out of that land went forth Asshur, and builded Nineveh, and the city Rehoboth, and Calah, [12] And Resen between Nineveh and Calah: the same is a great city. [13] And Mizraim begat Ludim, and Anamime, and Lehabim, and Naphtuhim, [14] And Pathrusim, and Casluhim, (out of whom came Philistim,)

128. and Caphtorim. [15] And Canaan begat Sidon his first-born, and Heth, [16] And the Jebusite, and the Amorite, and the Girgasite, [17] And the Hivite, and the Arkite, and the Sinite, [18] And the Arvadite, and the Zemarite, and the Hamathite: and afterward were the families of the Canaanites spread abroad. [19] And the border of the Canaanites was from Sidon, as thou comest to Gerar, unto Gaza; as thou goest, unto Sodom, and Gomorrah, and Admah, and Zeboim,

129. even unto Lasha. [20] These are the sons of Ham, after their families, after their tongues, in their countries, and in their nations. [21] Unto Shem also, the father of all the children of Eber, the brother of Japheth the elder, even to him were children born. [22] The children of Shem; Elam, and Asshur, and Arphaxad, and Lud, and Aram. [23] And the children of Aram; Uz, and Hul, and Gether, and Mash. [24] And Arphaxad begat Salah; and Salah begat Eber. [25] And unto Eber were

43

Page Number

130 born two sons: the name of one was Peleg; for in his days was the earth divided; and his brother's name was Joktan. [26] And Joktan begat Almodad and Sheleph, and Hazar-maveth, and Jerah, [27] And Hadoram, and Uzal, and Diklah, [28] And Obal, and Abimael, and Sheba, [29] And Ophir, and Havilah, and Jobab: all these were the sons of Joktan. [30] And their dwelling was from Mesha, as thou goest unto Sephar,

131 a mount of the east. [31] These are the sons of Shem, after their families, after their tongues, in their lands, after their nations. [32] These are the families of the sons of Noah, after their generations, in their nations: and by these were the nations divided in the earth after the flood.

*** The Woman, Great Red Dragon, Man Child, Michael, & the Blood of the Lamb ***
Revelation 12. 1-17 [1] And there appeared a great wonder in heaven;

132 a woman clothed with the sun, and the moon under her feet, and upon her head a crown of twelve stars: [2] And she being with child cried, travailing in birth, and pained to be delivered. [3] And there appeared another wonder in heaven; and behold a great red dragon, having seven heads and ten horns, and seven crowns upon his heads. [4] And his tail drew the third part of the stars of heaven, and did cast them to the earth: and the dragon stood before the woman which was ready to be delivered, for to devour her child as soon as it was born. [5] And she brought

44

Civil Rights Complaint Pursuant to U.S.C. § 1983

132. forth a man child, who was to rule all nations with a rod of iron: and her child was caught up unto God, and to his throne. And the woman fled into the wilderness, where she hath a place prepared of God, that they should feed her there a thousand two hundred and threescore days. And there was a war in heaven: Michael and his angels fought against the dragon, and the dragon fought and his angels, And prevailed not; neither was their place found any

134. more in heaven. And the great dragon was cast out, that old serpent, called the Devil, and Satan, which deceiveth the whole world: he was cast out into the earth, and his angels were cast out with him. And I heard a loud voice saying in heaven, Now is come salvation, and strength, and the kingdom of our God, and the power of his Christ: for the accuser of our brethren is cast down, which accused them before our God day and night. And they overcame him by the blood

135. of the Lamb, and by the word of their testimony; and they loved not their lives unto death. Therefore rejoice, ye heavens, and ye that dwell in them. Woe to the inhabiters of the earth and of the sea! for the devil is come down unto you, having great wrath, because he knoweth that he hath but a short time. And when the dragon saw that he was cast unto the earth, he persecuted the woman which brought forth the man child. And to the woman were given two wings of a great eagle, that she might fly into the wilderness,

45
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

136 . into her place, where she is nourished for a time, from the face of the serpent. (15) And the serpent cast out of his mouth water as a flood after the woman, that he might cause her to be carried away of the flood. (16) And the earth helped the woman, and the earth opened her mouth, and swallowed up the flood which the dragon cast out of his mouth. (17) And the dragon was wroth with the woman, and went to make war with the remnant of her seed, which

137. keep the commandments of God, and have the testimony of Jesus Christ, *** Revelation 13:1-18 ***

(1) And I stood upon the sand of the sea, and saw a beast having seven heads and ten horns, and upon his horns ten crowns, and upon his heads the name of blasphemy. (2) And the beast which I saw was like unto a leopard, and his feet were as the feet of a bear, and his mouth as the mouth of a lion: and the dragon gave him his power,

138. and his seat, and great authority. (3) And I saw one of his heads as it were wounded to death; and his deadly wound was healed: and all the world wondered after the beast. (4) And they worshiped the dragon which gave power unto the beast: and they worshiped the beast, saying, Who is like unto the beast? who is able to make war with him? (5) And there was given unto him a mouth speaking great things and blasphemies; and power was given unto him to continue forty and two months. (6) And he opened his mouth in blasphemy against

46

Page Number

139. God, to blaspheme his name, and his tabernacle, and them that dwell in heaven. (7) And it was given unto him to make war with the saints, and to overcome them: and power was given him over all kindreds, and tongues, and nations. (8) And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the lamb slain from the foundation of the world. (9) If any man have an ear, let him hear. (10) He that leadeth

140. into captivity shall go into captivity: he that killeth with the sword must be killed with the sword. Here is the patience and the faith of the saints. (11) And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon. (12) And he exerciseth all the power of the first beast before him, and causeth the earth and them which dwell therein to worship the first beast, whose deadly wound was healed. (13) And he doeth

141. great wonders, so that he maketh fire come down from heaven on the earth in the sight of men. (14) And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast; saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live. (15) And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image

47

Page Number

142. of the beast should be killed. ⑯ And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand, or in the foreheads: ⑰ And that no man might buy or sell, save he that had the mark, or the name of the beast, or the number of his name. ⑱ Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number is six hundred threescore

143. and six. ✳ Let's break down 666 Biblically ✳ ✳Step 1: Count 6 books of the Bible (Old & NEW TESTAMENT) Step 2: Go to the 6TH Chapter of Book (Old & NEW TESTAMENT) Step 3: Go to the 6TH verse of Book (Old & NEW TESTAMENT) ✳Step 1. Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called the priests, and said unto them, Take up the ark of the covenant, and let seven priests bear seven trumpets of rams' horns before the

144. ark of the LORD. ✳ Step 1 Book Count (New Testament): Matthew, Mark, Luke, John, ACTS, ROMANS ✳ Step 2 & 3 Combined: Romans 6:6 - Knowing this, that our old man is crucified with him, that the body of sin might be destroyed, that henceforth we should not serve sin. (Add verse 7 to see why they tried reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on their hands so instead the summoned dead/ancient demonic spirits) Romans 6:7 - For he that is dead is freed from sin. ✳ Let's give a brief explanation of Joshua ✳ Joshua 1:1-6 ① Now after the death

48

Civil Rights Complaint Pursuant to U.S.C. § 1983

145. of Moses the servant of the LORD it came to pass, that the LORD spake unto Joshua the son of NUN, Moses' minister saying, "Moses my servant is dead; now therefore arise, go over this Jordan, thou, and all this people, unto the land which I do give to them, even to the children of Israel. Every place that the sole of your foot shall tread upon, that have I given unto you, as I said unto Moses. From the wilderness and this Lebanon even unto the great river, the river Euphrates, all the land of the Hittites,

146. and unto the Great Sea toward the going down of the sun, shall be your coast. There shall not any man be able to stand before thee all the days of thy life: as I was with Moses, so I will be with thee: I will not fail thee, nor forsake thee. Be strong and of a good courage: for unto this people shalt thou divide for an inheritance the land, which I sware unto their fathers to give them. ✱✱✱ NOW, here's the backend which is the perverted way they used the word to build the beast empire while "ATTEMPTING"
(CAIN)(canaan)

147. to lock Jesus in their system so that they could blackmail the chosen ones, Jews, Children of Israel in order to steal the substance of the land that was built by other people's hands because the beast was cursed. Example: In Beauty and the Beast, the Beast name is Prince Adam. Prince Adam only means Cain which was Adams first son who killed Abel the keeper of the sheep (shepherd) who was Adams second son. Genesis 4:10-15 (page _____) (paraphrased) Cain was cursed from the earth, when he tilled the ground the earth wouldn't yield her strength (produce.)

49
Page Number

## JOB

148 . and he was a fugitive (escapee or in hiding to avoid being arrested or persecuted) and a vagabond (going back and forth) so his system is a system of sorcery & of slavery. Job 1:1- There was a man in the land of Uz, whose name was Job and that man was perfect and upright, and one that feared God, and eschewed evil. And there were born unto him seven sons and three daughters. His substance also was seven thousand sheep, and three thousand camels, and five hundred yoke of oxen, and five hundred she asses, and a very great household; so that this man was the greatest

149 . of all the men of the east. Job 1:7- And the LORD said unto Satan, Whence comest thou? Then Satan answered the LORD, and said, From going to and fro in the earth, and from walking up and down in it. Job 1:8- And the LORD said unto Satan, Hast thou considered my servant JOB, that there is none like him in the earth, a perfect and upright man, one that feareth God and escheweth evil? Job 1:9- Then Satan answered the LORD, and said, Doth Job fear God for nought? Job 1:11- But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. Job 1:12- And the LORD said unto Satan, Behold, all that he hath

(Satan)
150 . is in thy power; only upon himself put not forth thine hand. So Satan went forth from the presence of the LORD. Job 1:15- And the Sabeans fell upon them, and took them away; yea, they have slain the servants with the edge of the sword; and I only am escaped alone to tell thee. Job 1:16- While he was yet speaking, there came also another, and said, The fire of God is fallen from heaven, and hath burned up the sheep, and the servants, and consumed them; and I only am escaped alone to tell thee. Job 1:17- While he was yet speaking, there came also another, and said, The Chaldeans made out three bands, and fell upon the camels, and have carried them away, yea, and slain the servants with the edge of the sword; and I only am escaped alone to tell thee.

50
Page Number

Civil Rights Complaint Pursuant to U.S.C § 1983

**Right margin notes:**
Uz=OZ (wizard)
Job=JOB (work)
1:9:10 Beast 1 of Revelation 13

G.O.A.T
Roman Catholic BRICS

Wandering Cain = The Land of Nod

Matthew 6:24- No man can serve two masters: for either he will hate the one, and love the other, or else he will hold to the one, and despise the other. Ye cannot serve God and mammon!

*The World is under Satanic System! Their Job places the mark of the beast on them and their money does too 911 get out of the System NOW!

**Bottom:**
* Repent & Exit Money/Beast/Job/Social System! QUICKLY! It was a Set Up!

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

151. Job 1:18- While he was yet speaking, there came also another, and said, Thy sons and thy daughters were eating and drinking wine in their eldest brother's house. Job 1:19- And, behold, there came a great wind from the wilderness, and smote the four corners of the house, and it fell upon the young men, and they are dead, and I only am escaped alone to tell thee. Job 1:20-22 (20) Then Job arose, and rent his mantle, and shaved his head, and

152. fell down upon the ground, and worshiped. (21) And said, Naked came I out of my mother's womb, and naked shall I return thither: the LORD gave, and the LORD hath taken away; blessed be the name of the LORD. (22) In all this Job sinned not, nor charged God foolishly. Job 2:3- And the LORD said unto Satan, Hast thou considered my servant Job, that there is none like him in the earth, a perfect and an

153. upright man, one that feareth God, and escheweth evil? and still he holdeth fast his integrity, although thou movedst me against him, to destroy him without cause. Job 2:4 - And Satan answered the LORD, and said, Skin for skin, yea, all that a man hath will he give for his life. Job 2:5- But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face. Job 3:1-11 After this opened Job his mouth, and cursed his day. (2) And Job spake, and said, (3) Let the day perish wherein I was born, and the

61
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

154 ...night in which it was said, There is a man child conceived. Insert ¶ " ③ Let that day be darkness; let not God regard it from above, neither let the light shine upon it. ④ Let darkness and the shadow of death stain it; let a cloud dwell upon it; let the blackness of the day terrify it. ⑤ As for that night, let darkness seize upon it; let it not be joined unto the days of the year, let it not be joined unto the days of the year; let it not come into the number of the months. ⑥ Lo, let

155 ...that night be solitary; let no joyful voice come therein. Insert ¶ " ⑧ Let them curse it that curse the day, who are ready to raise up their mourning. ⑨ Let the stars of the twilight thereof be dark; let it look for light, but have none; neither let it see the dawning of the day: ⑩ Because it shut not up the doors of my mother's womb, nor hid sorrow from mine eyes. ⑪ Why died I not from the womb? Why did I not give up the ghost when I came out of the belly? Job 6:6-9

156 ⑥ Can that which is unsavory be eaten without salt? Or is Insert ¶ " there any taste in the white of an egg? ⑦ The things that my soul refused to touch are as my sorrowful meat. ⑧ Oh that I might have my request; and that God would grant me the thing that I long for! ⑨ Even that it would please God to destroy me; that he would let loose his hand, and cut me off! ✱ Breakdown of JOB which is the medium of the system (beast) ✱ The word JOB is the name of a man/book in the Bible (old testament) and the word JOB is also defined as: ① the

62
Page Number

[6] . principal activity in your life that you do to earn money, [insert ¶ "] [8] a specific piece of work required to be done as a duty or for a specific fee. [C] a state of difficulty that needs to be resolved [D] a program application that may consist of several steps but is a single logical unit. [E] a crime (especially a robbery). [F] profit privately from public office or official business. ＊This is what is the beginning of their sorcery which is crossing words in order to give it a different meaning. Also using phonics

[8] . in order to confuse a person who doesn't understand [insert ¶ "] different languages, etc. Prime Example: Caesar's world is all about PROFITS which is money but Christ's world is all about PROPHETS which is the mouthpiece of God being used through a human being to declare and decree. Both words sound the same but mean the total opposite ＊Now, the word Medium is defined as [A] An intervening substance through which signals can travel as a means for communication

[9] . [B] Someone who serves as an intermediary between the [insert ¶ "] living and the dead [C] transmissions that are disseminated widely to the public. [D] a substance in which specimens are preserved or displayed. Job 1:1 the land of UZ symbolize the land of OZ from the Wizard of OZ! The definition of Oz is also ounce which (crossword example: witch) is a unit of weight in the US customary system and imperial system of measurement (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only represent Revelation 13 the first beast which is the Gentile

53

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

[6] . nations (Revelation 13:1) - And I stood upon the sand of the sea, *Insert ¶ #* and saw a beast rise up out of the sea, having seven heads and ten horns, and upon his horns ten crowns, and upon his heads the name of blasphemy.) *Blasphemy = blasphemous behavior; the act of depriving something of its sacred character.* Job 1:3 - His substance also was seven thousand sheep, and three thousand camels, and five hundred yoke of oxen, and five hundred she asses, and a very great household; so that this man was the greatest of

[b] . all the men of the east. *This verse can symbolize sheep *Insert ¶ #* as being cotton for clothing, camels is a form of cigarettes, yoke of oxen can represent a slave system based upon an animalistic system (beast system), the asses symbolizes the females' ass especially African Americans because an ass is just a donkey that is a domesticated equine (crossword Earth Queen) which is derived from the African wild ass (Equus Africanus) this is only a description of the (harlot system) Revelation 17:5-9

[b] ⑤ And upon her forehead was a name written, MYSTERY, BABYLON *Insert ¶ #* THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH ⑥ And I saw the woman drunken with the blood of the saints, and with the blood of the martyrs of JESUS: and when I saw her, I wondered with great admiration. ⑦ And the angel said unto me, Wherefore didst thou marvel? I will tell thee the mystery of the woman, and of the beast that carrieth her, which hath the seven heads and ten horns. ⑧ The beast that thou sawest was, and is not; and shall ascend out of the

54

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

163. bottomless pit, and go into perdition: and they that dwell on the earth shall wonder whose names were not written in the book of life from the foundation of the world, when they behold the beast that was, and is not, and yet is. ⑨And here is the mind which hath wisdom. The seven heads are seven mountains on which the woman sitteth. Greatest of all the men of the east is where they got the acronym G.O.A.T which means Greatest of All Time!

164. Let me also add that camel is also a representation of Egypt. The word substance is defined as "the subject matter of a text, speech, or work of art, especially as contrasted with the form or style in which it is presented," "wealth and possessions," it also can mean "an intoxicating, stimulating, or narcotic chemical or drug, especially an illegal one." If you break substance down in two words you get Sub meaning submarine or to act as a substitute for

165. someone + Stance meaning the way in which someone stands, especially when deliberately adopted (as in baseball, golf, and other sports); a person's posture. Fast can represent the Eastern Rite Catholic Church/Oriental Catholic Church. Job 1:7. And the LORD said unto Satan, whence cometh thou? Then Satan answered the LORD, and said, From going to and fro in the earth, and from walking up and down in it (going to and fro is a form of wandering which is the definition of a vagabond and is exactly what God called Cain after he killed Abel). Wandering is also

Civil Rights Complaint Pursuant to U.S.C. § 1983

166. a representation of the Land of Nod which means that LORD in this scenario is the King which makes the King the real beast and the church (catholic) is the whore that caused a lot of Kings to fall (Revelation 17: 10- And there are seven kings five are fallen, and one is, and the other is not yet come; and when he cometh, he must continue a short space.) The King that has a short space is King Charles III because is reign is not that long due to

167. his age, the days we're in which is Armageddon, and the truth being Revealed. Job 1:11· But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face Job 1:12· And the LORD said unto Satan, Behold, all that he hath is in thy power; only upon himself put not forth thine hand. Matthew 6:24· No man can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God

168. and mammon. Romans 4:4-5 Now to him that worketh is the reward not reckoned of grace, but of debt. But to him that worketh not, but believeth on him that justifieth the ungodly, his faith is counted for righteousness. * THE SET UP OF THE Beast System * Capitalism was created by Adam Smith who was born in Kirkcaldy, fife, Scotland. The first form of bank note was developed in China during the Tang and Song dynasties, starting in the 7th century. Its roots were in merchant receipts

56

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

169. of deposit during the Tang dynasty (618-907).

*Insert ¶#*

During the Yuan dynasty (1271-1368), banknotes were adopted by the Mongol Empire. In Europe, the concept of banknotes was first introduced during the 13th century by travelers such as Marco Polo with European banknotes appearing in 1661 in Sweden. True paper money, called "jiaozi" were developed as promissory notes by the 11th century, during the Song dynasty. In 1661 the first

170. banknotes were created in Europe by Johan Palmstruch,

*Insert ¶#*

the founder of Stackholms Banco which was Sweden's first bank until it was liquidated in 1667. However, it served as the precursor to the central bank of Sweden that was founded in 1668 as Riksens Stander's Bank until it was renamed in 1866 as Sveriges Riksbank which is the world's oldest surviving central bank. Also, the banknote of the one hundred daler issued by Stockholms
₪100

171. Banco and signed by Johan Palmstruch in 1666 (the

*Insert ¶#*

mark of the beast in number form). ✳ Communism was created by Karl Marxism who was born in Trier, Rhine Province, Prussia Germany. Marxism was also created by Friedrich Engels who was born in Barmen, Julich-Cleves Berg, Kingdom of Prussia which is now Wuppertal, Germany. Marxism is a method of socioeconomic analysis that uses a materialist interpretation of historical development, better known as historical materialism, to understand class

57
Page Number

172. relations and social conflict and a dialectical perspective to view social transformation. So basically, to sum up the beast system it was derived from the book of Job. Job was tested by Satan to see if he lost everything would he curse God. Satan had the ability to do whatever he wanted to Job except kill him. Satan was able to disconnect Job from every type of human support, progress, or success that he had just to see if Job would curse God to his face.

173. The social system is a reflection of Communism which is when somebody else has control over another persons possessions, it also goes hand and hand with the social systems behind human relationships and behaviors, then it is combined with capitalism which actually consist of the progress and success of humans. People use their progress and successes to help build their confidence which then gives them a sense of pride about themselves.

174. So Jobs' story was the perfect story to make a system for humanity when it came to their means of providing, self confidence, and a sense of power that can be obtained while they're progressing on their job. Based upon this brief description of how they crossed words to deceive the people you should have a better understanding on why its so important for us to be a free people versus us being a slave because people enjoy their fun that only is tempory. In Matthew 6:24

58

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983.

175. God made it specific that nobody could serve two masters; for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God and mammon. Romans 4:4-5 Now to him that worketh is the reward not reicogned of grace, but of debt. Matthew 6:24 and Romans 4:4-5 both speaks about money/reward however in Matthew

176. God has given you a choice then in Romans the word tells you that the reward isn't grace however it leds you into debt. Right there reality sinks in letting you know that you lose more than you've gained. This right here explains how they set up America and also why America is still in debt while the Americans suffer for something they didn't put themselves in. Right now the

177. People are caught in the shackles of Americas debt to China for a debt that the people didn't do but what makes it even more wrong is the fact that China could have just helped America when they bankript but instead people of those times strategized a system that would be able to pay back the debt yet the debt isn't paid off. Now, I must also say that the marriage of the Lamb is at hand in this time however, this was what

59

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

178. I call a battle due to the tricks, traps, and schemes of the enemy. See, the system that is being used all across the world is an artificial way to force slavery upon people while making them believe that they are free. Right now, people are striving for the one world order however the deception behind the one world order is that humans are losing their God giving rights of humanity to

179. their own creation which they don't exercise full control over especially when there's so much corruption going on and technology is bypassing the human brains. People have forgotten what it means to LIVE, LOVE, and laugh because our lives have been being controlled by people in high places who have evil motives. We must stop being so naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan caused some of the angels to be cast out with him, in the garden of Eden he caused Adam & Eve to be cast out the garden, and now he's at the nations causing kings, queens, and others to fall by keeping division between humanity as he divides and conquers. We must open our eyes, put pride aside, forgive one another, and put Jesus back on the Throne because Truth be told

181. Satan has everybody fighting over who was first, whose religion is real, etc. What the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's proveable. All the Appetites that people have, that are against God comes from Satan not Eve. Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than God's. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two Spirits that can influence the people and that's either the Holy Ghost (the prophecy of Jesus) or Satan (the prince of air who let's you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance, however the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

61

Page Number

184. to steal, kill, and destroy which makes him feel good because He Hates Himself, He Hates All GOD's creation, & HE really Hates Jesus for Being chosen. So, with All this being said the beast system is a system of demonic mind control, turmoil, Envy, HAtred, etc. as if HELL is on earth. Also, the beast system is forced Satanic worship due to the weapons he used to cause people

185. to believe a certain way which is only Indoctrination. He has forced the world to live backwards by using the Heaven and Earth that was created by God for humans to freely possess, be fruitful, and multiply. He has done so by Cain building a city (fast forward) then God flooded the whole earth however he saved Noah and his family and Noah's sons' wives plus two cattle of every kind including fowls. After Noah

186. came out the ark, God told his family to be fruitful and multiply in which they did. Then one of Noah's sons' named Ham saw his dad naked which caused God to curse Hams' son Cannon. However through Noahs' other son Shems' bloodline came Jesus'. So the world's backwards because the cursed ones have been stealing and making money off of Jesus while denouncing Him at the same time. The cursed ones have

187 been living like they're the chosen ones as they have profitted off the chosen ones and portrayed to the entire world as if the chosen ones were the cursed ones by placing labels of lies on the names of the chosen ones. Prime example JOB is a book in the bible about a wealthy God fearing man. The world took the name of JOB and made it a label for work which is job. Many people have made

188 a very good living off of whatever job or career they have. So here's the serpent's seed Cain who kills Abel and they are hiding behind their jobs: Here are some job titles to prove my point ① Doctors [the first surgery was when God put Adam in a trance, opened his side, took out his rib, and made Eve]. ② Police Officers (in Genesis 2:15: And the LORD God took the man, and put him into the garden of Eden to dress and to keep it. * Hebrew Definitions:

189. ① Dress → H5647 → âbad → to serve ② Keep → H8104 → Shâmar → to protect. Law enforcement slogan is To Protect and to Serve.) ③ Teaching (in Genesis 1:2 - And the earth was without form, and void; and darkness was upon the face of the deep. And the Spirit of God moved upon the face of the waters) * Now, let's break this down in Hebrew: Form → H8414 → tshôw empty place, without form, adverbially * Adverbial means a word or group of words playing the grammatical role of an adverb. * Grammer means: the study of the way the sentences

163

Page Number

190 . of a language are constructed morphology and syntax,

Insert ¶ #

the elements of any science, art, or subject, a book treating such elements. A book is to enter an official charge against (an arrested suspect) on police register. VOID → H922 → bōhuu= an undistinguishable ruin, emptiness. Darkness → H2822-7 chōsek → misery, destruction, wickedness, ignorance, death. ✳✳✳ From Genesis 1:2, I defined 3 words which are form,

191. Void, and darkness! I used Genesis 1:2 to describe

Insert ¶ #

how the serpent seed Cain (the son of Eve who built the city) uses jobs and the system to kill Abel (his brother who he envied because of his favor with God). Teaching is a job that is only a weapon of indoctrination to kill the Godlike character in individuals starting from a child that way they become a program (like computer simulation) that was created to destroy all Godly traits. For Example: The word form

192. In Hebrew means empty place (a childlike innocence),

Insert ¶ #

then it breaks down adverbial which describes the grammatical role of the adverb. Finally, the word grammar is described as a study of sentences of a language, the elements of science art, etc. in the form of a book (meaning to be arrested (institutionalized in the mind; indoctrinated). Then, the next word is void meaning that the worldly teachings causes emptiness and/or an undistinguishable ruin. Finally, the words form and void sums up to darkness which means misery, destruction, wickedness, ignorance, and death (spiritually).

Civil Rights Complaint Pursuant to U.S.C. § 1983

193. Even though I put Doctor as #1, Police as #2, and Teacher as #3 the correct order would be Teacher as #1 because God let Adam name the animals before He put Adam to sleep to create Eve. Also, in order to become a doctor, police, or teacher then you have to be educated by a teacher just to qualify according to the worlds system. Under those 3 titles can stem many other categories of

194. jobs such as under Doctor you can classify a nurse, psychologist, chemist, dentist, chiropractor, massus biologist, etc. because they all deal with the mind or body whether it's evaluations, medicine (chemico /substances) or hands on physicals, etc. Under Police you can go back a decade and find slave patchers which were called bounty hunter. In modern times you have similar jobs such as security, bouncers, investigators, any other

195. title that pertains to Protecting and Serving (like DCFS), etc. Finally under Teacher you will find God as the first teacher, then in humanity today there are Apostles, Prophets, Evangelist, Pastors, and Teachers. Now in the world you have many jobs that fall under teaching such as: Substitute Teacher, Pre-K, Elementary, Middle, High School, & University Teachers. There's also life coaches (in all types of curriculums/hobbies), Online Teachers, and in digital realm music, movies, social media platforms such as: Tik Tok, FaceBook, YouTube,

Civil Rights Complaint Pursuant to U.S.C. § 1983

196. Pictures, Paintings, Lyrics, etc (that can have influencers
Insert ¶ #
who push hidden agendas while getting paid to do so at
the expense of peoples' sanity, lives, or beliefs). ✻ Mark 8:34-38
(34) And when he had called the people unto him with his disciples
also, he said unto them, Whosoever will come after me, let
him deny himself, and take up his cross, and follow me. (35) For
whosoever will save his life shall lose it; but whosoever shall
lose his life for my sake and the gospels, the same shall

197. save it. (36) For what shall it profit a man, if he shall
Insert ¶ #
gain the whole world, and lose his own soul? (37) Or what
shall a man give in exchange for his soul? (38) Whosoever
therefore shall be ashamed of me and of my words in this
adulterous and sinful generation; of him also shall the
Son of man be ashamed, when he cometh in the glory of
his Father with the holy angels ✻ Mark 8:15 - And he
charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod.
Insert ¶ #
✻ Herod the Great was the Roman appointed king of Judaea who
built many fortresses, aqueducts, theatres, etc. Herod was born
in Southern Palestine, his father was Antipater, and he was an
Edomite (a semitic people that have been identified as Arab,
who converted to Judaism in the 2nd century BCE) Herod was
of Arab origin, although he was a practicing Jew. Herod killed
the Infants of Bethlehem in order to try and kill Jesus while he
was still a baby then he died shortly after he had a bungled
suicide attempt (just like Judas & HITLER) ✻ The enemy sets
people up to try and kill
Jesus & then they die

afterwards ✻
Set up 2 FAIL !

✱ PRIDE also represents LGBT community which is PERVERSION and Perversion means "A Twisted Truth"

199. Edomites were Semitic people who fall under the category of Ammorites, Canaanites, and the Ara-maeans. The word Edom means "RED" and the Edomites sin was PRIDE. The Edomites were the descendants of Esau and the Edomites worshipped many gods. Esau became a pagan Roman who rebelled against the Torah, a countermodel of the rabbinic Jew. Reading Rome, the universal empire, into the Bible, and turning Romans.

200. into wayward brothers, the rabbis made Jewish history universal. Pagan Rome disregarded them, but Christian Rome made the typology part of European history. The Church Fathers interpreted Jacob and Esau's brotherhood as that of Christians and Jews, claimed Jacob's legacy and decried the Jews as Esau. The Empire's Christianization encumbered Christianity with the Jewish-Roman past and Rome with the Christian

201. claim to disinherit Israel, and forged a traumatic relationship that still hasn't been undone. ✱Encumbered means - to restrict or burden (someone or something) in such a way that free action or movement is difficult. ✱John 10:1 Verily, Verily, I say unto you, He that entereth not by the door into the sheepfold, but climbeth up some other way, the same is a thief and a robber. John 10:10 - The thief cometh not, but for to steal, and to kill, and to destroy. I am come that they might have life, and that they might

67
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

202. have it more abundantly. Matthew 23:1-10 Then spake Jesus to the multitude, and to his disciples, ② Saying, The scribes and the Pharisees sit in Moses' seat. ③ All therefore whatsoever they bid you observe and do; but do not ye after their works: for they say, and do not. ④ For they bind heavy burdens and grievous to be borne, and lay them on men's shoulders; but they themselves will not move them with one of their fingers. ⑤ But all their

203. works they do for to be seen of men. they make broad their phylacteries, and enlarge the borders of the garments ⑥ And love the uppermost rooms at feasts, and the chief seats in the synagogues, ⑦ And greeting in the markets, and to be called of men, Rabbi, Rabbi. ⑧ But be not ye called Rabbi: for one is your Master, even Christ; and all ye are brethren. ⑨ And call no man your father upon the earth: for one is your Father, which is in heaven. ⑩ Neither

204. be ye called Masters: for one is your Master, even Christ. ✱ Descendents of Esau also known as Edom were the People of Seir from ancient Sparta, early Rome, Venice, Germany, Russia, China, Japan, and many other nations. The Edomites were always in conflict with God's people. Esau gave rise to military elites such as the Spartans and warriors like Alexander the Great. ✱ ✱✱ Moving Forward, I will list a few more jobs that will also prove that they perverted the word of God to make merchandise of men.

68

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

205. by spiritually raping the people in order to obtain self gain and control which is still a form of slavery but just in the mind, emotions, and spiritually while deceiving the world to believe that they are still free when in all actuality they are being mislead by a wolf in sheeps clothing. ① Astrologers (in Genesis 1:14-16 ② And God said, Let there be lights in the firmament of the heaven to divide the day from the night; and let them

206. be for signs, and for seasons, and for days, and years: ⑮And let them be for lights in the firmament of the heaven to give light upon the earth: and it was so. ⑯And God made two great lights; the greater light to rule the night: he made the stars also.) ✳️According to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are people who have gone beyond what they should have, they have perverted the origin of why God created the lights

207. in the firmament which was to divide the day from night, to be for signs (not horoscope, not for satelite, technology etc), for the seasons, for the days, and for the years. People have gone beyond their boundaries while acting like they were just studying Gods' creation but in all actuality they were coming-up with wicked inventions while getting paid to do so. ✳️Isaiah 47:1 - Come down, and sit in the dust, O virgin daughter of Babylon, sit in the dust, O daughter of the Chaldeans: for thou shalt no

69

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

208 . more be called tender and delicate. Take the millstones, and grind meal: uncover thy locks, make bare the leg, uncover the thigh, pass over the rivers. Thy nakedness shall be uncovered, yea, thy shame shall be seen: I will take vengeance, and I will not meet thee as a man. As for our redeemer, the LORD of hosts is his name, the Holy One of Israel. Sit thou silent, and get thee into darkness, O daughter of the

209 . Chaldeans: for thou shalt no more be called, The lady of kingdoms. I was wroth with my people, I have polluted mine inheritance, and given them into thine hand: thou didst shew them no mercy; upon the ancient hast thou very heavily laid thy yoke. And thou saidst, I shall be a lady for ever: so that thou didst not lay these things to thy heart, neither didst remember the latter end of it. Therefore,

210 hear now this, thou that art given to pleasures, that dwellest carelessly, that sayest in thine heart, I am, and none else beside me; I shall not sit as a widow, neither shall I know the loss of children: but these two things shall come to thee in a moment in one day, the loss of children, and widowhood: they shall come upon thee in their perfection for the multitude of thy sorceries, and for the great abundance of thine enchantments. For thou hast trusted in thy wickedness: thou hast said, None seeth me.

70

211. Thy wisdom and thy knowledge, it hath perverted thee; and thou hast said in thine heart, I am, and none else beside me. (11) Therefore shall evil come upon thee, thou shalt not know from whence it riseth: and mischief shall fall upon thee; thou shalt not be able to put it off: and desolation shall come upon thee suddenly, which thou shalt not know. (12) Stand now with thine enchantments and with the multitude of

212. thy sorceries, wherein thou hast laboured from thy youth; if so be thou shalt be able to profit, if so be thou mayest prevail. (13) Thou art wearied in the multitude of they counsels. Let now the astrologers, the stargazers, the monthly prognosticators, stand up, and save thee. (14) Behold, they shall be as stubble; the fire shall burn them; they shall not deliver themselves from the power of the flame: there shall not be a coal to warm at, nor

213. fire to sit before it. (15) Thus shall they be unto thee with whom thou hast laboured, even thy merchants, from thy youth: they shall wander every one to his quarter; none shall save thee. ✳ People who work in the astrology, Tarot, physics, etc have been paid to search the hidden mysteries of heaven and the earth which has also been used for monetary game at the expense of others while intentionally misleading people using the signs. ✱ Government Jobs (in Isaiah 9:6 ✡ For

214. unto us a child is born, unto us a son is given: and *Insert ¶ #* the government shall be upon his shoulder: and his name shall be called Wonderful, Counsellor, The mighty God, The everlasting Father, The Prince of Peace. Of the increase of his government and peace there shall be no end, upon the throne of David, and upon his kingdom, to order it, and to establish it with judgement and with JUSTICE from henceforth even forever. The

45. zeal of the LORD of hosts will perform this. * In *Insert ¶ #* this passage of scripture it shows that the government was upon his shoulders however there would come a time that he would have to overturn it in order to bring order to Man made mess, he would have to establish it so that judgement and justice will move according to TRUTH instead of just the labels that humans have placed based on their own perception.

216. See, God knew that people would pervert the *Insert ¶ #* truth even if they knew the truth, so all the deep state & worldly corruption only Jesus could fix entirely. * To finalize the perverting of Jobs' name and story from the bible and man (reating Jobs (work) while using Jobs' story to obtain the keys to rob the people, cause them to curse or be mad at God, which robs them of Gods restoration (because lack of faith), and enables the beast system to drive them into debt which is a form

217. of slavery, and caused America to run up it's debt
*Insert ¶ #*
because of PRIDE, lack of Biblical Knowledge, but mainly
due to somebody else attempting to rob the people
of their rights so that they could push a one world
order for the beast system since they put their
trust in their work while thinking God hadn't heard
their cries. Basically, Satan has been hiding behind
God while using Gods word to enslave, deceive, and

218. destroy humanity. Let's prove it wasn't God but instead
*Insert ¶ #*
it was satan (satan seed) hiding behind God. People like to blame
God for their misfortunes because they love to reference the
story of Job due to the conversation between the LORD and
Satan over trying Job as if God is just playing a game with
Satan and we are stuck in the middle. But that's not the
case; God isn't playing a game, it is Satan who is playing
the games with humanity because he's still trying to prove

219. that humans are not better than him. God gave Adam and
*Insert ¶ #*
Eve dominion over the mind of his adversary (tree of Good/Evil).
Satan (the serpent) played a mind game with Eve by twisting
of Gods word in order to deceive her. Once Adam & Eve fell,
God cursed the serpent then told him that he put enmity
(jealousy) between the serpent seed and the woman's seed.
Satan's goal then became his drive to steal the woman's
seed, turn them against God, turn them against themselves,
and cause them to fall which would then make them worship

73
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

220. Satan instead of God. Let's use a few scriptures from Job to wrap this up and move on. Job 1:9 - Then Satan answered the LORD, and said, Doth Job fear GOD for nought? (Basically he's asking if Job would still fear God even if he had nothing?) Job 1:11 - But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. (Satan told God to remove JOBS things and he would curse God to his face). Job 1:12 - And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon

221. himself put not forth thine hand. So Satan went forth from the presence of the LORD. (Right here The LORD gave Satan power over everything of JOBS' except for his life. The LORD knows the heart of man so he knew Job would not curse him to his face also that was a way for God to show Satan that money wasn't everything to everybody and that some people Truly do love God). Mind you, satan is only looking for worship because he wanted to be greater than GOD. Mark 14:62

222. And Jesus said, I am, and ye shall see the Son of man sitting on the right hand of power, and coming in the clouds of heaven. Mark 16:19 - So then after the LORD had spoken unto them, he was received up into heaven, and sat on the right hand of God. Revelation 13:13-16 And he doeth great wonders, so that he maketh fire come down from heaven on the earth in the sight of men. And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast;



74

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

223. saying to them that dwell on the earth, that they *Insert ¶ #* should make an image to the beast, which had the wound by a sword, and did live. (15) And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image of the beast should be killed. (16) And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right

224. hand, or in their foreheads. *Insert ¶ #* * Breakdown of the scriptures pertaining to Job 1:12. And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon himself put not forth thine hand. ... Now, I'm going to paraphrase a few scriptures from above to paint the picture of Satan pretending to be Jesus but in the shadows. (1) Mark 14:61 Jesus is sitting on the right hand of power. (2) Mark 16:19 - Jesus ascends to heaven to sit on the right hand

225. of God. (3) Revelation 13:13 (paraphrased) The Beast does great wonders (signs) by making fire come down from heaven. (4) Revelation 13:16 The Beast causes all to receive a mark in their right hand, or in their forehead (5) Genesis 1:14 - God created lights in the firmament of heaven to divide day and night, let them be signs, and for seasons, days, and years. (6) Isaiah 47:12-13 The VIRGIN daughter of Babylon was rebuked by the prophet for her enchantments, sorceries, astrologers, stargazers, and monthly prognosticators (in verse 11, he said her wisdom and knowledge perverted her & she became PRIDEFUL) (7) Mark 14:61 And

75

Page Number

226. Jesus said, I am: and ye shall see the Son of man sitting on the right hand of power, and coming in the clouds of heaven. Matthew 28:18-19 (18) And Jesus came and spake unto them, saying, All power is given unto me, in heaven and in earth. (19) Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost: (20) Teaching them to observe all things whatsoever I have commanded

227. you: and, lo, I am with you alway, even unto the end of the world. Amen. * Now in Job 1.12 God told Satan that when it came to Job being tried, he had all access to Jobs' possessions except he couldn't touch Jobs' life with his hand. In the workforce (JOB) the Boss has all the power of your money, hours, days, and assignment just not over the individuals' life in a personal/physical sense. Mark 14:61 Jesus sits on

228. the right hand of power and comes in the clouds of heaven. Mark 16:19 Jesus sits on the right hand of God, and Matthew 28.18 Jesus acknowledges All power is given to him in heaven and in earth. So you can see Satan, taking power while hiding behind Jesus because he knows the word, knows how to manipulate it, and use it for is own wickedness. However, Mark 14:61 Jesus comes in the clouds of heaven; then in Revelation 13:13 the beast (Satan) does wonders (signs/miracles) by making fire come down from heaven

70

Page Number

229. such as Astrology dealing with signs that they named in the *Insert ¶#* sky & make fire come down symbolizes Technology, media, electricity, Lightening, and fireworks. All these methods of making fire come down is Satans attempt to solidify his worldly Kingdom as he uses space/universe to attempt to show forth his power as if he's God the ultimate creator Like what God did in Genesis 1:14 when he first created lights in the firmament of heaven to separate

230 . day from night; be as signs, seasons, days, and years. *Insert ¶#* So if Satan is a replicator of the original that means his Church is Babylon according to Isaiah 47:12-13 that talks about the woman and her sorceries, enchantments, astrologers, stargazers, and prognosticators (which all these symbolize witchcraft because its not the original reason of why God created the lights in the firmament and that means the readings are not coming from

(Prophetic)
231. the Holy Ghost but instead they are coming from *Insert ¶#* demonic spirits) So they have the ability to transfer into humans, possess them, and drive humans to behave in abnormal ways, cause sicknesses, and/or attach themselves in different areas dealing with a persons' life. Speaking on Satan being a replica of God (Yeshua), his hirelings the witches/sorcerers are only a replica also known as a False Prophet(ess) because they use other methods outside of Christ Jesus in order

77
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

232. to give people a false hope, a false sense of direction, etc and even though the false prophet(ess) may be right on their readings the main question is what Spirit are they moving in because that's what determines the purity of the word that's spoken. See, Prophets are the mouthpieces of God which is a position that cannot be taken lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has been spoken in the LORDs' name. The office of a Prophet comes with a lot of responsibility, accountability, etc. Prophets are called by God (Yahweh, Jehovah, Yeshua) and not by man. However, God will use another leader to confirm the prophetic gifting on a persons' life then that person will go through life with God Teaching them and Gods shepherds (apostles, evangelist,

234. pastors & teachers) helping the prophet grow in their gift. The prophetic gift CANNOT be taught by worldly/secular teachers. Prime example: I was going to school for psychology and the LORD had me drop the class because psychology tries to make sense of everything but God uses people and do things that don't make sense to the human mind all the time. Now, there's two forms of the prophetic which is ① The Office Of A Prophet and ② The gift of prophesy. The GIFT OF PROPHECY is a Gift of the Holy Spirit, every believer is encouraged

78

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

235. to prophecy, prophecy is for edification, exhortation, and comfort, prophetic utterance is a gift, a person that prophecy is defined as a saint doing the work of the ministry of Christ, the gift to prophecy if for life. *The OFFICE of a prophet(ess) is a gift from the Godhead, God chooses the prophet not humans, the prophetic office is a gift that is used to train, equip, direct, correct, warn and govern, the prophet is a gift to the body of Christ, a prophet is a part of the five-fold

236. ministry to equip the saints, and the Office if a Prophet(ess) is for life.* The Characteristics of a False Prophet* They point people back to themselves instead of to Jesus Christ of Nazareth, they lack spiritual accountability, they cause dissension/division within leadership and members within the church body, they are not seeing or speaking through the heart and eyes of God, they operate out of anger, frustration, and hurt, they mislead people

237. intentionally, they cause people to rebell against God as they lead the people to worship false Gods (paganism), their in it for self gain and not to edify the church as the Body of Christ is a hospital. I Corinthians 14:10-12 There are, it may be, so many kinds of voices in the world, and none of them is without significance. Therefore if I know not the meaning of the voice, I shall be unto him that speaketh a barbarian, and he that speaketh shall be a barbarian unto me. Even so ye, forasmuch as ye are zealous of spiritual

79

Civil Rights Complaint Pursuant to U.S.C. § 1983

238. gifts, seek that ye may excel to the edifying of the Church. Insert ¶ # Proverbs 18:21 — Death and Life are in the power of the tongue: and they that love it shall eat the fruit thereof. Matthew 15:18-20 (18) But those things which proceed out of the mouth come forth from the heart; and they defile the man. (19) For out of the heart proceed evil thoughts, murders, adulteries, fornications, thefts, false witness, blasphemies: (20) These are the things which defile a man: but to eat with unwashen

239. hands defileth not a man. Psalms 45:1-2 Insert ¶ # (1) My heart is inditing a good matter: I speak of the things which I have made touching the King: my tongue is the pen of a ready writer. (2) Thou art fairer than the children of men: grace is poured into thy lips: therefore God hath blessed thee for ever. * The Mouth has a way of revealing what is in the heart of man whether the words are spoken in private or in public. Now, the false prophet(ess) or witches

240. Use ritualism, music, tarot cards, horoscope, etc to obtain Insert ¶ # results that they desire however it causes more harm than good because they tap into demonic spirits to obtain whatever results they desire but they fail to realize that those demonic entities can overpower them because they have opened up themselves and others to those spirits. However, God will use a prophet to stand up against what's attempting to destroy his people so a lot of times the prophet and prophetic ministry is rejected because people

80

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

241. are looking for temporary fixes since the root of a problem is too complex, painful, and time consumming in order to correct the issue. When we are in this place it's easier to listen to people who tell you what you want to hear than to have to face the variety of emotions that show up when you have been deceived, lied on or lied to, pushed away, indoctrinated, misled, etc. However, the only way for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free. The Holy Ghost is the spirit of Truth, then there's the spirit of error because the person didn't know any better and finally the spirit of falsehood which is when a person is intentionally deceiving people. Revelation 13:15- And he had power to give life to the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 (18) For the wrath of God is revealed from heaven against all ungodliness and unrighteousness of men, who hold the truth in unrighteousness; (19) Because that which may be known of God is manifest in them; for God hath shewed it unto them. (20) For the invisible things of him from the creation of the world are clearly seen, being understood by the things that are made, even his eternal power and Godhead, so that they are without excuse. (21) Because that, when they knew God, they glorified

81

Page Number

244. him not as God, neither were thankful; but became vain in their imaginations, and their foolish heart was darkened. 22 Professing themselves to be wise, they became fools, 23 And changed the glory of the uncorruptible God into an image made like to corruptible man, and to birds, and four-footed beasts, and creeping things. 24 Wherefore God also gave them up to uncleanness through the lusts of their own hearts, to dishonor their own bodies between

245. themselves: 25 Who changed the truth of God into a lie, and worshiped and served the creature more than the Creator, who is blessed for ever. Amen. 26 For this cause God gave them up unto vile affections: for even their women did change the natural use into that which is against nature: 27 And likewise also the men, leaving the natural use of the woman, burned in their lust one toward another; men with men working that which is unseemly, and receiving in

246. themselves that recompense of their error which was meet. 28 And even as they did not like to retain God in their knowledge, God gave them over to a reprobate mind, to do those things which are not convenient; 29 Being filled with all unrighteousness, fornication, wickedness, covetousness, maliciousness; full of envy, murder, debate, deceit, malignity, whisperers, 30 Backbiters, haters of God, despiteful, proud, boasters, inventors of evil things, disobedient to parents, 31 Without understanding, covenantbreakers, without natural affection, implacable, unmerciful: 32 Who knowing

82
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

247. the judgement of God, that they which commit such things are worthy of death, not only do the same, but have pleasure in them that do them. *** False Prophets according to 2 Thessalonians 2:9-14 ⑨ Even him whose coming is after the working of Satan with all power and signs and lying wonders, ⑩ And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved. ⑪ And for this cause

248. God shall send them strong delusion, that they should believe a lie: ⑫ That they all might be damned who believed not the truth, but had pleasure in unrighteousness. ⑬ But we are bound to give thanks always to God for you, brethren beloved of the Lord, because God hath from the beginning chosen you to salvation through sanctification of the Spirit and belief of the truth. ⑭ Whereunto he called you by our gospel, to the obtaining of the glory of our Lord Jesus Christ.

249. * The methods of the False Prophets * 1 John 2:15 ⑮ Love not the world, neither the things that are in the world. If any man love the world, the love of the Father is not in him. ⑯ For all that is in the world, the lust of the flesh, and the lust of the eyes, and the pride of life, is not of the Father, but is of the world. ⑰ And the world passeth away, and the lust thereof: but he that doeth the will of God abideth for ever. ⑱ Little children, it is the last time: and as ye have heard that

83

Page Number

250. antichrist shall come, even now are there many antichrists; whereby we know that it is the last time. They went out from us, but they were not of us; for if they had been of us, they would no doubt have continued with us: but they went out, that they might be made manifest that they were not all of us. * Let me break down the words image, sound, logo after a few scriptures to paint the TRUE PICTURE... Genesis 1:26-27

251. And God said let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. So God created man in his own image, in the image of God created he him; male and female created he them. Genesis 2:7 - And the LORD God formed man of the dust of the ground, and breathed into his nostrils

252. the breath of life; and man became a living soul...
Here's the words image, sound, logos breakdown image is imago in Latin meaning LIKENESS, appearance, statue, idea, echo. To me image can also mean: image (i + mage = eye magic meaning illusion) sound root word in Greek is phone. Sound is a type of wave motion that originates as the vibration of a medium. In order to speak or sing, you must add sound to letters. So in this breakdown of sound I am going to use the Phoenician Alphabet which is the

84

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

253. Early Linear Script that was used to write the

Insert ↑:

Early Iron Age Canaanite languages. The 14th letter in the Phoenician alphabet is nūn which is the phonemic representation of N and the numerical value of 50. Nun is believed to be derived from an Egyptian hieroglyph of a snake (serpent). In all languages the "n" represents the alveolar nasal. The voiced alveolar nasal is a type of consonantal sound used in numerous spoken languages.

254. languages. The symbol in the international Phonetic

Insert ↑ a

Alphabet that represents dental, alveolar, and postalveolar nasals is "n". A dental consonant is a consonant articulated with the tongue against the upper teeth. Alveolar consonants are articulated with the tongue against or close to the superior alveolar ridge, which is called that because it contains the alveoli (the sockets) of the upper teeth. Post-alveolar

255. consonants are consonants articulated with the tongue

Insert ↑ a

near or touching the back of the alveolar ridge. The Phoenician alphabet was used to write the Early Iron Age Canaanite languages, subcategorized by historians as Phoenician, Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic.

⊙ Logos in Ancient Greek means word, discourse, or reason thats used in Western philosophy, psychology, and rhetoric; it connotes an appeal to rational discourse that relies on inductive and deductive reasoning—In Christianity "Logos" means

85

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

256. The Word of God (John 1:1 - In the beginning was the Word, and the Word was with God, and the Word was God). See, this is why the deception has been so much when it comes to spells, cross of words, and playing with the Bible in the form of manipulating, indoctrinating, controlling, labeling, stealing, and altering. This has occured using ① Image, ② sound, ③ Logos because whoever governs the Word of God as

257. a steward is who controls or frees the people and their inheritance. So in this case we can see their motive at heart, which is their ability to play God in order to flee from judgement. Basically, while they're playing as God (false messiah) with their weapons of sorcery they are also leading people into Idolatry. They are also fleeing from judgement by pretending to be somebody that they are not and that's also how extortion is happening.

258. All this means is that the false prophets (messengers) represents Revelation 13:11 - And I beheld another beast coming up out of the earth, and he had two horns like a lamb, and he spake as a dragon. * That sums up the three words ① Image = eye magic (appearance) ② sound = phone in Greek; and in the Phoenician Alphabet the letter n (representation) which is the word nun that resembles a snake (serpent) in Egyptian hieroglyphs. Another meaning of nun (female) is the word monk (male) and they are found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy,

Bu
Page Number

259 . Eastern Orthodoxy, Calvinism, Anglicanism, and Methodism. They are also found in Indian Religions such as Hinduism, Buddhism, and Jainism. ⑥ Logos = word, discourse or reason. Discourse means - written or spoken communication or debate. The word discourse is derived from the Latin prefix "dis" meaning "away" and the root word "currere" meaning "to run" and refers to the way that a conversation flows. To study discourse is to analyze the use of spoken or

260 . written language in a social context. Logo also represents a graphic mark, emblem, or symbol used to aid and promote public identification and recognition (it can also include text of the name it represents as in a wordmark). Logo is another form of trademark or branding (sounds like mark of beast in the forehead because of perception due to the fact that Logos originally stands for The WORD of God and not the words of the world) 2 Corinthians 4:1 - ② Therefore

261 . seeing we have this ministry, as we have received mercy, we faint not; ② But have renounced the hidden things of dishonesty, not walking in craftiness, nor handling the word of God deceitfully; but by manifestation of the truth commending ourselves to every man's conscience in the sight of God. ③ But if our gospel be hid, it is hid to them that are lost: ④ In whom the god of this world hath blinded the minds of them which believe not, lest the light of the glorious gospel of Christ, who is the image of God should shine unto them.

87

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

262. Another example of false prophets handling the word of God deceitfully to blind the minds of humanity in order to keep them in darkness and away from Jesus Christ of Nazareth being their savior is: Revelation 1:8- I am the Alpha and Omega, the beginning and the ending, saith the Lord, which is, and which was, and which is to come, the Almighty. The word Alpha means: 1st letter of Greek alphabet, the vowel sound represented by this letter (a) Alpha, Astronomy.

263. used to designate the brightest star in a constellation. Chemistry (of an animal) having the highest rank in dominance of hierarchy: the alpha female of an elephant pack. Next, the word alphabet= alpha above definitions + bet= second letter in Phoenician alphabet and the letters name means "House" now put them together and you get Alpha= Astronomy + bet= house (Astronomy House or House of witchcraft) then omega= the 24th letter in the greek alphabet which is the last letter and the word omega means "great O". Finally before I add it up the

264. last part is the movie Alpha and Omega for kids in which Alpha is a female wolf and Omega is a male wolf. Now, all this sum up to The movie Alpha and Omega equals Wolf(Beast)= "IMAGE (eye magic)" The Alphabet equals to "Astronomy House, House of Witchcraft, Babylon" meaning "Sound-Phone in Greek" The word Alpha equals 1st letter of greek alphabet, the vowel sound of the letter (a), Alpha, Astronomy, Alpha Centauri (triple star system in southern constellation of Centaurus/south pole) meaning "LOGOS" equals the mark of Beast in Hand (phone) & Forehead (movies, tv, digital realm) Technology

98

Civil Rights Complaint Pursuant to U.S.C. § 1983

* They swapped WHICH with WITCH because it's mentioned 3 times symbolizing TRINITY (Alpha Centauri) not the Father, Son, and Holy Ghost.... (Revelation 1:8)

## SEASONS of The False Prophets Deception, Pimping & Harlotry

The End of their

265. False prophets (THEIR END) Matthew 7:15 (15) BEWARE
Insert ¶ #
of false prophets, which come to you in sheep's clothing,
but inwardly they are ravening wolves. ✱ Now lets go
to Genesis 1:14 — And God said, Let there lights in the
firmoment of the heaven to divide the day from
the night; and let them be for signs, and for seasons,
and for days, and years... Here are a few seasons
and Holidays that have a different meaning or

266. overlooked meaning. #1 Autumn, also know as fall
Insert ¶ #
has Halloween in its season. Ironically, by autumn
being labeled as fall and Halloween being labeled
All Hallow's Eve, this pagan holiday is demonic,
satanic, and full of devil worship as it indoctrintes
the children. Since the children are the next generation.
Autumn/Fall indirectly glorifies the serpent for
causing eve to fall in the garden. Genesis 3:1 — Now

267. the serpent was more subtile than any beast of the
Insert ¶ #
field which the LORD God had made. And he said unto the
woman, Yea, hath God said, Ye shall not eat of every tree
of the garden * This, was the first voice (sound) that
Eve heard after being created. This was the first
time the serpent twisted the word of God (Logos).
Genesis 3:4-6 (4) And the serpent said unto the woman,
Ye shall not surely die: (5) For God doth know that
in the day ye eat thereof, then your eyes shall be

89
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

268. opened, and ye shall be as gods, knowing good and evil. ⑥And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her, and he did eat. *This is the second time she heard his voice (sound) as he twisted the word of God (logos) just to plant a picture in her head

269. (image). Genesis 3:7-8 ⑦And the eyes of them were both opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. ⑧And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. * This is where her eyes opened however they were naked so

270. they made them some clothes to cover up their nakedness which makes sense on why clothing is a tool people use to project a certain image in society. This is also how Figueroa became a hoe street where women walk around naked to make some money. This is also a reprentation of the police showing up on prostitution streets and the men and women hide themselves when they see or hear the police, like Adam & Eve did to God. Mind you, this passage also shows that Eve finally heard the

90

Page Number

21. Lords voice; however it was after the serpent had already talked to Eve and caused them to fall. So basically, Autumn symbolizes Adam and Fall symbolizes going downward and the Halloween symbolizes Hallow Eve. This is crossing of words also known as twisting words which is exactly what the serpent did to Eve. The crossing of words is where perversion (a twisted truth) and witchcraft (word curses) were birth out in the garden of Eden when Eve believed the

212. serpent then ate of the tree of good and evil. In this season the serpent used the same tactics perversion (a twisted truth) and witchcraft (word curses) however this time the tree of good and evil (knowledge) was "MONEY", the perversion used as weapons in this season is sexuality, identity, education, career, technology, religion, family, faith, Bible, morality etc. The witchcraft used as weapons are spells, lies, slander campaigns, influential peddling, obstruction of justice, and Biblical scriptures used to manipulate, exploit,

213. blackmail, etc. the people. So, what happened here is something we see everywhere in the world right now. It was the enemy intentionally using such tactics against the people so that they'd fall which then helps him profit off of the demise, destruction, downfall, and/or death so that he can advance his kingdom. Another name that goes with Autumn/Fall is the words "Harvest Season" which is considered the gathering of the fruit of ones labor. That means the enemy has used the words Autumn, Fall, Halloween (Hallow Eve), and

91

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

274. Harvest Season to indirectly mock Adams fall behind Eve listening to the serpent which caused their disobedience to God to cause them to produce the serpent a harvest. The word "Hallow" means to make holy, sanctify, consecrate, to honor as holy; consider sacred; venerate; to hallow a battlefield. The etymology of the word "ween" is the slang word for penis. Venerate means to regard with great respect; revere. Eve is defined as: ① the evening, or the day before a

275. special day ② Mother of all living (Genesis 3:20). * In the western christian practice, the liturgical (customary public ritual of worship) celebration begins with its first vespers (evening prayer) in Catholic latin/Eastern rites, Eastern Orthodox, Oriental Orthodox, and Lutheran liturgies) on the evening of 31 October, All Hallow's Eve (All Saints Eve) and ends at the compline (night prayer) of 1 November. This is the day before All Souls Day (the commemoration of the poor souls in purgatory and gain them indulgences) on 2 November.

276. Roman Catholics take part in this portion of Allhallowtide (a 3 day religious observation called a triduum). Allhallowtide is a "time" to remember the dead, including martyrs, saints, and faithful christians. Hallowsday (All saints day) and thus of its vigil (Halloween) was established for Rome perhaps by Pope Gregory III (731-741) and was made of obligation throughout the Frankish Empire by Louis Pious in 835. In the 11th century All Souls' Day was popularized, after Abbot Odilo established it is a day for the monks of Cluny and associated monasteries to pray for the dead. *When

92

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

277. I see "Allhallowtide" being called a triduum to me it symbolizes a "false Trinity"; in fact it doesn't symbolize anything because It is a "false trinity" when it comes to Christianity and I have many reasons for renouncing this as a part of Christianity. The first reason is since the church was "built" off of Jesus then the only Trinity is The Father, The Son, and The Holy Ghost. The second reason is Luke 20:38 - For he is not a God of the dead, but of the living,

278. for all live unto him. Matthew 8:21-22 And another of his disciples said unto him, Lord, suffer me first to go and bury my father. ⁽²²⁾ But Jesus said unto him, Follow me; and let the dead bury their dead. Numbers 6:11 - And the priest shall offer the one for a sin offering, and the other for a burnt offering, and make an atonement for him, For that he sinned by the dead, and shall hallow his head that same day. Numbers 16:48 - And he stood between the dead and the

279. living, and the plague stayed. Numbers 19:11 - He that toucheth the dead body of any man shall be unclean seven days. Numbers 19:16 - And whosoever toucheth one that is slain with a sword in the open fields, or a dead body, or a bone of a man, or a grave, shall be unclean seven days. Finally 3ʳᵈ reason, is because God says let the dead bury the dead; so ritualism and days of religious prayers for the dead are all done in vain; they go against the words of Christ which means they symbolize The Anti Christ! To conclude this

93

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

290. topic using a steganography for the words Autumn, Fall, Halloween (Hallow Eve) and Harvest Season I will decode a perverted meaning hiding in plain sight. HallowEve= Holy Mother of all living + Halloween= sanctify the penis + Autumn= of Adams + Fall= falling nature + Harvest Season (put it all together) Holy mother of all living sanctify the penis of Adam's falling nature; Holy mother of all living sanctify the evening of November 2nd as All souls day in remembrance of the harvest season

291. of the dead (this is just what I got from looking at the words. But when I was researching Thanksgiving because its the next holiday which is still considered to some as being Autumn also known as fall; I found under Black friday MY 2 aunts and one of their husbands plus I found the word SACS. The word SAC means Southern Association of Colleges and Schools. It's headquarters are in North Druid Hills Georgia near Decatur in the Atlanta Metropolitan area and Decatur Georgia is where my

292. partner was born. So this confirms my halloween assumption about Adam and Eve.) Let me also breakdown "Allhallowtide" which is called a triduum according to Catholicism. As I said before triduum is a false trinity because its for the dead and God is a living God. "Allhallowtide" means "Hallow= consecrate" + "tide= flood" (put it all together) "Total consecrated flood" and since its pertaining to the dead it will be a "totally consecrated flood of the dead (from October 31- Nov 2)". I cast out any spirit of infirmity that came into people's lives through pride, rejection,

94

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

233. trauma, accidents, witchcraft in the name of Jesus Christ of Nazareth. Lord, I command all spirits of lust, perversion, adultery, fornication, uncleanness, and immorality to come out of our sexual character in the name of Jesus Christ of Nazareth. I command all spirits of witchcraft, sorcery, divination, and occultism to come out in the name of Jesus Christ of Nazareth. I speak to all generational and hereditary spirits operating in our lives through curses to be bound and cast out in the

234. name of Jesus Christ of Nazareth. I command all spirits operating in my back, spine, sexual organs, skeletal system, stomach, navel, abdomen, mind, heart, spleen, kidneys, liver, pancreas to come out in the name of Jesus Christ of Nazareth. Amen. ✳ Autumn, also known as Fall has Thanksgiving in its season. The story of Thanksgiving is stated to had been first celebrated on September 8, 1565 in St Augustine, Florida. It was the Native Americans and

235. Spanish settlers that held a feast as the Holy Mass was offered. A second Thanksgiving celebration occurred on American soil on April 30, 1598 in Texas when Don Juan de Oñate declared a day of Thanksgiving to be commemorated by the Holy Sacrifice of the Mass. The Catholics considered Squanto, the Native American man to be the beloved hero of Thanksgiving. Squanto mediated between the Puritan Pilgrims and the Native Americans. He had been enslaved by the English but was freed by Spanish Franciscans. Squanto was a baptized Catholic Native American who

95

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

286. orchestrated what became known as Thanksgiving. ⚹ The Franciscans are: a group of related mendicant (Roman Catholic religious orders that have adopted for their male members a lifestyle of poverty, traveling, and living in urban areas for purposes of preaching, evangelizing, and ministry to the poor.) Other mendicant orders are: Order of the Most Holy Trinity and of the Captives (The Trinitarians) the founding-intention for the order was the ransom of Christians held captives. In addition to ransoming

Insert ¶ #

287. Christian captives their ministry included hospitality, care of the sick and poor, churches, education, etc. The ransom is for the Christians that are held captive by Muslims. The Order of Preachers also known as the Dominican Order was founded to preach the gospel and to oppose heresy. The order is famed for its intellectual tradition by having produced many leading theologians and philosophers. This order was also into Mysticism which refers to the conviction that all believers have the capacity to experience God's love and that this

Insert ¶ #

288. love may manifest itself through brief estatic (religious ecstacy) (ecstacy is also a drug pill people use to get high and enjoy sexual pleasures) experiences, such that one may be engulfed by God and gain immediate knowledge of him, which is unknowable through the intellect alone. (No wonder ecstasy was so big in the black communities.) The Patron Saints under this order is Saint Dominic (Dominic de Guzman; born in present day Castile-Leon, Spain) He is the patron saint of astronomers and natural scientists. Saint Mary Magdalene the one who witnessed the crucifixion & burial of Jesus plus she was the first person to see

96

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

281. him after the Resurrection. *Saint* Mary Magdalene is the patron saint of Apothecaries (pharmacist and chemist), Arahal, Spain (a place in the path where stopping to rest) in Arahal, Spain their are a few monuments like Nta-Sra-de la Victoria Church, Vera-Cruz church (founded by Knights Templar which is a Military order of the Catholic Church), Nta Sra del Rosario convent (of the Rosary Convent), San Roque Church (portion against diseases and healer of contagion of all kinds), Santa Maria Magdalena parish-church, and finally San Antonio Hermitage (retreat).

290. Atrani, Italy (sound like a tranny, aka transexual), Casamicciola Terme (Main Sights: Church of Saint Antonio al Mortito dedicated to Saint Anthony of Padua born in Lisbon Portugal, was given the title Doctor of the Church. Anthony's attributes consisted of the: Franciscan habit, lily (purity, innocence, and rebirth), books (a medium for recording information) tonsure (practice of cutting or shaving hair as a sign of religious humility or devotion in Catholicism; *I believe this is hypocrisy because Samson was an Israelite warrior and judge who was know for his prodigious strength that came from his hair until

291. Delilah found out where his strength came from then she cut his hair to weaken him), holding the Infant Jesus, mule (a hybrid between a female horse and a male donkey meaning Jackass. Anthony of Padua is the patron saint of Custody of the Holy Land (the mission of the Custody of the Holy Land is to guard "the grace of the Holy Places" of the Holy Land and the rest of the Middle East, "sanctified by the presence of Jesus" as well as pilgrims visiting them, on behalf of the Catholic Church. Activities owned by the Franciscan order are: Terra Santa College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The

97

Page Number

292. Custody has a communication department in charge of the official media in the Holy Land, which is based at the Terra Sancta College in Jerusalem that has a multimedia centre broadcasting news programmes in different languages, an editorial office of the Christian Media Center and the Terre Sainte Magazine in French.) Anthony of Padua is patron saint of Miracles (my daughter who is in foster custody name), travelers, finding one's spouse (saints like cupid), pregnancy (I haven't been able to conceive with my

293. partner Antonio), harvests (all my resources have been held/dried up for 6 years) animals, lost souls (there's many of those like never before), lost people (people been disappearing), poverty (USA is in a famine), sterility (my partner), the sick (USA was hit with Covid 19 killing thousands of people), the disabled (USA is full of disabled people), the oppressed (all over the world), the hungry (All over the world), the elderly (All over the world), Faith in the Blessed Sacrament, sailors, fishermen (need more soul winners for Jesus), watermen (paganism: Poseidon, Oceanus, Amphitrite, etc); swineherds, mail carriers (my mail and other people mail has been tampered with), counter-revolutionaries, indigenous

294. peoples of the Americas, etc.) * Now back to Mary Magdalene. (where I found Anthony of Padua) She is the patron saint over the rest of those: Ischia (Italian Island in the Tyrrhenian Sea), contemplative life (lifelong journey to God in prayer and worship), converts (religious conversion), glovers (maker of gloves), hairdressers, Kawit (a province of Cavite, Philippines whose sister city is Sakuragawa, Japan), Amadeo, Cavite (in Philippines), Magdalena (Laguna Philippines), Santa Magdalena (in Philippines), perfumeries, people ridiculed for their piety (piety=virtue), pharmacists, Pililla (in Philippines), penitent sinners, tanning (is

98

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

245. the process of treating skins and hides of animals to produce leather), Sexual temptation, and women. Saint Catherine Siena, attributes are: ring, lily, cherubim (a winged angel according to bible), crown of thorns (was placed on Jesus head for his crucifix), Stigmata (body wounds that appear in areas corresponding to the wounds of Jesus Christ), crucifix, book, heart, skull, dove, rose, miniature church, miniature ship bearing Papal coat of arms (mark of beast in my eyes). St Catherine Siena is the patron saint of: against fire, bodily ills, people ridiculed for their piety, nurses,

246. Sick people, miscarriages, Europe, Italy, Diocese of Allentown, Pennsylvania, US; Bambang Nueva Vizcaya (in Philippines), and Samal Bataan (Philippines). You have just read the 3 saints, their attributes, and patronage (what/who the "protect or pray for); The 3 saints under the Dominican Order that you just learned about was St Dominic, St Mary Magdaline, and St Catherine. Before I go back to St Francis, I will name a few more saints over certain topics. 1) St Cecilia attributes: flute, organ, roses, violin, harp, Baritone,

247. harpsichord, songbird, singing. St Cecilia patron of: Hyms, great musicians, luthiers, poets, Albi, France, Archdiocese of Omaha, Mar del Plata, Argentina (Pope Francis is from Argentina) Pipe Organs. 2) Saint Jesus Malverde born in Sinaloa Mexico. Jesus Malverde is patron of Mexican drug cartels, drug trafficking, outlaws, bandits, robbers, thieves, smugglers, people in poverty (he became a saint in Sinaloa, Folk Catholicism) 3) St Maximilliam attributes: Franciscan habit, Rycerz Niepokalanej (a Polish Roman-Catholic monthly magazine), Nazi Concentration prison uniform,

<u>99</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

298. Nazi concentration camp badge, crucifix, rosary. He is
*Insert ¶ #*
the patron of: families, recovery from drug addiction, prisoners,
amateur radio operators, journalists, political prisoners, pro-
life movement, esperantists, Militia immaculate (army of the immacu)ate
one) His face was also commemorated on a West Germany stamp in
1973. ④ St Genesius of Rome is the patron saint of: Actors, playwrights,
clowns, comedians, comics, converts, dancers, musicians, printers,
stenographers, epileptics, thieves & torture victims. ⑤ Saint Columba

299. of Spain they celebrate her on September 17 annually (* this
*Insert ¶ #*
is my partners birthdate). St Columba of Spain is the patron of
magic, witches, magicians, wizards, hags, andorra, chevilly, &
galicia. Her shrine is at Old Castile, priory of St Columba and the
royal Abbey of Our lady at Najera. ⑥ Saint John Bosco is the
patron of christian apprentices, editors, publishers, students, young
children, magicians, juvenile delinquents, Piura Peru, Brasilia
Brazil ⑦ St Albertus Magnus aka Albert the Great/Albert

300. of Cologne he is the patron of those who cultivate the
*Insert ¶ #*
natural sciences, medical technicians, philosophers, and scientists.
His scientific career fields were: natural science, alchemy, jurisprudence,
diplomacy, theology, and Natural philosophy. His main interests:
philosophy, physiology, mineralogy, astrology, geography, astronomy,
music theory, natural science, alchemy, jurisprudence, diplomacy,
theology, and natural philosophy. *** Returning to The
franciscans (explanation) they are a group of related mendicant
Christian religious orders within the Catholic Church. It

100

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

301. Was founded in 1209 by the Italian saint Francis of Assisi, the Order of Friars Minor was for men. Their Motto is: Peace and the good and their ministry consisted of preaching, missionary, educational, parochial, & charitable works. The Order of Saint Clare which is the Franciscan's second branch was founded by Clare of Assisi and Francis of Assisi on Palm Sunday, this order is for nuns. St Francis had a third order which was for people

302. of both sexes that were married but couldn't leave the world or abandon their avocations, but still were part of the Franciscan movement. He also had a Secular Franciscan order that let men and women make a spiritual commitment to their own Rule. however the Secular Franciscan fraternities can not exist without the assistance of the first and second Franciscan Order. Since Clare of Assisi is one of the founders for the Order of Saint Clare (2nd branch of the

303. Franciscan Order) I will describe her attributes: Monstrance, Pyx (boxwood receptacle), lamp, habit of the Poor Clares. Saint Clare is the patron of: eye disease, goldsmiths, laundry, television, bicycle messengers, good weather, needleworkers, remote viewing, extrasensory perception, Santa Clara, California; Santa Clara Pueblo, New Mexico, Obando, Bulacan, Philippines. Saint Francis attributes were: Franciscan habit, birds, animals, stigmata, crucifix, book, and a skull. Saint Francis of Assisi was patron of: Franciscan Order, poor people, ecology,

101

Page Number

304. animals, stowaways, merchants, Aquada (town in Puerto Rico); Naga, Cebu (in Philippines); Balamban, Cebu (in Philippines); Dumanjug, Cebu (in Philippines); General Trias (in Philippines), and Italy (THE END OF THE FRANCISCANS under Saint Francis of Assisi). Finally, here are a few names of people and places with the word "Franc" in the beginning? In year 1539, France was the 1st Country to establish a nationwide population register using the Catholic parish register. ① Francis Solanus born

305. March 10, 1549 - July 14, 1610 was a Spanish Friar and Missionary in South America, belonging to the Order of Friars Minors (the Franciscans) and is honored as a saint in the Roman Catholic Church. He is the patron saint of ARGENTINA, BOLIVIA, CHILE, PARAGUAY, PERU, also against earthquakes. He was born in Montilla, Spain and he died in Lima, Peru! ③ Francis Albert Lai born in Nice, Alpes-Maritimes, France. He was a Film score

306. Composer who did music for film. ④ Francis Patrick Mary Brown was a distinguished Irish Jesuit and a prolific photographer (did the photos of RMS Titanic). He also was a military chaplain during First World War. He was born in Cork, Ireland and died in Dublin, Ireland. ⑥ Francis Brown Wai was born in Honolulu, Hawaii and he died in Leyte Philippines. He was a US Army Captain who was killed in action the liberation of Philippines Island from Japan. (End of topic for Thanksgiving which led me to The Franciscans). Some people call thanksgiving "FRANKSGIVING" because of Franklin D. Roosevelt.

37. Black Friday is not an official holiday in the U.S.

Insert ¶ #

but California and some other states observe "The Day After Thanksgiving" as a holiday for state government employees. The SouthPark neighborhood of Charlotte, North Carolina is the most trafficked area of the US on Black friday. The neighborhood was once a part of a 3,000 acre (1,200ha) Farm owned by former North Carolina Governor Cameron Morrison. The front entrance to the mall is on Sharon Road. * Right here,

38. under the Black Friday topic based on SouthPark I see

Insert ¶ #

my aunt Charlottes name in whom she is married to Morris' her husband and then I see my Sharon's name as well and she's my other aunt (they both worked with kids) plus she's Charlottes older sister as well.) Then, when you scroll down and click on Transportation infrastructure (wikipedia search SouthPark, Charlotte) you will see bus #'s for their transit system (C.A.T.S.= Charlotte Area Transit System); #29 (UNC Charlotte/

39. Crosstown) click on UNC Charlotte and it will redirect you

Insert ¶ #

to University of North Carolina at Charlotte then you will see the school information. When you see accreditation is shows SAC and and a little further down you see the word Chancellor with the name Sharon Gaber (mind you Sharon is the name of my aunt who worked at a childcare. Sharon is also the mom of my cousin Donneka (who messed with me when I was around 7 (incest/homosexuality) and Sharon has a son named Steven who messed with me til I was almost 17 years old (incest) all behind another parties witchcraft,

103

Page Number

310. perversion, narcissism, scandal, etc. that was coming *Insert ¶#* from people misusing their position of power that was supposed to lead people to Jesus Christ of Nazareth in Italy. Messed my head up to actually come to the reality of the depth of my pain that was stemming from a part of the world that I've never seen. But to make things worst in order to confirm my statement then return to the rest of my story let me show you Italys (Babylon/Rome) scandal that reaches "ALL OVER THE WORLD". Catholicism

311. is a Christian church that "VENERATE" (to honour or very *Insert ¶#* much respect a person or thing) basically to venerate means, to "reverance, worship". Catholicism venerates people & things who they feel are worthy of being given respect for their attributes or past accomplishments. Now there's nothing wrong with wanting to respect the accomplishments of others from the past because that's how generations learn from each other. (Disclaimer: what I am about to say will open your mind to another

312. Level of thinking that comes from the wicked, depraved, and *Insert ¶#* perverse mind of the enemy but it will also confirm why God gave certain commandments to protect His people). Now, the way that Catholicism venerates people or things is in a form of Idolizing the dead while attempting to control the present so that they can ensure the future generations." Let me pin their moves so that I can paint their picture and I'm going to paint their picture so that "YOU" may be able to pin their moves (quote by Victoria Dilliwit LOL) ① They put a seal on you at birth (footprint,

104

Page Number

313. birth certificate, social security number ③ They have their *Insert ¶ #* professionals monitor your whole life (pediatrician, dentist, etc) ④ Please remember this Beast is a system with Billions of peoples identity inside that it controls & NOBODY is EXEMPT WHETHER YOU ARE RICH, POOR, FREE, or BOND & race doesn't MATTER PERIOD!!) Now, I understand there were systems before this time however those were destroyed but the one that has been put in place today came from Catholicism and France was the first country to use their registry in 1539 (the Catholic Parish Registry).

314. See, people fail to realize that while Europeans were playing *Insert ¶ #* the game "Scatter Africa" the mother land that they were learning other peoples way of living, culture trends, inventions (like Asia, Egypt, Babylon, etc) so that they could build, divide to conquer, steal/replicate to rename as their own. They wrote things down in their own words (better yet in their own languages) because playing with sound and words is a subtle way to manipulate a person who lacks the knowledge of the truth which brings me

315. to my next point) ③ As a child (modern days) you are expected *Insert ¶ #* to go to school in order to learn what is necessary to be accepted in their system (professional field) because they know you gotta make money to live in their world (but what people fail to realize is in their world they make money off of you being in their system as soon as your born and they use you to make money as soon as you die. Ex: funeral, debt, fraud, etc). ④ In the professional field they make money off of you, they also tax you (which is more money), then you have to

316. pay them to live (bills, entertainment, food, travel, child care, etc)
Insert ¶ #
now when I say them I talking about the chain of command
that consists of countries debt, international trade, governments
(federal & state), corporations, & even streets (depending on the person).
(5) Now to bring it full circle and back to European & Catholicism,
Europe Kings & Queens rule different countries under different
titles. The Roman Catholics have their churches planted in
different countries under different titles (ex: Archdiocese of Atlanta

317. Catholic Church, East Orthodox Catholic Church, Roman Catholic
Insert ¶ #
Church, etc) also different positions of hierarchy such as Pope,
priest, nun, etc and they have sub categories that range
from Education, Hospitals, Finances, military orders,
etc. So with all this being said, here's two kingdoms
that worked together on conquering everybody else until
the other kingdom got out of hand and moved with betrayal.
(6) However, the betrayal came into full affect after

318. the legalization of same sex marriages in 2015 because
Insert ¶ #
same sex marriage (under Barack Presidency) is when the
spirit of Perversion was activated which only means
a twisted truth. So, what that did was Awaken the dead, the
demons, witches, etc. that was already put into place
by the idolatry of both Kingdoms which consisted
of them coveting, stealing, & entertaining the paganism
of other peoples religions now don't mistake that I
am saying that it didn't exist already because that's not what I am
saying instead I am saying the mixing of the religions caused strange fire.
So the confusion at hand _____ is because of the truth and the lie
colliding.                    Page Number

Civil Rights Complaint-Pursuant to U.S.C. § 1983

106

319. **Christmas December 25**

Insert ¶ #.

Christmas is an annual festival commemorating the birth of Jesus Christ, observed primarily on December 25 as a religious and cultural celebration among billions of people around the world. The history behind Christmas is vague, so I will break down Santa Claus also known as Father Christmas, Saint Nicholas, etc. Since Saint Nicholas is venerated

320. by the Catholic church I will talk about him. He was

Insert ¶ #

born March 15, 270 (Roman Empire) and he died December 6, 343 (Roman Empire, Diocese of Asia). Little was known about the historical Saint Nicholas however one of his most famous incidents from his life is that it was said that he rescued three girls from being forced into prostitution by dropping a sack of gold coins through the window of their house each night for three nights so their father could pay a dowry for each

321. of them. Saint Nicholas is the patron saint over these

Insert ¶ #

categories: children, coopers, travelers, sailors, fishermen, merchants, broadcasters, the falsely accused, repentant thieves, brewers, pharmacists, archers, pawnbrokers, unmarried people, prostitutes, Prilep, Aberdeen, Galway, Russia, Greece, Hellenic Navy, Liverpool, Bari, Siggiewi, Moscow, Amsterdam, Lorraine, Royal School of Music and Duchy of Lorraine, students in various cities and countries around Europe & Russian Navy. Another thing about Saint Nicholas is that he was a monk

107

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

322. and he was born in Patara, Turkey. ★After Saint Nicholas

*Insert ¶ #*

the prominence of Christmas Day increased gradually after Charlemagne, also known as Charles the Great who was King of the Franks (a Germanic speaking people whose land was divided into different kingdoms like ③ West Francia became the Kingdom of France, East Francia became the kingdom of Germany, and Middle Francia became the kingdom of Lotharingia. in the north, Kingdom of Italy in the south, and the kingdom of

323. Provence in the west.) Charles the Great was King of

*Insert ¶ #*

the Franks from 768 when he was crowned as the Emperors of the Romans by Pope Leo III on December 25, 800. Pope Leo III was the bishop of Rome (the pope which was head of the worldwide Catholic Church and he was ruler of the papal states which were the major states of Italy.) ★ So basically if Christmas is supposedly the day to worship the birth of Jesus then what Jesus are people worshipping? because Saint Nicholas who

324. is supposedly, the pagan representation of Jesus Birth.

*Insert ¶ #*

because Saint Nicholas allegedly lived in a crypt near Bethlehem where the Nativity of Jesus is believed to have taken place and that's where the Church of Saint Nicholas in Beit Jala, a Christian town of which Nicholas is the patron saint. Then you have Charles the Great who was crowned Emperor of Rome on December 25, 800 and then you also have Jesus Malverde, who is a drug lord and they made him a saint in the catholic church located in Sinaloa, Mexico? So what Jesus is really being

Civil Rights Complaint Pursuant to U.S.C. § 1983

325. , represented by the Church and the pagan holidays?
*Insert ¶ #*
Also, one of Santa's sayings is: Ho, Ho, Ho Merry Christmas and what I see when I hear that is Horace Marriage Christ's Massacre. which is exactly what they tried to do, thinking that they were cheating me out of my inheritance (that's where we are now) Horace also stands for Ho Race which would symbolize Babylon's Mystery The Mother of Harlots and the abominations of the.

346. Earth (Revelation 17) which is the first Bridegroom and
*Insert ¶ #*
Bride then after Babylon falls comes the marriage of the lamb. However, under this guise of treachery we see that Hamas has hit Israel which lets us know that all those individuals (Muslims) are the seeds of the serpent because if they weren't then they would have never touched "The Holy Land". Also, they go by the name Hamas which people will say is from Ham who is one of

37. Noah's son and that would further prove that they
*Insert ¶ #*
are all Canaanites and Europe Kingdoms are (same thing because Cain was cursed and Ham's son Canaan was cursed). Now, what people may have not known is "Yeshua Hamashiach" means "Jesus the Messiah" so why is Hamas proclaiming Allah and denouncing the very God that their name stems from? Do you know that Christmas (Santa Claus) is how they indirectly planted the seed of pimping and hoeing to our children because

109
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

328. the story of Saint Nicholas talks about him rescuing *Insert ¶ #* three girls from being forced into prostitution by dropping a sack of coins through the window of their house each night for three nights so their father could pay a dowry (the money, goods, or estate that a woman brings to her husband or his family in marriage) but that's not scripture! In Genesis 24:21-23, 29-40 (21) And the man wondering at her held his peace, to wit whether the LORD had made his

329. journey prosperous or not. (22) And it came to pass, as *Insert ¶ #* the camels had done drinking, that the man took a golden earring of half a shekel weight, and two bracelets for her hands of ten shekels weight of gold. (23) And said, Whose daughter art thou? tell me, I pray thee: is there room in thy father's house for us to lodge in? (28) And the damsel ran, and told them of her mother's house these things. (29) And Rebekah had a brother, and his name was Laban: and

330. Laban ran out unto the man, unto the well. (30) And *Insert ¶ #* it came to pass, when he saw the earring and bracelets upon his sister's hands, and when he heard the words of Rebekah his sister saying, Thus spake the man unto me; that he came unto the man; and behold, he stood by the camels at the well. (31) And he said, Come in, thou blessed of the LORD; wherefore standest thou without? for I have prepared the house, and room for the camels. (32) And the man came into the house: and he ungirded his camels, and gave straw and provender

110
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

33/ Insert ¶ # . for the camels, and water to wash his feet, and the men's feet that were with him. (34) And there was set meat before him to eat: but he said, I will not eat, until I have told mine errand. And he said, Speak on. (35) And he said, I am Abraham's servant. (36) And the LORD, hath blessed my master greatly; and he is become great: and he hath given him flocks, and herds, and silver, and gold, and menservants, and maidservants, and camels, and asses.

32 Insert ¶ # (36) . And Sarah my master's wife bare a son to my master when she was old: and unto him hath he given all that he hath. (37) And my master made me swear, saying, Thou shalt not take a wife to my son of the daughters of the Canaanites, in whose land I dwell: (38) But thou shalt go unto my father's house, and to my kindred, and take a wife unto my son. (39) And I said unto my master, Peradventure the woman will not follow

33 Insert ¶ # me. (40) And he said unto me, The LORD, before whom I walk, will send his angel with thee, and prosper thy way; and thou shalt take a wife for my son of my kindred, and of my father's house: Genesis 24. 50-53 (49) Then Laban and Bethuel answered and said, The thing proceedeth from the LORD: we cannot speak unto thee bad or good. (50) Behold, Rebekah is before thee, take her, and go, and let her be thy master's son's wife, as the LORD hath spoken. (52) And it came to pass, that, when Abraham's servant heard their words, he worshiped

/// 
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Case 2:24-cv-04076-FMO-MAR   Document 1   Filed 05/16/24   Page 170 of 418   Page ID #:170

34. the LORD, bowing himself to the earth. (53) And the

Insert ¶ #

servant brought forth jewels of silver, and jewels of gold, and raiment, and gave them to Rebekah: he gave also to her brother and to her mother precious things. **** Now that you know what the scriptures say, you see with your own eyes that the story of Saint Nicholas story is a perverted (twisted truth) of God's word. However, Dowries have long

stealing from. >

35. histories in Europe, South Asia, (Africa) and other

Insert ¶ #

parts of the world but not in United States. Middle East still practices the Dowry system however in India, dowry is called Dahez in Hindu, and Jahez in Arabic among the Islamic Community. In other parts of India (eastern) the dowry is called Aaaunnpat. Dowry is a payment from the brides family to the bridegrooms family upon marriage. In Pakistan,

36. the dowry is called Jahez in Arabic. Pakistan's Muslims

Insert ¶ #

make dowry an obligation in Islamic practice. In 95 percent of all marriages in Pakistan involves transfer of a dowry from the brides family to the grooms family. In Afghanistan the dowry is called Jehez. It is transferred from the brides family to the grooms family. **** This is called PIMPING not a marriage. A woman isn't supposed to pay a man to be married and this is what Jesus Christ died on the cross of

1/2.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

357. Calvary for, his death was for the remission
Insert ¶ #
of humanities sin so how can you put a price on a
person (male or female) when Christ gave his life for
ALL HUMANITY. Then to make matters worst they used
Christmas, as a way to plant the seed of Harlotry/athiesm.
Ho, Ho, Ho Merry Christmas seem so innocent to the
naive however then you have the question of have
you been naughty or nice? Even in some places

358. they have a person dressed up as Santa and
Insert ¶ #
the child goes to sit on a strangers lap just to take
a picture while their parents are talking about how
cute the child looks. What that parent doesn't know
is that subconsciously, that gets programmed into a
child's mind. So, as they're growing up they remember
those moments which then confuses them when their
parents say stay away from strangers or don't accept

359. nothing from strangers. Instead of the child asking
Insert ¶ #
their parent why? they leave with a sense of confusion
because, Santa Claus is a (1)stranger, (2)he gives good
gifts, (3)we celebrate the (4)birth of the savior during
that time, and they were allowed to (5)sit on a strangers
lap to take a picture that the(6)parent said was cute.
It's something so simple as a holiday, movie, music,
video, video game, etc. that plant and water seeds of
twisted truths (lies & perversion). #1, 2, 4, & 5 all look innocent
as 1 & 2 hides in front of Christ (purity, sacrifice and love, etc) the
3 & 4 hides behind Christ's ‖ Pureness of character but
Page Number
1,2,3 & 4 are     Civil Rights Complaint Pursuant to U.S.C. § 1983
training tactics to be prostituted whether it be on the streets,
on stage, on T.V., at a job, to get a degree, or government assistance, etc.



340. Now during Christmas season which is Winter there's a such thing as Christmastide. Its different days of celebrations during Christmas time and here's the list: Dec. 25 - Christmas, Dec 26 - St. Stephen's Day, Dec 28 - Childermas, Dec 31 - New Years Eve, Jan 1 - the feast of the circumcision of Christ or the Solemnity of Mary, Mother of God, and The Feast of the Holy Family (date varies). * Saint Stephen's Day is to celebrate him as the first christian

341. martyr. Saint Stephen's Day is celebrated on Dec 25 in Armenia and Dec 26 the Christianity. His attributes are : red martyr stones, dalmatic, censer, miniature church, Gospel Book, martyr's palm, orarion. He's the patron saint of: altar servers, native american Pueblo, bricklayers, casket makers, Cetona, Italy, deacons, headaches, horses, Kessel, Belgium, Masons, etc. The next holiday is Dec 28 called Childermas (Massacre of the Innocents) this day is pertaining

342. to children *** Valentines Day is the feast of Saint Valentine was known as a Bishop in the Roman empire who ministered to persecuted christians. He was martyred and his body buried on the Via Flaminia on February 14, which has been observed as the Feast of Saint Valentine also known as St. Valentine's Day since the eighth century. He is also a patron saint of Terni, Italy; epilepsy, affianced couples, against fainting, beekeepers, happy marriages, love, mentally ill peoples, plagues, Lesvos (for catholics) Lesvos

114

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

343. is also called Lesbos which is a Greek Island located in the northern Aegean Sea. The region includes the island of Lesbos, Chios, Ikaria, Lemnos, and Samos. A third of Lesbians live in the capital, while the remainder are in small towns & villages. The larges are Plomari (the southernmost on Lesbos Island & not too far from Plomari is the church of Agias Pantekimonas with the Saint Pantaleon who is a saint over physicians, apothecaries, midwives, livestock,

344. lottery, lottery winners and victories, lottery tickets; invoked against headaches, constipation, breasts, witchcraft, accidents and loneliness; helpers for crying children). Kalloni is after Plomari then Gera Villages (Gera lesbos is named after a lesbian city called Hiera (sounds like hierarchy) that may have been Portus Hieraeus). After Gera there's Agiassos, Eresos, and Molyros (the ancient Mythimna) all this falls under Saint Valentine (valentines Day). * * * Now, let's talk

345. about names and death because this will prove a point I will make later on in the packet. The Catholic Encyclopedia and other hagiographical (is a biography of a saint or an ecclesiastical leader, as well as, by extension, an adulatory and idealized biography of a preacher, priest, founder, saint, monk, nun or icon in any world's religions (NOT the REAL thing because this is IDOLATRY & WORSHIP OF THE DEAD). Christian hagiographies ascribed to men and women are canonized (declaration of a deceased person as an officially recognized

115

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

346. saint) by the Roman Catholic, Eastern Orthodox, Oriental Orthodox Churches, and the Church of the East (is also called East Syriac Church, Church of Seleucia-Ctesiphon, the Persian Church, the Assyrian Church, the Babylonian Church, or the Nestorian Church was the Eastern Christian Church of the East Syriac Rite based in Mesopotamia. It was one of three major branches of Eastern Christianity that arose from the Christological controversies of

347. the 5th & 6th centuries, alongside the Oriental Orthodox Churches and the Chalcedonian Churches (whose Eastern branch became Eastern Orthodox Church.) Since the latter half of the 20th century three churches in IRAQ claim the heritage of the Church of the East. Meanwhile, the East Syriac churches in India claim the heritage of the Church of the East in India.) The East Syriac Churches or East Syrian Rite also called the Edessan Rite, Assyrian Rite, Persian

348. Rite, Chaldean Rite, Nestorian Rite, Babylonian Rite or Syro-Oriental Rite is an Eastern Christian liturgical rite. It originated in Edessa Mesopotamia however it is now the Church of the East and established themselves in modern-day Kerala. The Church of the East and Catholic Church split in 431 AD through the Council of Ephesus, in 1994 the Assyrian Church Patriarch Mar Dinkha IV and Pope John II signed a common declaration in Vatican. The Common Christological Declaration (1994) document

116

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

349. asserted that the split that occurred due to the Council Insert ¶ # of Ephesus in 431 was "due in large part of misunderstandings," affirmed for both that "CHRIST IS TRUE GOD and TRUE MAN," then recognized "each other as sister churches" and vowed to resolve remaining differences. * Now returning to my exploration of hagiographies it is when men & women are canonized as saints. The Roman Catholic, Eastern Orthodox, Oriental Orthodox, and Church of the East

350. that canonize deceased human names as saints in the Insert ¶ # Christian Church (This IS IDOLATRY & WITCHCRAFT) Now, the other religions that also create and maintain hagiographical text concerning saints, gurus and other individuals believed to be imbued with sacred power is Buddhism, Hinduism, Taoism, Islam, Jainism, and Sikhism (Such as Sikh Janamsakhis (biography of Guru Nanak - the founder of Sikhism who travelled as a missionary and went to mythical places

351. such as Mount Meru (sacred mountain of Hindu, Jain, and Insert ¶ # Buddhist cosmology which is the center of their spiritual universe). The last part presents him as settled in Kartarpur with his followers. Sikh writers were competing with mythological stories about Muhammad created by Sufi Muslim in medieval Punjab region of South Asia). Hagiographic works, especially those of the Middle Ages (in the history of Europe the middle ages lasted from the 5th to the late 15th century while aligning with the post-classical period of global history.)

117

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

32. The Middle Ages can incorporate a record of institutional and local history, and evidence of popular cults, customs, and traditions. However, when referring to modern, non-ecclesiastical works, the term hagiography is often used today as a pejorative reference to biographies and histories whose authors are perceived to be uncritical or excessively reverential toward their subject. ** * So as you can see every saint that has been

Insert ¶ #

33. canonized in these churches, religions, and other forms of spirituality such as occultism, paganism, and any form of Mysticalism that may fall under the above ritualism that occurs in these churches all are very symbolic in the everyday life of humanity. Let me explain myself to help you further understand what I mean. In 1994, The Common Christological Declaration was signed that affirmed that "CHRIST IS TRUE GOD" and

Insert ¶ #

34. TRUE MAN" due to a misunderstanding from the past. But when I see a title such as: The Common Christological Declaration after seeing what's all connected to the foundation of the parties involved I see the perversion of a sick person's mind hidden in plain sight. I see: "The Common Crystol(Crystal) logical D Clar" (Clair is a civil parish in Madawaska County, New Brunswick, Canada. The parish has bodies of water at least partly in the parish: Saint John River and Thompson Lake. Saint John River (Bay of Fundy) is a bay between Canadian provinces of

Insert ¶ #

118
Page Number

355. of New Brunswick and Nova Scotia, with a small portion touching the U.S. state of Maine. It is an arm of the Gulf of Maine. The River Sources are Big Salmon River, The Magaguadavic River is known as the "River of Eels," once you translate the words "Maliseet/Passamaquoddy. Passamaquoddy had an oral history supported with visual imagery. This indian tribe has been forced off their original lands from the 1800s They have lived on of reservation/trust lands in Five Maine counties such as Somerset

356. County, Franklin County (the county seat of farmington old territory of the Canibas tribe of Abenaki Indians a group from Topsham. The town border the towns of Industry, New Sharon, Chesterville, Wilton, Temple, Strong, and New Vineyard. Franklin County Sites of Interest Gammache and Hiram Ramsdell House (called the original house located on High and Perham Street. The house was built in 1800 by mason Cyrus Ramsdell). Franklin county was named after Benjamin Franklin. The county high point is Sugarloaf

357. Mountain which is the 3rd mountain with the highest peak after Katahdin's Baxter and Hamlin Peaks. Sugarloaf is south by Spaulding Mountain & Sugarloaf mountain is in Carrabassett Valley where Crocker mountain is as well (The Appalachian Trail crosses the western side of the town, climbing the slopes of Sugarloaf Mountain and the summit of Crocker Mountain). Hancock County was named after John Hancock. In Hancock County they have Cadillac Mountain which is located on Desert Island. Penobscot County

119

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

358. and Charlotte County which was named after Queen Charlotte. Those were the five counties that the Passamaquoddy Indians lived in Maine. Returning to the Magaguadavic River in York County here's what I find in York County Saint John River and the Southwest Miramichi River (this river has it's origin in Carleton County. Under Miramichi you'll find the Tributaries in which you will see Cains River which then flows through crown land that is territorial area belonging to the monarch

359. of who has the Crown. Crown land provides the country and the provinces with the majority of their profits from natural resources. In province Alberta, Crown land, also called public land, is territory registered in the name of "His Majesty the King in right of Alberta (Charles III). Alberta, Canada has the Rocky Mountains which was the home to the indigenous people such as Indian tribes. Rocky Mountain have lake of the Woods, Lots of Woods also have Islands

360. and I will name a few: Copeland Island aka Camp Stephans, Brush Island, Chapel Island, Magnusons Island site of the restored Fort st. Charles, Massacre Island, Ontario which is marked by a large wooden cross in the middle of the Island. In Australia, The Crown land is Victoria which is governed by Charle III. Now, returning back to Saint John River (Bay of Fundy) is a part of the border between New Brunswick and Maine. New Brunswick Settlements are Edmundston

12.0

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

361. which is a city in Madawaska County, New Brunswick, Canada. In 1851 it was named Edmundston after Sir Edmund Walker Head who was Lieutenant Governor of New Brunswick under the monarch of Victoria. In 1857 he was Privy Councillor and 1860 he was Knight Commander of the Order of the Bath. ② Saint John is a seaport city located on the Bay of Fundy in the province of New Brunswick, Canada. It is Canada's

362. oldest incorporated city, established by royal charter on May 18, 1785 during the reign of George III. The Reversing Falls are a series of rapids on the Saint John River located in Saint John, New Brunswick, Canada. This city is named after Saint John the Baptist who was canonized by the Dicastery for the Causes of Saints.) **** Returning to The Common Christological Declaration so I can get to my point about ritualism, occultism, paganism,

363. and mysticalism. The Common Christological Declaration or my view of their hidden perversion The Common + Crysto (crystal) + Logical + D + Clair + ation = The seeming crystal mind deceived clear action, The coming Christ mind did clear action, or The coming Christ mind deception (devils agenda to keep kingdom). All this was to show how the Church has raised up all these false gods to use in the form of witchcraft in order to attempt to deceive the people about Christ Jesus being the true messiah. The worship

121

Page Number

304. of the dead being witchcraft and the names of the individual who is canonized as a Saint comes with certain attributes and are the saints over certain categories, so whoever is born under that name is controlled by the church (Roman Catholic) in their attempt to keep the Kingdom. The witchcraft is systematic (digital because the universe is the abode of Satan and his demons) Ephesians 2:2-5 Wherein in time past ye walked according to the course of this

305. world, according to the prince of the power of the air, the spirit that now worketh in the children of disobedience Among whom also we all had our conversation in times past in the lusts of our flesh, fulfilling the desires of the flesh and of the mind; and were by nature, the children of wrath, even as others. But God who is rich in mercy, for his great love wherewith he loved us. Even when we were dead in sins,

306. hath quickened us together with Christ, (by grace ye are saved;). * The prince of the air is a spirit that is contrary to the Holy Spirit. The Holy Spirit is a teacher, comforter, friend, is gentle, etc but that other spirit is controlling, misleading, deceptive, subtle, manipulative, etc. The Holy Spirit does not have to use technology, science, astrology, tarot cards, etc. to direct humanity and the Holy Spirit is a revealer of ALL truths. However, the

182

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

367. prince of the air is using the same trick that the serpent used in the garden. #1 Sound, #2 Twisting the Word #3 driving people into enslavement to his lies while driving people away from the presence of God. Let me show you what I mean with four words that will #1 sound similar but not the same # twist the words #3 one pair will be on a higher level because God is in it and the other pair will be on a lower frequency level

Insert ¶ #

368. even though you can use both words in unlimited ways. Here's the 1st pair of words: Vows and Covenant Here's the 2nd pair of words: Vowels and Consonant Pair #1 moves on a higher frequency because God is the WORD) (John 1:1-In the beginning was the Word, and the Word was with God, and the Word was God. John 1:14 And the Word was made flesh, and dwelt among us, (and we beheld his glory, the glory as of the only begotten

Insert ¶ #

369. of the Father,) Full of grace and truth) since God is the Word that means that Vows represent 2 people promise to each other to become. 1 in their Covenant with God (2 becoming 1) which is Unity. Pair #2 moves on a lower frequency because SPELLING is the WORD). Vowels is the pronunciation that is the sound of the letter and Consonant is the agreement between the letters in order to define the word. However you must spell the words correctly in order to get an understanding.

Ex: NUN = a female
NUN = a male monk
none = Nothing
Si = yes
see = look
Sea = water

Page Number

123

Civil Rights Complaint Pursuant to U.S.C. § 1983

*Do you see how easy it was to change vows and consonants to get different words & results!!!

* God's Word stays the same with Power unless man use God's word to manipulate the hearts of humanity

370. Finally, to wrap up Valentines Day because its paganism; *Insert ¶ #* I like to say Loving somebody isn't 1 time a year. Love takes work because in order to Love, you have to spend time with God. LOVE cannot be bought (not real love)! However, LOVE can be sacrificial not destructive. John 3:16 - For God so LOVED the world that he gave His only begotten son that whosoever believeth in Him should not perish but have everlasting life. I Peter 4:8 -And above all

371. things have fervent charity among yourselves: for *Insert ¶ 0* charity shall cover the multitute of sins. I Peter 4:9 - Use hospitality one to another without grudging. Romans 5:5 And hope maketh not ashamed; because the love of God is shed abroad in our hearts by the Holy Ghost which is given unto us. Proverbs 13:12 - Hope deferred maketh the heart sick: but when the desire cometh, it is a tree of life. I Corinthians 11:3 -

372. But I would have you know, that the head of every *Insert ¶ 0* man is CHRIST; and the head of the woman is the man; and the head of Christ is God. ** Basically, Valentines Day is a day of idol worship even though we celebrate our loved ones. But in all reality on Valentines Day we are actually celebrating St Valentine and what he (they) stood for which was epilepsy, Lesvos (lesbians), mentally ill people, plagues, and everything else I placed under this category. In fact, this goes for every holiday, church, and religion that has saints (idols). Romans 1:25- Who changed the truth of God into a lie, and worshipped and served the creature more than the _____ Creator, who is blessed for ever Amen

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

124

**\* Is Easter about Jesus or Ishtar?**

373. \*Easter "The Celebration of the Resurrection of Jesus Christ"
Insert ¶ #
Easter, also called Pascha or Resurrection Sunday, is a Christian Festival and cultural holiday commemorating the resurrection of Jesus from the dead, described in the New Testament as having occurred on the third day of his burial following his crucifixion by the Romans at Calvary c. 30 AD. It is the culmination of the Passion of Jesus Christ, preceded by Lent (or Great Lent), a 40 day

374. period of fasting, Pray, and penance. Celebrations consist
Insert ¶ #
of Church services, festive family meals, Egg decoration/egg hunt, and gift-giving. Easter is related to Passover (Jewish holiday that celebrates the Biblical Story of the Israelites escape from slavery in Egypt.), Septuagesima, Sexagesima, Quinquagesima, Shrove Tuesday, Ash Wednesday, Clean Monday, Lent, Great Lent, Palm Sunday, Holy Week, Maundy Thursday, Good Friday, and Holy Saturday which leads up to Easter. And

375. Divine Mercy Sunday, Ascension, Pentecost, Trinity Sunday,
Insert ¶ #
Corpus Christi (day of the Most Holy Body and Blood of Christ), and finally Feast of the Sacred Heart which follow it. The Easter Bunny was First mentioned in Georg Franck von Franckenau's De ovis paschalibus (About Easter eggs) in 1682 referring to a German tradition of an Easter hair bringing eggs for the children. In ancient times, people believed the hair was a hermaphrodite (both sexes)(Easter Bunny). Easter eggs symbolize the empty tomb of Jesus, from which

125
Page Number

316. Jesus was resurrected because people saw eggs as a
Insert ¶ #
traditional symbol of fertility and rebirth. The christian
church officially adopted the custom, regarding the eggs as
a symbol of the resurrection of Jesus, with the Roman Ritual,
the first edition of which was published in 1610 but which
has texts of much older date, containing among the Easter
Blessings of food, one for eggs, along with those for lamb,
bread, and new produce. In 1874 German philologist

317
Adolf Holtzmann stated "The Easter Hare (Bunny) is
Insert ¶ #
unintelligle to me, but probably the hare was the sacred
animal of Ostara the goddess. In 1961 Christina Hole
wrote, "The hare was the sacred beast of Eastre (or Eostre), a
Saxon goddess of Spring and of the dawn. Ostara and
Eostre are the same. and theories tried connecting Eostre
with re ___ of Germanic Easter customs, including hares
and eggs however Eostre/Ostara are venerated in some

318. forms of Germanic neopaganism. ✳✳✳ Ishtar?
Insert ¶ #
Ishtar Terra is the second largest of the three continental
terrae regions on the planet Venus, the others being
Aphrodite Terra and Ladda Terra. Ishtar is a highland
region named after the Akkadian goddess Ishtar (the
Akkadian Empire was the first ancient empire of
Mesopotamia, succeeding the long-lived civilization of
Sumer (earliest known civilization of Mesopotamia (now south-central
Iraq). Ishtar also known as Inanna is the Mesopotamia goddess

126
Page Number

379. of love, war, and fertility. She is also associated with beauty, sex, divine law, and political power. Her title was "The Queen of Heaven." Her planet is Venus, a few of her cult centers are Uruk, Agade, & Nineveh, her abode is heaven, and her symbols are hook-shaped knot of reeds, eight-pointed star, lion, rosette, dove. Individuals who went against the traditional gender binary (male/female) were heavily involved in the cult of Ishtar (Inanna). During Sumerian

380. times, a set of priests known as gala worked in Inanna's temples, where they performed elegies and lamentations. Men who became gala sometimes adapted female names. Some Sumerian proverbs seem to suggest that gala had a reputation for engaging in anal sex with men. During the Akkadian period servants of Ishtar dressed in female clothing and performed war dances in Ishtar's temples. Several of the Akkadian proverbs suggests that

381. they may have also had homosexual proclivities. In another Akkadian hymn, Ishtar is described as transforming man to women. With all this being said, Easter/Inanna is another false religion with pagan Gods that hid behind Jesus Christ so they could still the glory. Plus, all these different seasons/holidays are false prophets who represent witchcraft but haven't came out and told the truth about themselves in order to validate their insecurity now to finally

127

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

382. finalize this topic on Easter paganism and Ishtar by saying "The cult of Ishtar was long thought to have involved "sacred prostitution", "temple prostitution", "cult prostitution", and "religious prostitution" which are purported rites consisting of paid intercourse performed in the context of religious worship. In Ancient East these ceremonies were a part of the regions of Sumer for the goddess Ishtar & Babylonia for the

383. goddess Aphradite. The terms associated with "Temple Prostitution" is: Abtess, Priestess, NUN, Hierodule Priestess, Cult Prostitute, A Class of Women, and Prostitute. The Hittites practiced sacred prostitution as a part of a cult of _____, including the worship of a mated pair of deities, a bull god (My opinion Baphomet) and a lion goddess, the mother goddess became prominent, representing fertility, and (in Phoenicia) the goddess who presided over

384. human birth. Venus was a temple of temple prostitution in Rome during the 4th century when Emperor Constantine closed down her temples. In India (Devadasis) are temple priestess/prostitutes. In Japan "Miko" is a young priestess also known as a shrine maiden (prostitute). In Maya (southern Mexico, Guatemala, and Northern Belize) they had several phallic (referring to a penis) religious cult possibly including homosexual temple prostitution. In Aztec (now central & southern Mexico) they had prostitutes (pleasure girls). In Inca civilization

128

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

385). which is South American countries (Peru, Bolivia, Ecuador, Colombia, and Argentina) they dedicated young boys as temple prostitutes. The boys were dressed in girl clothing (transsexual/Dionysus behavior). The chiefs and head men would have ritual sexual intercourse with them during religious ceremonies and on holy days. Some people even use Sex magic which is sexual activity used for witchcraft purposes (gotta be careful because you don't know people true motives *In South Asia, Hijra

Insert ¶ #

386). are eunuchs, intersex people, or transgender people who live in communities that follow a kinship system called guru-chela system (this is the Indian subcontinent). In Pakistan, they are known as Khawaja sira. In the Islamic spirituality they respect the term Khawajasira for transgender. India, Pakistan, and Bangladesh have a limited protection for such individuals. *** Wow, do you see the Harlotry of the System that's been governing humanity? These holidays, systems, and religions

Insert ¶ #

387). are ridiculous for prostituting the church for their own Lustful desires and self gain. JESUS CHRIST OF NAZARETH is the ONE & ONLY TRUE LIVING GOD. It's time these people stop pretending to be GOD's CHOSEN because humanity is broken and in need of some healing but WHO & WHAT BROKE US CANNOT HEAL US and it's time they stop pretending like they can as they make money on our down falls that they caused. #REAL TALK! YOU'RE FORGIVEN BUT NOW YOU MUST STOP PLAYING GOD! 179

Insert ¶ #

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Saint Patrick's Day!!!

388. Saint Patrick was a fifth-century Romano-British

*Insert ¶ #*

Christian missionary and bishop in Ireland. Known as the "Apostle of Ireland," he is the primary patron saint of Ireland, the other patron saints being Brigid of Kildare and Columba. Patrick wasn't canonized however he is venerated as a saint in the Catholic Church, the Lutheran Church, the Church of Ireland (part of the Anglican Communion), and in the Eastern Orthodox

389. Church, where he is regarded as equal to the apostles

*Insert ¶ #*

and Enlightener of Ireland. ✱✱✱ Saint Patrick was born in Roman or sub-Roman Britain than he died in Ireland His attributes are: crozier, mitre, holding a shamrock, carrying a cross, repelling serpents, harp. St Patrick is the patronage saint of Ireland, Nigeria, Montserrat (it is nicknamed "The Emerald Isle of the Caribbean" both for its resemblance to coastal Ireland and for the Irish ancestry of many of

390. its inhabitants) Montserrat's Anthem is "God save the

*Insert ¶ #*

King" and their national song is "Motherland" The capital of Montserrat is Plymouth which is a ghost town. Plymouth motto is: "God save the Queen" Due to Plymouth being the capital and a ghost town, there's a new capital under construction at Little Bay, with nearby Brades serving as the capital for the time being. After the establishment of the first European colony on the island in 1632, St Anthony's Church was established in Plymouth in 1636 (this St Anthony's isn't Catholic) however

130

Page Number

391. Anthony Brisket was an Irish man who went to England to get money to build an Anglican church. The church was built several times due to earthquakes and hurricanes and as of 2021, the church is buried deep in the ash. ✱ Little Bay is a port town under construction to be the future capital of the Island of Montserrat. ✱ Brades has been the capital on Montserrat since 1998 with an approximate population of 1,000 people and the majority are Black ✱ The Witchery

392. About Montserrat is that its Motto is "God Save the King" as an anthem and the national song is "Motherland" but when you go to Plymouth (the original capital) it is a ghost town with the Motto "God save the Queen" and its nickname is "The Emerald Isle of the Caribbean". Now in Plymouth, the ghost town is also where St Anthony's the Anglican church is buried under ash. On September 17, 1989 hurricane Hugo struck Montserrat destroyed a 130-foot

393. Stone jetty in Plymouth's harbour, and destroyed many other buildings. After the hurricane in 1989, Montserrat was hit by volcanic eruptions in 1995 which caused ash to fall across a wide area of Plymouth ✱ Now, let me break this down, Montserrat is governed by the United Kingdom however its in the caribbean sea near Venezuela, Puerto Rico, (U.S.) Dominican Republic, Haiti, Jamaica & Cuba before reaching the United States. So, on August 20, 1989 I was born in Compton CA (mind you there is a Compton Surrey England). Also, I was born at Dominguez Hospital in Compton CA.

/31/
Page Number

394. On September 17, 1989 (the year of my birth) my partner who has Dominican in his bloodline turned 9 years old, this is also the same day that Plymouth the capital of Montserrat got hit by hurricane hugo. Montserrat motto is "God Save the King", the national anthem is "Motherland", and Plymouth's motto is "God save the Queen" and its nickname is "Emerald Isle of the Caribbean." Basically, the U.K governs Montserrat however their anthem is Motherland when we all know that

396. Africa is the "REAL MOTHER LAND" so this sounds like somebody is trying to pretend to be who they are not. This is located in the Caribbean sea meaning CA-RIB+BEAN which means the false Mother has displaced the title mother from its true foundation and placed it upon herself; this also reflects the church being in ROME instead of in Israel. Also, this shows the world being turned in the wrong direction because its backwords, the backwardsness seemed beneficial

396. for many such as White, Hispanic, Indian, & Chinese, etc. however in reality, even though it was designed to affect, confuse, & misdirect the blacks, all it did was change the whole world from the foundation of truths into a perverted lie (that's why everybody else was able to cheat in attempt to steal the inheritance because they knew more about the Blacks history than the blacks did, due to alot of deception). In fact, to prove this claim from this topic, I'd like to add that after Plymouth got hit by hurricane (Hurry cane) Hugo

132.
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

397. Its 180-foot stone jetty fell into Plymouth's harbour and destroyed other buildings and became a ghost town. This kind resemble how God destroyed the tower of Babel, changed their languages (which you see 3 languages), and scattered them throughout the earth. Now, remember that St. Anthony's Church (none catholicism) was planted in Plymouth in 1636 by an Irish man named Anthony Brisket. However, right before 1636, in the year 1619 the term "computer" was used to define a

398. person who knew how to calculate or keep books. Then, fasting forward to 1636, add 140 years that will then lead us to the year 1776 which is when they broke away from King George III. So, basically what I got from this knowledge is that it was premeditated prior to the Blacks arrival in America in 1776 (now that's just my assumption). The calculations do add up pertaining to my assumption due to the fact that in the 1500's there was a line of separation

399. drawn in the Catholic church due to claims of the misuse of power while leading the members to believe that they can pay to receive a lesser penalty. This is what brought upon the church dividing and the Protestants going their own way especially because they don't believe in the Pope playing the middle man, as if the Pope is God. The only issue with this whole situation is that this goes to show that the Catholic Church DID NOT accept the church people wanting to separate because He had his own evil

133

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

400. agenda in mind. Technically, the Roman Catholic's agenda
Insert ¶ #
was to overtake humanity, conquer the lands, place his
and other people in positions that surround who he
considers as outsiders. So, the only way to get away
from here is to face the process of the journey that
fulfills Biblical prophecy. This, is why the end time battle
comes to play because the sorcery of the Roman Catholics.
In fact, right now we see the truth unfolding before

401. our eyes every day. What we see right now is the
Insert ¶ #
end time battle, the antichrist deceiving the entire
world, and a fight to overcome the deception at hand.
Even, when you go to Revelation 12:1-6 it says: And there
appeared a great wonder in heaven; a woman clothed with
the Sun, and the moon under her feet, and upon her head
a crown of twelve stars: and she being with child cried,
travailing in birth, and pained to be delivered. ③And there

402. appeared another wonder in heaven; and behold a
Insert ¶ #
great red dragon, having seven heads and ten horns, and
seven crowns upon his heads. ④And his tail drew the
third part of the stars of heaven, and did cast them to the
earth: and the dragon stood before the woman which was ready
to be delivered, for to devour her child as soon as it was born.
⑤And she brought forth a man child, who was to rule all
nations with a rod of iron: and her child was caught up
unto God, and to his throne. ⑥And the woman fled into

134

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

403. the wilderness, where she hath a place prepared of God, that they should feed her there a thousand two hundred and threescore days. ** As you can see, they attempted to create a false version of Revelation by placing people in positions that would adhere to their agenda, cause the world to believe that other women were that great wonder in heaven (stealing worship again by falsifying identities) and that the true person was the red dragon. To break

404. it down using religion is you had people who were working for the red dragon (systematically) that worked to get rid of the black protestant church, to steal the inheritance, and to attack Israel. Roman Catholics used sorcery, the bible, etc. in order to attempt to be that woman however the results (fruit) that came from such evil has only been lack, perversion, drugs, violence, & pride. The reason this is so is because you know a tree by its

405. fruit. The fruit that came forth has been demonic, mind controlling & deceptive, etc. With all this being said, open your eyes and see the truth so that we know it was only by God that turned this whole situation around. Also, must I add that while they were pretending to be me, they were destroying the land as well while blackmailing me.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## The Living WORD vs. Hypnosis Twisted Truth

406 . Genesis 2:18-25 (18) And the LORD God said, It is not good that the man should be alone, I will make him an help meet for him. (19) And out of the ground the LORD God formed every beast of the field, and every fowl of the air; and brought them unto Adam to see what he would call them: and whatsoever Adam called every living creature, that was the name thereof. (20) And Adam gave names to all cattle, and to the fowl of the air, and

*Insert ¶ #*

407. to every beast of the field; but for Adam there was not found an help meet for him. (21) And the LORD God caused a deep sleep to fall upon Adam, and he slept: and he took one of his ribs, and closed up the flesh instead thereof; (22) and the rib, which the LORD God had taken from man, made he a woman, and brought her unto the man. (23) And Adam said, This is now bone of my bones, and flesh of my flesh:

*Insert ¶ #*

408. She shall be called Woman, because she was taken out of Man. (24) Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh. (25) And they were both naked, the man and his wife, and were not ashamed.

### * EXPLANATION

Genesis 2:18 The LORD said it wasn't good for the man to be alone, so he decided to make him a partner (Amos 3:3 Can two walk together except they be agreed?) Then God formed animal out of the ground

Civil Rights Complaint Pursuant to U.S.C. § 1983